UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 15 P 3: 47

| | | |
|---|---|---|
| DAVID F. ERTMAN AND<br>JANE B. ERTMAN | : | |
| V. | : | 3:01CV1090 (WWE) |
| R.J. REYNOLDS TOBACCO COMPANY | : | OCTOBER 15, 2003 |

## APPEARANCE

Please enter the appearance of the undersigned attorney for the plaintiffs, David F. Ertman and Jane E. Ertman, in the above-captioned matter.

Dated at Stamford, Connecticut on October 15, 2003.

_____
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
(203) 325-4491

## CERTIFICATION

This is to certify that a copy of the foregoing has been, mailed, postage prepaid, this 15th day of October, 2003, to:

David Thomas Ryan, Esq.
Frank F. Coulom, Jr., Esq.
Brien P. Horan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Chris J. Lopata, Esq.
Mark R. Seiden, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702

                                                      _____
                                                      MARILYN J. RAMOS