IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 15 P 3: 47

DAVID F. ERTMAN and JANE E. ERTMAN,

Plaintiffs,

- versus -

R. J. REYNOLDS TOBACCO COMPANY,

Defendant.

3:01 CV 1090 (WWE)

OCTOBER 15, 2003

## JOINT MOTION FOR MODIFICATION OF PRE-TRIAL SCHEDULING ORDER

The parties hereby jointly request a modification of the current Pre-Trial Scheduling Order. The parties respectfully request that the Pre-Trial Scheduling Order be amended as follows:

| | |
|---|---|
| July 15, 2004 | Fact discovery to be completed. |
| Aug. 16, 2004 | Plaintiffs to designate trial experts and provide expert reports. |
| Aug. 16, 2004 | Plaintiffs to provide damages analysis. |
| Oct. 15, 2004 | Depositions of plaintiffs' experts to be completed. |
| Nov. 15, 2004 | Defendant to designate trial experts and provide expert reports. |
| Jan. 16, 2005 | Depositions of defendant's experts to be completed. |
| Feb. 15, 2005 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1. This extension is reasonable and necessary in light of extensive, ongoing fact discovery involving the same counsel in this case as well as two other tobacco-related cases, both of which were filed prior to this action.

2. The deposition of plaintiff David Ertman has commenced, but due to physical limitations, Mr. Ertman was only able to sit for a short period of time before the deposition was adjourned. Moreover, due to a hearing impairment, the pace of the deposition

NYI-2087362v1

was slower than normal because Mr. Ertman was required to read most of the questions from a live-time computer screen. The parties are currently negotiating dates for subsequent deposition sessions for Mr. Ertman.

3. Counsel for defendant is contemporaneously in the process of collecting documents from non-parties such as medical and health-related facilities. It is likely that a significant number of non-party depositions will be noticed following the completion of the depositions of Mr. Ertman and plaintiff Jane Ertman.

WHEREFORE, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact and expert discovery.

Respectfully submitted,

Attorneys for plaintiffs
David F. Ertman and Jane E. Ertman

Attorneys for defendant
R.J. Reynolds Tobacco Company

By: _____
Marilyn J. Ramos- ct 11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491

By: _____
Brien P. Horan - ct06870
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

-- and --

Mark R. Seiden - ct20612
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

SO ORDERED,

_____
U.S.D.J.

NYI-2087362v1