IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 15 P 3: 47

DAVID F. ERTMAN and JANE E. ERTMAN,

Plaintiffs,

- versus -

R. J. REYNOLDS TOBACCO COMPANY,

Defendant.

3:01 CV 1090 (WWE)

OCTOBER 15, 2003

**JOINT MOTION FOR MODIFICATION
OF PRE-TRIAL SCHEDULING ORDER**

The parties hereby jointly request a modification of the current Pre-Trial [Sche]duling Order. The parties respectfully request that the Pre-Trial Scheduling Order be [amen]ded as follows:

| | |
|---|---|
| July 15, 2004 | Fact discovery to be completed. |
| Aug. 16, 2004 | Plaintiffs to designate trial experts and provide expert reports. |
| Aug. 16, 2004 | Plaintiffs to provide damages analysis. |
| Oct. 15, 2004 | Depositions of plaintiffs' experts to be completed. |
| Nov. 15, 2004 | Defendant to designate trial experts and provide expert reports. |
| Jan. 16, 2005 | Depositions of defendant's experts to be completed. |
| Feb. 15, 2005 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1. This extension is reasonable and necessary in light of extensive, ongoing fact discovery involving the same counsel in this case as well as two other tobacco-related cases, both of which were filed prior to this action.

2. The deposition of plaintiff David Ertman has commenced, but due to physical limitations, Mr. Ertman was only able to sit for a short period of time before the deposition was adjourned. Moreover, due to a hearing impairment, the pace of the deposition

Motion Granted.
Discovery cutoff date
Dispositive Motions due by
SO ORDERED

Warren W. Eginton, Sr. U.S.D.J.

FILED 2003 OCT 23

NYI-2087362v1