Held 12/2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

December 2, 2003

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO.   **3:01-cv-1090 (WWE) Ertman v. RJ Reynolds**

Frank F. Coulom Jr.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Mary G. Curry
Silver, Golub & Teitell
184 Atlantic St., Po Box 389
Stamford, CT 06904

David S. Golub
Silver, Golub & Teitell
184 Atlantic St., Po Box 389
Stamford, CT 06904

Harold K. Gordon
Jones, Day
222 East 41st St.
New York, NY 10017

Edward F. Hennessey
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Brien P. Horan
Abbey, Gardy & Squitieri
212 E. 39th St.
New York, NY 10016

Stephen J. Kaczynski
Jones, Day
222 East 41st St.
New York, NY 10017

Jonathan M. Levine
Silver, Golub & Teitell
184 Atlantic St., Po Box 389
Stamford, CT 06904

Chris J. Lopata
Jones, Day
222 East 41st St.
New York, NY 10017

Marilyn J. Ramos
Silver, Golub & Teitell
184 Atlantic St., Po Box 389
Stamford, CT 06904

David Thomas Ryan
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Mark R. Seiden
Jones, Day
222 East 41st St.
New York, NY 10017

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK