Held 5/4

10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 4, 2004

8:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:01-cv-1090 (WWE)**    **Ertman v. R.J. Reynolds**

David S. Golub Marilyn J. Ramos
Mary G. Curry, Jonathan Levine         203-325-4491
Silver, Golub & Teitell
184 Atlantic St., Po Box 389
Stamford, CT 06904

Stephen J. Kaczynski Mark Seiden
Harold K. Gordon, Chris Lopata
Jones, Day                             212-326-3939
222 East 41st St.
New York, NY 10017

Brian P. Horan David Ryan
Edward F. Hennessey Frank F. Coulom, Jr.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597                860-275-8200

                                       BY ORDER OF THE COURT
                                       KEVIN F. ROWE, CLERK