IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br><br><br><br><br>JULY 2, 2004 |

**JOINT MOTION FOR MODIFICATION**
**OF PRE-TRIAL SCHEDULING ORDER**

The parties hereby jointly request a modification of the current Pre-Trial Scheduling Order. The parties respectfully request that the Pre-Trial Scheduling Order be amended as follows:

| | |
|---|---|
| Jan. 17, 2005 | Fact discovery to be completed. |
| Feb. 15, 2005 | Plaintiffs to designate trial experts and provide expert reports. |
| Feb. 15, 2005 | Plaintiffs to provide damages analysis. |
| Apr. 15, 2005 | Depositions of plaintiffs' experts to be completed. |
| May 16, 2005 | Defendant to designate trial experts and provide expert reports. |
| July 15, 2005 | Depositions of defendant's experts to be completed. |
| Aug. 15, 2005 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1.      This extension is reasonable and necessary in light of extensive, ongoing fact discovery involving the same counsel in this case as well as two other tobacco-related cases, both of which were filed prior to this action.

2. Counsel for the parties and the Court discussed the status of discovery and reasons necessitating this request for extension during the Status Conference on May 4, 2004.

3. The deposition of plaintiff David Ertman has commenced, but due to physical limitations, Mr. Ertman was only able to sit for a short period of time before the deposition was adjourned. Moreover, due to a hearing impairment, the pace of the deposition was slower than normal because Mr. Ertman was required to read the questions from a live-time computer screen. The parties are currently negotiating dates for subsequent deposition sessions for Mr. Ertman.

4. Counsel for defendant is contemporaneously in the process of collecting documents from non-parties such as medical and health-related facilities. It is likely that a significant number of non-party depositions will be noticed following the completion of the depositions of Mr. Ertman and plaintiff Jane Ertman.

WHEREFORE, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact and expert discovery.

Respectfully submitted,

| Attorneys for plaintiffs | Attorneys for defendant |
| --- | --- |
| David F. Ertman and Jane E. Ertman | R.J. Reynolds Tobacco Company |

By: _____    By: _____

David S. Golub - ct00145                Brien P. Horan - ct06870
Jonathan M. Levine - ct07584            ROBINSON & COLE LLP
SILVER GOLUB & TEITELL LLP              280 Trumbull Street
184 Atlantic Street, P.O. Box 389       Hartford, CT  06103
Stamford, CT  06904                     (860) 275-8200
(203) 325-4491

-- and --

Mark R. Seiden - ct20612
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

SO ORDERED,

_____
U.S.D.J.