---

#47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN, <br><br> Plaintiffs, <br><br> - versus - <br><br> R. J. REYNOLDS TOBACCO COMPANY, <br><br> Defendant. | 3:01 CV 1090 (WWE)  <br><br><br> JULY 2, 2004 |

**JOINT MOTION FOR MODIFICATION**
**OF PRE-TRIAL SCHEDULING ORDER**

The parties hereby jointly request a modification of the current Pre-Trial Scheduling Order. The parties respectfully request that the Pre-Trial Scheduling Order be amended as follows:

| | |
|---|---|
| Jan. 17, 2005 | Fact discovery to be completed. |
| Feb. 15, 2005 | Plaintiffs to designate trial experts and provide expert reports. |
| Feb. 15, 2005 | Plaintiffs to provide damages analysis. |
| Apr. 15, 2005 | Depositions of plaintiffs' experts to be completed. |
| May 16, 2005 | Defendant to designate trial experts and provide expert reports. |
| July 15, 2005 | Depositions of defendant's experts to be completed. |
| Aug. 15, 2005 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1. This extension is reasonable and necessary in light of extensive, ongoing fact [discov]ery involving the same counsel in this case as well as two other tobacco-related cases, both [of whic]h were filed prior to this action.

Motion Granted.
Discovery cutoff date July 15, 2005
Dispositive Motions due by Aug. 15, 2005
SO ORDERED 7/9/2004
Warren W. Eginton, Sr. U.S.D.J.