

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JAN 24 P 12: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DAVID F. ERTMAN and JANE E. ERTMAN,  :

    Plaintiffs,  :   3:01 CV 1090 (WWE)

- versus -  :

J. REYNOLDS TOBACCO COMPANY,  :

    Defendant.  :   JANUARY 24, 2005

## JOINT MOTION FOR MODIFICATION
## OF PRE-TRIAL SCHEDULING ORDER

The parties hereby jointly request a modification of the current Pre-Trial Scheduling

The parties respectfully request that the Pre-Trial Scheduling Order be amended as

s:

| Date | Event |
|---|---|
| Apr. 15, 2005 | Fact discovery to be completed. |
| May 16, 2005 | Plaintiffs to designate trial experts and provide expert reports. |
| May 16, 2005 | Plaintiffs to provide damages analysis. |
| July 15, 2005 | Depositions of plaintiffs' experts to be completed. |
| Aug. 15, 2005 | Defendant to designate trial experts and provide expert reports. |
| Oct. 17, 2005 | Depositions of defendant's experts to be completed. |
| Nov. 15, 2005 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1. This extension is reasonable and necessary in light of extensive, ongoing fact discovery involving the same counsel in this case as well as two other tobacco-related cases, both of which were filed prior to this action.

2. Counsel for the parties and the Court discussed the status of discovery and reasons necessitating this request for extension during the Status Conference on December 22, 2004.

Motion Granted.
Discovery cutoff date 10/17/05
Dispositive Motions due by 11/15/05
SO ORDERED
1/25/2005
WARREN W. EGINTON U.S.D.J.

FILED 2005 JAN 25 P 02 U.S. DISTRICT COURT BRIDGEPORT, CONN