UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 3:01CV1090 (WWE) |
| R. J. REYNOLDS TOBACCO COMPANY, | : |
| Defendant. | : APRIL 8, 2005 |

MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Brien P. Horan, respectfully moves to withdraw his appearance as counsel for Defendant, R. J.Reynolds Tobacco Company in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of his law firm. His withdrawal will not in any way slow or affect the forward momentum of this litigation. The interests of R. J.Reynolds Tobacco Company will be well represented by the following Robinson & Cole lawyers, who also have appearances in this case: David Thomas Ryan and Frank F. Coulom, Jr.

DEFENDANT
R. J.REYNOLDS TOBACCO COMPANY

By: *Brien P. Horan*
Brien P. Horan - ct068670
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel.: (860) 275-8200
Fax: (860) 275-8299

HART1-1246935-1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 8th day of April, 2005.

David S. Golub, Esq.
Jonathan M. Levine, Esq.
Marilyn Ramos, Esq.
SILVER, GOLUB & TEITELL, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904

Stephen J. Kaczynski, Esq.
Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Jones Day
222 E. 41st St.
New York, NY  10017

_____
Brien P. Horan