IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br><br><br>APRIL 14, 2005 |

**JOINT MOTION FOR MODIFICATION**
**OF PRE-TRIAL SCHEDULING ORDER**

The parties hereby jointly request a modification of the current Pre-Trial Scheduling Order. The parties respectfully request that the Pre-Trial Scheduling Order be amended as follows:

| | |
|---|---|
| July 15, 2005 | Fact discovery to be completed. |
| Aug. 16, 2005 | Plaintiffs to designate trial experts and provide expert reports. |
| Aug. 16, 2005 | Plaintiffs to provide damages analysis. |
| Oct. 17, 2005 | Depositions of plaintiffs' experts to be completed. |
| Nov. 15, 2005 | Defendant to designate trial experts and provide expert reports. |
| Jan. 17, 2006 | Depositions of defendant's experts to be completed. |
| Feb. 15, 2006 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1. This extension is reasonable and necessary in light of extensive, ongoing fact discovery involving the same counsel in this case as well as two other tobacco-related cases, both of which were filed prior to this action.

2. Counsel for the parties and the Court discussed the status of discovery and reasons necessitating this request for extension during the Status Conference on March 9, 2005.

NYI-2193467v1

3. The deposition of plaintiff David Ertman has commenced, but due to physical limitations, Mr. Ertman was only able to sit for a short period of time before the deposition was adjourned. Moreover, due to a hearing impairment, the pace of the deposition was slower than normal because Mr. Ertman was required to read the questions from a live-time computer screen. The parties are currently negotiating dates for subsequent deposition sessions for Mr. Ertman and plaintiff Ms. Jane Ertman.

4. Counsel for defendant is contemporaneously in the process of collecting documents from non-parties such as medical and health-related facilities. It is likely that a significant number of non-party depositions will be noticed following the completion of the depositions of plaintiffs.

5. Counsel for defendant has authorized counsel for plaintiffs to sign on behalf of all parties.

WHEREFORE, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact and expert discovery.

THE PLAINTIFFS,

By: _____
David S. Golub - ct00145
Marilyn J. Ramos - ct11433
Jonathan M. Levine - ct07584
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491

NYI-2193467v1

CERTIFICATION

       This is to certify that a copy of the foregoing has been, mailed, postage prepaid, this 14th day of April, 2005, to:

David Thomas Ryan, Esq.
Frank F. Coulom, Jr., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Chris J. Lopata, Esq.
Mark R. Seiden, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702

_____
MARILYN J. RAMOS

NYI-2193467v1