UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| DAVID F. ERTMAN and JANE ERTMAN | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:01 CV 1090 (WWE) |
| v. | : | |
| | : | |
| R.J. REYNOLDS TOBACCO COMPANY, | : | |
| | : | AUGUST 11, 2005 |
| Defendant | : | |

---

## JOINT MOTION FOR MODIFICATION
## OF PRE-TRIAL SCHEDULING ORDER

The parties hereby jointly request an extension of the current Scheduling Order.

The parties respectfully request that the Scheduling Order be amended as follows:

| | |
|---|---|
| Dec. 6, 2005 | Fact discovery to be completed. |
| Jan. 15, 2006 | Plaintiff to designate trial experts and provide expert reports. |
| Jan. 15, 2006 | Plaintiff to provide damage analysis. |
| March 10, 2006 | Depositions of plaintiff's experts to be completed. |
| April 1, 2006 | Defendant to designate trial experts and provide expert reports. |
| May 27, 2006 | Depositions of defendant's experts to be completed. |
| July 27, 2006 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1.  Counsel for both parties have been, and continue to be, actively preparing for the upcoming trial in *Gerrity v. R.J. Reynolds Tobacco Company*, No. 3:99cv1329 (JBA), the first of several cigarette product liability actions filed by plaintiff's counsel. The parties expect the trial to begin in February 2006.

2.  With the *Gerrity* trial date approaching, over the past several months counsel have devoted significant resources toward preparing the action for trial, and anticipate

NYI-2067358v1

being required to do so between now and the conclusion of the trial. By way of example, plaintiff served expert reports and expert designations in February, 2005, and from April to June, 2005, defendants conducted 13 expert depositions. Thereafter, defendants served expert reports. It is anticipated that plaintiff's counsel will conduct 14 expert depositions in the next few months. In addition, the present scheduling order requires the filing of summary judgment and *Daubert* motion moving papers in mid-October, with opposition and reply papers to be served throughout November.

3. Counsels' recent focus on the *Gerrity* action has made it difficult to complete the significant fact discovery which remains to be conducted in this action. Given these circumstances, the parties jointly request that the Court modify the existing Scheduling Order in this action to permit parties additional time to complete fact discovery and other pretrial matters. At the present time, the parties respectfully request that all deadlines be extended by five months. As the *Gerrity* trial approaches, the parties anticipate that additional extensions may be requested.

Wherefore, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact discovery and other pretrial matters.

NYI-2067358v1

Respectfully submitted,

Attorneys for plaintiffs
David F. Ertman and Jane Ertman

By: _____
David S. Golub - ct00145
Marilyn J. Ramos - ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491

-- and --

Attorneys For Defendants
R.J. Reynolds Tobacco Company

By: _____
David Thomas Ryan (ct05713)
ROBINSON AND COLE, LLP
One Commonwealth Plaza
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

--- and ---

Mark R. Seiden (ct20612)
Chris J. Lopata (ct20984)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading has been sent via first-class mail and facsimile on the 11th day of August 2005, addressed to the following:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
SILVER, GOLUB & TEITELL, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

DAVID THOMAS RYAN (ct05713)

NYI-2067358v1