UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------------------------------------------
DAVID F. ERTMAN AND            :
JANE E. ERTMAN                 :
                               :
                               :
V.                             :    3:01 CV 1090 (WWE)
                               :
                               :
R.J. REYNOLDS TOBACCO COMPANY  :    DECEMBER 6, 2005
                               :
----------------------------------------------------------------

## JOINT MOTION FOR MODIFICATION
## OF PRE-TRIAL SCHEDULING ORDER

    The parties hereby jointly request an extension of the current Scheduling Order.

The parties respectfully request that the Scheduling Order be amended as follows:

| | |
|---|---|
| March 6, 2006 | Fact discovery to be completed |
| April 17, 2006 | Plaintiff to designate trial experts and provide expert reports. |
| April 17, 2006 | Plaintiff to provide damage analysis. |
| June 12, 2006 | Depositions of plaintiff's experts to be completed. |
| July 3 2006 | Defendant to designate trial experts and provide expert reports. |
| Aug. 28, 2006 | Depositions of defendant's experts to be completed. |
| Oct. 27, 2006 | Dispositive motions to be served. |

    The parties submit the following information in support of this motion:

    1.  Counsel for both parties have been, and continue to be, actively preparing for the upcoming trial in *Gerrity v. R.J. Reynolds Tobacco Company*, No. 3:99 cv 1329 (JBA), the first of several cigarette product liability actions filed by plaintiff's counsel. The parties expect the trial to begin in September 2006.

    2.  With the *Gerrity* trial date approaching, over the past several months counsel have devoted significant resources toward preparing the action for trial, and anticipate

being required to do so between now and the conclusion of the trial. By way of example, Plaintiff served expert reports and expert designations in February, 2005, and from April to June, 2005, defendant conducted 13 expert depositions. Thereafter, defendant served expert reports. Plaintiff's counsel has conducted 7 expert depositions to date and is anticipating conducting seven more expert depositions in the near future. In addition, the present scheduling order requires the filing of summary judgment motion moving papers on December 7, 2005 with opposition and reply papers to be served throughout January 2006, and *Daubert* motion papers in February 2006, with opposition and reply papers to be served in March.

        3.      Counsels' recent focus on the *Gerrity* action has made it difficult to complete the significant fact discovery which remains to be conducted in this action. Given these circumstances, the parties jointly request that the Court modify the existing Scheduling Order in this action to permit parties additional time to complete fact discovery and other pretrial matters. At the present time, the parties respectfully request that all deadlines be extended by three months. As the *Gerrity* trial approaches, the parties anticipate that additional extensions may be requested.

        Wherefore, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact discovery and other pretrial matters. Defendant has authorized counsel for Plaintiff to sign this motion on its behalf.

Respectfully submitted,

Attorneys for plaintiff
Barbara A. Izzarelli


By:_____
      David S. Golub - ct00145
      Marilyn J. Ramos - ct11433
      SILVER GOLUB & TEITELL LLP
      184 Atlantic Street
      P.O. Box 389
      Stamford, CT 06904
      (203) 325-4491

      -- and –

Attorneys for Defendant
R.J. Reynolds Tobacco Company

      David Thomas Ryan (ct05713)
      ROBINSON AND COLE, LLP
      One Commonwealth Plaza
      280 Trumbull Street
      Hartford, CT 06103
      (860) 275-8200

      -- and –

      Mark R. Seiden (ct20612)
      Chris J. Lopata (ct20984)
      JONES DAY
      222 East 41st Street
      New York, NY 10017
      (212) 326-3939

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing pleading has been sent via first-class mail and facsimile on the 6th day of December, 2005, addressed to the following:

Frank F. Coulom, Jr., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Stephen J. Kaczynski, Esq.
Harold K. Gordon, Esq.
Chris J. Lopata, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702

                                                MARILYN J. RAMOS ct11433