UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------
DAVID F. ERTMAN AND                    :
JANE E. ERTMAN                         :
                                       :
                                       :
V.                                     :     3:01 CV 1090 (WWE)
                                       :
                                       :
R.J. REYNOLDS TOBACCO COMPANY          :     MARCH 1, 2006
                                       :
-----------------------------------------------------------------
```

**JOINT MOTION FOR MODIFICATION**
**OF PRE-TRIAL SCHEDULING ORDER**

The parties hereby jointly request an extension of the current Scheduling Order.

The parties respectfully request that the Scheduling Order be amended as follows:

| | |
|---|---|
| August 7, 2006 | Fact discovery to be completed |
| September 18, 2006 | Plaintiffs to designate trial experts and provide expert reports. |
| September 18, 2006 | Plaintiffs to provide damage analysis. |
| November 13, 2006 | Depositions of plaintiffs' experts to be completed. |
| December 15, 2006 | Defendant to designate trial experts and provide expert reports. |
| February 9, 2007 | Depositions of defendant's experts to be completed. |
| April 10, 2007 | Dispositive motions to be served. |

Counsel for both parties had been, until last month, actively preparing for trial in *Gerrity v. R.J. Reynolds Tobacco Company*, No. 3:99 cv 1329 (JBA), the first of several cigarette product liability actions filed by plaintiffs' counsel. Those preparations required counsel to devote significant resources toward preparing that action for trial. Counsels' recent focus on the *Gerrity* action has made it difficult to complete the significant fact discovery which remains to be conducted in this action. The *Gerrity* matter is now resolved and counsel can now proceed to undertake the outstanding fact and expert discovery in this case and bring it to a trial ready status.

Given these circumstances, the parties jointly request that the Court modify the existing Scheduling Order in this action to permit parties additional time to complete fact discovery and other pretrial matters.

Wherefore, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact discovery and other pretrial matters. Defendant has authorized counsel for Plaintiffs to sign this motion on its behalf.

Respectfully submitted,

Attorneys for Plaintiffs
David F. Ertman and Jane E. Ertman

By:_____
David S. Golub - ct00145
Jonathan M. Levine - ct07584
Marilyn J. Ramos - ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491

– and –

Attorneys for Defendant
R.J. Reynolds Tobacco Company

David Thomas Ryan (ct05713)
ROBINSON AND COLE, LLP
One Commonwealth Plaza
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200
– and –
Mark R. Seiden (ct20612)
Chris J. Lopata (ct20984)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing pleading has been sent via first-class mail and electronic transmission on the 1st day of March, 2006, addressed to the following:

David T. Ryan., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Stephen J. Kaczynski, Esq.
Harold K. Gordon, Esq.
Chris J. Lopata, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702

 

_____
MARILYN J. RAMOS