UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------
DAVID F. ERTMAN and JANE ERTMAN         :
                                        :
                Plaintiffs,         :     CIVIL ACTION NO.
                                        :     3:01 CV 1090 (WWE)
     v.                                :
                                        :
R.J. REYNOLDS TOBACCO COMPANY,          :
                                        :     AUGUST 7, 2006
                Defendant           :
---------------------------------------------------------------

JOINT MOTION FOR MODIFICATION
OF PRE-TRIAL SCHEDULING ORDER

The parties hereby jointly request an extension of the current Scheduling Order.

The parties respectfully request that the Scheduling Order be amended as follows:

| Date | Event |
|---|---|
| October 31, 2006 | Fact discovery to be completed. |
| Dec. 12, 2006 | Plaintiffs to designate trial experts and provide expert reports. |
| Dec. 12, 2006 | Plaintiffs to provide damage analysis. |
| Feb. 7, 2007 | Depositions of plaintiffs' experts to be completed. |
| March 15, 2007 | Defendant to designate trial experts and provide expert reports. |
| May 18, 2007 | Depositions of defendant's experts to be completed. |
| July 18, 2007 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

      1.     Counsel for the parties are actively engaged in the discovery process, but they realistically anticipate needing the requested additional time to complete fact discovery. Among other things: (i) the deposition of plaintiff Jane Ertman has commenced, but needs to be concluded; (ii) depositions of non-party witnesses need to be scheduled; (iii) depositions of plaintiffs' medical and health care providers need to be scheduled; and (iv) remaining disputes regarding medical authorizations and an independent medical examination of the plaintiffs need to be either resolved consensually by the parties, or submitted to the Court for resolution

Wherefore, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact discovery and other pretrial matters.

Defendant has authorized counsel for plaintiffs to sign this motion on its behalf.

Respectfully submitted,

Attorneys for plaintiffs
David Ertman and Jane Ertman

By: _____
    David S. Golub - ct00145
    Marilyn J. Ramos  - ct11433
    SILVER GOLUB & TEITELL LLP
    184 Atlantic Street
    P.O. Box 389
    Stamford, CT  06904
    (203) 325-4491

    -- and --

Attorneys For Defendants
R.J. Reynolds Tobacco Company

    David Thomas Ryan (ct05713)
    ROBINSON AND COLE, LLP
    One Commonwealth Plaza
    280 Trumbull Street
    Hartford, CT 06103
    (860) 275-8200

    --- and ---

Mark R. Seiden (ct20612)
Chris J. Lopata (ct20984)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading has been sent via first-class mail on the 7th day of August, 2006, addressed to the following:

David T. Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Stephen J. Kaczynski, Esq.
Harold K. Gordon, Esq.
Chris J. Lopata, Esq.
Jones, Day, Reavis & Pogue
New York, NY 10017-6702

                                                  /s/ MarilynJ.Ramos
                                                  MARILYN J. RAMOS