UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------
DAVID F. ERTMAN and JANE ERTMAN        :
                                       :
               Plaintiffs,     :    CIVIL ACTION NO.
                                       :    3:01 CV 1090 (WWE)
     v.                                 :
                                       :
R.J. REYNOLDS TOBACCO COMPANY,         :
                                       :    OCTOBER 27, 2006
               Defendant       :
---------------------------------------------------------------

## JOINT MOTION FOR MODIFICATION OF PRE-TRIAL SCHEDULING ORDER

      The parties hereby jointly request an extension of the current Scheduling Order.

The parties respectfully request that the Scheduling Order be amended as follows:

| Date | Event |
|---|---|
| Jan. 29, 2007 | Fact discovery to be completed. |
| March 12, 2007 | Plaintiffs to designate trial experts and provide expert reports. |
| March 12, 2007 | Plaintiffs to provide damage analysis. |
| May 8, 2007 | Depositions of plaintiffs' experts to be completed. |
| June 13, 2007 | Defendant to designate trial experts and provide expert reports. |
| Aug. 16, 2007 | Depositions of defendant's experts to be completed. |
| Oct. 16, 2007 | Dispositive motions to be served. |

      The parties submit the following information in support of this motion:

      1.     Counsel for the parties are actively engaged in the discovery process, but they realistically anticipate needing the requested additional time to complete fact discovery. Among other things: (i) the deposition of plaintiff Jane Ertman has commenced, but needs to be concluded; (ii) depositions of non-party witnesses need to be completed; (iii) depositions of plaintiffs' medical and health care providers need to be scheduled; and (iv) remaining disputes regarding medical authorizations and an independent medical examination of the plaintiffs need to be either resolved consensually by the parties, or submitted to the Court for resolution.

Wherefore, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact discovery and other pretrial matters. Defendant has authorized counsel for plaintiffs to sign this motion on its behalf.

Respectfully submitted,

Attorneys for Plaintiffs
David Ertman and Jane Ertman

By: _____
   David S. Golub - ct00145
   Marilyn J. Ramos - ct11433
   SILVER GOLUB & TEITELL LLP
   184 Atlantic Street
   P.O. Box 389
   Stamford, CT 06904
   (203) 325-4491

   -- and --

Attorneys For Defendant
R.J. Reynolds Tobacco Company

   David Thomas Ryan (ct05713)
   ROBINSON AND COLE, LLP
   One Commonwealth Plaza
   280 Trumbull Street
   Hartford, CT 06103
   (860) 275-8200

   --- and ---

   Mark R. Seiden (ct20612)
   Chris J. Lopata (ct20984)
   JONES DAY
   222 East 41st Street
   New York, NY 10017
   (212) 326-3939

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading has been sent via first-class mail on the 27th day of October, 2007, addressed to the following:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Jones, Day, Reavis & Pogue
New York, NY 10017-6702

_____
                                   MARILYN J. RAMOS ct11433