UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>NOVEMBER 6, 2006 |

## MOTION FOR EXTENSION OF TIME
### (WITH CONSENT)

Defendant R.J. Reynolds Tobacco Co. ("Reynolds") moves this Court for a three day extension of time to, and including, Friday November 10, 2006 to provide written responses as provided for in Federal Rules of Civil Procedure 33 and 34 to plaintiffs David Ertman's and Jane Ertman's First Set of Interrogatories and Second Request for Production of Documents. The extension of time is reasonably necessary to permit counsel with Reynolds to coordinate its written responses with its client, and to provide necessary time to obtain the required client verification.

This motion is Reynolds' first request for an extension of time directed to plaintiffs' First Set of Interrogatories and Second Request for Production of Documents. Marilyn Ramos, Esq., counsel for plaintiff, consented to this extension on November 3, 2006.

NYI-2289579v1

Respectfully submitted,

By: _____
David Ryan (ct05713)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200
(860) 275-8299 (facsimile)

--- and ---

Mark R. Seiden (ct20612)
Chris J. Lopata (ct20984)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
(212) 755-7306

Attorneys for defendant
R.J. Reynolds Tobacco Company

NYI-2289579v1

## CERTIFICATION

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 6 day of November, 2006, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
JONES DAY
222 E. 41st Street
New York, NY 10017

_____
DAVID RYAN (ct05713)

NYI-2289579v1