UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------
DAVID F. ERTMAN and JANE ERTMAN      :
                                     :
            Plaintiffs,              :     CIVIL ACTION NO.
                                     :     3:01 CV 1090 (WWE)
      v.                             :
                                     :
R.J. REYNOLDS TOBACCO COMPANY,       :
                                     :     JANUARY 26, 2007
            Defendant                :
---------------------------------------------------------------

JOINT MOTION FOR MODIFICATION
OF PRE-TRIAL SCHEDULING ORDER

The parties hereby jointly request an extension of the current Scheduling Order.

The parties respectfully request that the Scheduling Order be amended as follows:

| | |
|---|---|
| April 30, 2007 | Fact discovery to be completed. |
| June 11, 2007 | Plaintiffs to designate trial experts and provide expert reports. |
| June 11, 2007 | Plaintiffs to provide damage analysis. |
| Aug. 6, 2007 | Depositions of plaintiffs' experts to be completed. |
| Sept. 11, 2007 | Defendant to designate trial experts and provide expert reports. |
| Nov. 6, 2007 | Depositions of defendant's experts to be completed. |
| Jan. 7, 2008 | Dispositive motions to be served. |

The parties submit the following information in support of this motion:

1.      Counsel for the parties are actively engaged in the discovery process, but they realistically anticipate needing the requested additional time to complete fact discovery. Among other things: (I) the deposition of plaintiff Jane Ertman has commenced, but needs to be concluded; (ii) depositions of non-party witnesses need to be completed; (iii) depositions of plaintiffs' medical and health care providers need to be scheduled; and (iv) remaining disputes regarding medical authorizations and an independent medical examination of the plaintiffs need to be either resolved consensually by the parties, or submitted to the Court for resolution.

2.	Counsel for plaintiffs, David S. Golub, Jonathan M. Levine and Marilyn J. Ramos, have been on trial in a class action (Towns of New Hartford and Barkhamsted, et al. v. Connecticut Resources Recovery Authority, Docket No. CV 04 0185580 S (X02)), in which they represent seventy Connecticut towns in connection with the Connecticut Resources Recovery Authority's failed transaction with the Enron Corporation, in the Superior Court for the Judicial District of Waterbury. The trial commenced on November 13, 2006 and evidence closed on January 9, 2007. Following the close of evidence, the parties began mediation before the Honorable Lynda Munro in Waterbury, which was unsuccessful in resolving the dispute. Post-trial briefing will begin shortly.

Wherefore, the parties jointly request that the Court modify the existing Scheduling Order to permit the parties additional time to complete fact discovery and other pretrial matters.

Defendant has authorized counsel for plaintiffs to sign this motion on its behalf.

Respectfully submitted,

Attorneys for Plaintiffs
David Ertman and Jane Ertman


By: _____
David S. Golub - ct00145
Jonathan M. Levine - ct07584
Marilyn J. Ramos  - ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904
(203) 325-4491

-- and --

Attorneys For Defendant
R.J. Reynolds Tobacco Company

David Thomas Ryan (ct05713)
ROBINSON AND COLE, LLP
One Commonwealth Plaza
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

--- and ---

Mark R. Seiden (ct20612)
Chris J. Lopata (ct20984)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing pleading has been sent via e-mail and first-class mail on the 26th day of January, 2007, addressed to the following:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702

_____
                              MARILYN J. RAMOS ct11433