UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>MARCH 9, 2007 |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR
## MARK A. BELASIC AND BONNIE L. HEMENWAY

Pursuant to United States District Court for the District of Connecticut Local Rule 83.1(d), the undersigned, an attorney in good standing with the State of Connecticut and authorized to practice before this Court, move this Court to permit the appearance of Mark A. Belasic and Bonnie L. Hemenway *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Co. ("Reynolds") in the above-captioned matter. In support thereof, the undersigned states as follows:

1. Mark A. Belasic, a partner in the Cleveland office of the law firm of Jones Day, is a member in good standing of the bar of Ohio, the bars of the United States District Courts for the Northern District of Ohio and the Eastern District of Wisconsin, and of the bars of the United States Courts of Appeal for the Third, Fifth, and Seventh Circuits. Mr. Belasic has not been denied admission or disciplined by this Court or any other court. Mr. Belasic's declaration, which complies with the requirements of Local Rule 83.1(d), accompanies this motion.

2. Bonnie L. Hemenway, an associate in the New York office of the law firm of Jones Day, is a member in good standing of the bar of New York, and of the bars of the United

States District Courts for the Southern, Eastern, Northern and Western Districts of New York. Ms. Hemenway has not been denied admission or disciplined by this Court or any other court. Ms. Hemenway's declaration, which complies with the requirements of Local Rule 83.1(d), accompanies this motion.

3. Mr. Belasic's and Ms. Hemenway's admission would be in addition to the other attorneys from Jones Day and Robinson Cole LLP who already have appearances in this case. The *pro hac vice* admission of Mr. Belasic and Ms. Hemenway does not require the modification of any scheduling order.

4. On March 1, 2007, Attorney Mark Seiden, counsel for Reynolds, e-mailed plaintiffs' counsel, Attorney David Golub, to ask if he consented to the proposed motion to admit Mr. Belasic and Ms. Hemenway *pro hac vice*. In his reply e-mail of the same date, Attorney Golub stated, "No problem."

5. The required $50 fee ($25 on behalf of Mr. Belasic and $25 on behalf of Ms. Hemenway) is being paid with this motion. Pursuant to Local Rule 83.1(c), service of all papers may be made upon David Thomas Ryan of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

Respectfully submitted,

By: _____
David Thomas Ryan (ct05713)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200
(860) 275-8299 (facsimile)

--- and ---

Mark R. Seiden (ct20612)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
(212) 755-7306 (facsimile)

Attorneys for defendant
R.J. Reynolds Tobacco Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br>MARCH 7, 2007 |

**DECLARATION OF MARK A. BELASIC
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

MARK A. BELASIC, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1.  My names is Mark A. Belasic. I am a partner in the Cleveland office of the law firm of Jones Day. My office address is: Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190. My telephone number is 216-586-1043, and my fax number is 216-579-0212. My email address is mabelasic@jonesday.com.

2.  I submit this declaration in support of the Motion for Admission *Pro Hac Vice* filed in the above-captioned matter.

3.  I was admitted to the bar of the state of Ohio in 1986. I was also admitted to the bars of the following courts in the years indicated:

    United States District Court, Northern District of Ohio (1987)
    United States District Court, Eastern District of Wisconsin (1992)
    United States Court of Appeals for the Fifth Circuit (1996)
    United States Court of Appeals for the Third Circuit (1997)
    United States Court of Appeals for the Seventh Circuit (1999)

4. I am a member of good standing of the bars of all the courts and jurisdictions set forth in the preceding paragraph and have not been disciplined by the United States District Court for the District of Connecticut or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. I respectfully request that I be admitted *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Company in the above-captioned case. My admission will not require the modification of any scheduling order now in effect, and would be in addition to those Jones Day colleagues already admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, 2007 at Cleveland, Ohio.

Dated: Cleveland, Ohio
March 7, 2007

By: *Mark A. Belasic*
Mark A. Belasic

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-1043
(216) 579-0212 (facsimile)
mabelasic@jonesday.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>MARCH 7, 2007 |

### DECLARATION OF BONNIE L. HEMENWAY
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

BONNIE L. HEMENWAY, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1. My names is Bonnie L. Hemenway. I am an associate in the New York office of the law firm of Jones Day. My office address is: Jones Day, 222 East 41st Street, New York, New York 10017-6702. My telephone number is 212-326-8347, and my fax number is 212-755-7306. My email address is blhemenway@jonesday.com.

2. I submit this declaration in support of the Motion for Admission *Pro Hac Vice* filed in the above-captioned matter.

3. I was admitted to the bar of the state of New York in 1997. I was also admitted to the bars of the following courts in the years indicated:

   United States District Court, Southern District of New York (1997)
   United States District Court, Eastern District of New York (1997)
   United States District Court, Western District of New York (1999)
   United States District Court, Northern District of New York (2000)

4.  I am a member of good standing of the bars of all the courts and jurisdictions set forth in the preceding paragraph and have not been disciplined by the United States District Court for the District of Connecticut or any other court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.  I respectfully request that I be admitted *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Company in the above-captioned case. My admission will not require the modification of any scheduling order now in effect, and would be in addition to those Jones Day colleagues already admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, 2007 at New York, New York.

Dated: New York, New York
       March 7, 2007

By: *Bonnie L. Hemenway* (signature)
Bonnie L. Hemenway

JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-8347
(212) 755-7306 (facsimile)
blhemenway@jonesday.com

## CERTIFICATION

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 9th day of March, 2007, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

Mark R. Seiden, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017

_____
DAVID RYAN (ct05713)