UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>-against-<br><br>R.J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>MARCH 13, 2007 |

### APPEARANCE

Please enter the appearance of the undersigned attorney for defendant R.J. Reynolds Tobacco Co. in the above-captioned matter.

*Bonnie L. Hemenway*
Bonnie L. Hemenway – phv0172?
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
(212) 755-7306 (facsimile)
blhemenway@jonesday.com

NYI-3972778v1

CERTIFICATION

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 16th day of March, 2007, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

Mark R. Seiden, Esq.
Bonnie L. Hemenway, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017

Mark A. Belasic, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

_____
DAVID RYAN (ct05713)