UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------
DAVID F. ERTMAN and JANE ERTMAN        :
                                       :
                        Plaintiffs,    :          CIVIL ACTION NO.
                                       :          3:01 CV 1090 (WWE)
        v.                             :
                                       :
R.J. REYNOLDS TOBACCO COMPANY,         :
                                       :          APRIL 27, 2007
                        Defendant      :
-------------------------------------------------------------
```

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME ON CONSENT

Plaintiffs David F. Ertman and Jane Ertman, through counsel, respectfully move this

Court for a two-week extension of time until May 14, 2007, in which to respond to Defendant's

Second Set of Interrogatories to Plaintiffs, and Defendant's First Set of Requests to Admit, both

dated March 29, 2007.  The additional time is reasonably necessary because of the number of

requests to admit (63) and the complexity of the interrogatories that have been served.

Additionally, the undersigned have been engaged in post-trial briefing after a court-side

trial in a class action captioned Towns of New Hartford and Barkhamsted v. Connecticut

Resources Recovery Authority, D.N. CV 04 0185580 S (X02).  The plaintiffs' brief was filed on

April 23 and the reply brief is due on May 4.  The undersigned will be required to spend

substantial time devoted to completing this briefing.

Defendant consents to this extension of time.  This is plaintiff's first request for an

extension of time directed to these discovery requests.

Respectfully submitted,

Attorneys for plaintiffs
David F. Ertman and Jane Ertman,

By: _____
David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Marilyn J. Ramos ( ct11433)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904
(203) 325-4491

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading has been sent via first-class mail on

the 27th day of April, 2007, addressed to the following:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Bonnie L. Hemenway
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702

Mark A. Belasic, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

_____
MARILYN J. RAMOS ct11433