UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID F. ERTMAN and JANE E. ERTMAN,

Plaintiffs,

- versus -

R. J. REYNOLDS TOBACCO COMPANY,

Defendant.

3:01 CV 1090 (WWE)

MAY 23, 2007

## MOTION FOR ADMISSION *PRO HAC VICE* FOR AMANDA S. JACOBS

Pursuant to United States District Court for the District of Connecticut Local Rule 83.1(d), the undersigned, an attorney in good standing with the State of Connecticut and authorized to practice before this Court, moves this Court to permit the appearance of Amanda S. Jacobs *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Co. ("Reynolds") in the above-captioned matter. In support thereof, the undersigned states as follows:

1.      Amanda S. Jacobs, an associate in the Cleveland office of the law firm of Jones Day, is a member in good standing of the bar of Ohio and the bar of the United States Court of Appeals for the Sixth Circuit. Ms. Jacobs has not been denied admission or disciplined by this Court or any other court. Ms. Jacobs' declaration, which complies with the requirements of Local Rule 83.1(d), accompanies this motion.

2.      Ms. Jacobs' admission would be in addition to the other attorneys from Jones Day and Robinson Cole LLP who already have appearances in this case. The *pro hac vice* admission of Ms. Jacobs does not require the modification of any scheduling order.

3.       On May 21, 2007, Attorney Mark Seiden, counsel for Reynolds, e-mailed plaintiff's counsel, Attorney Marilyn Ramos, to ask if she would consent to the proposed motion to admit Ms. Jacobs *pro hac vice.*  On that same day, Ms. Ramos responded that she consented.

4.       The required $25 is being paid with this motion.  Pursuant to Local Rule 83.1(c), service of all papers may be made upon David Thomas Ryan of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

Respectfully submitted,

By: _____

David Thomas Ryan (ct05713)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200
(860) 275-8299 (facsimile)


--- and ---


Mark R. Seiden (ct20612)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
(212) 755-7306 (facsimile)

Attorneys for defendant
R.J. Reynolds Tobacco Company

## CERTIFICATION

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 24th day of May, 2007, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT  06904

Mark R. Seiden, Esq.
JONES DAY
222 East 41st Street
New York, NY  10017

_____
DAVID RYAN (ct05713)