UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>MAY 23, 2007 |

### DECLARATION OF AMANDA S. JACOBS
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

AMANDA S. JACOBS, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1. My name is Amanda S. Jacobs. I am an associate in the Cleveland office of the law firm of Jones Day. My office address is: Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190. My telephone number is 216-586-1168, and my fax number is 216-579-0212. My email address is asjacobs@jonesday.com.

2. I submit this declaration in support of the Motion for Admission *Pro Hac Vice* filed in the above-captioned matter.

3. I was admitted to the bar of the state of Ohio in 2003. I was also admitted to the bar for the United States Court of Appeals for the Sixth Circuit in 2006.

4. I am a member of good standing of the bars of the courts and jurisdictions set forth in the preceding paragraph and have not been disciplined by the United States District Court for the District of Connecticut or any other court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.  I respectfully request that I be admitted *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Company in the above-captioned case. My admission will not require the modification of any scheduling order now in effect, and would be in addition to those Jones Day colleagues already admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2007 at Cleveland, Ohio.

Dated: Cleveland, Ohio
May 23, 2007

By: *Amanda S. Jacobs*
Amanda S. Jacobs

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel. (216) 586-1168
Fax. (216) 579-0212
asjacobs@jonesday.com