UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------
DAVID F. ERTMAN and JANE ERTMAN     :
                                    :
            Plaintiffs,             :   CIVIL ACTION NO.
                                    :   3:01 CV 1090 (WWE)
    v.                              :
                                    :
R.J. REYNOLDS TOBACCO COMPANY,      :
                                    :   JUNE 12, 2007
            Defendant               :
---------------------------------------------------------------

**PLAINTIFFS' CONSENTED TO MOTION
FOR EXTENSION OF THE SCHEDULING ORDER**

Plaintiffs David Ertman and Jane Ertman move for modification of the Scheduling Order for the following reasons:

1.  Since the Court's previous order modifying the scheduling order, six depositions have been conducted, including three out-of-state depositions. Additional fact depositions were noticed by defendant R.J. Reynolds Tobacco Company ("Reynolds") during this same period, including depositions of two of the plaintiffs' children (who reside in Asia and Florida respectively), plaintiff David Ertman's brother (who resides in California) and sister (who resides in Connecticut), and a long-standing family friend of the Ertmans (who resides in Maine). In large part to minimize cost and expense, and in part as a scheduling courtesy to the non-party witnesses, the parties agreed to adjourn these depositions to dates in June and the first half of July. As a result, plaintiffs' children will travel from great distances to this District for the taking of their depositions, and the parties are exploring the possibility of using video technology as a means of saving cost and expense associated with the remaining out-of-state depositions.

2. Plaintiffs also seek to depose two of defendant Reynolds' representatives concerning the marketing of Salem cigarettes, and Reynolds' positions from 1956 to the present on whether cigarettes cause disease and are addictive. It is anticipated that these depositions will also take place outside of this District.

3. Finally, plaintiffs served interrogatories and production requests on Reynolds to obtain information concerning product specifications of its Salem cigarettes between 1956 and 1999. Reynolds recently served supplemental responses to these requests in which it indicated that it had located responsive trade-secret information which it would provide to plaintiffs' counsel upon the entry of an acceptable confidentiality agreement. Reynolds has provided a draft of such an agreement to plaintiffs, and plaintiffs are in the process of reviewing same. Negotiations regarding mutually acceptable terms may be necessary. Once an appropriate agreement has been entered by the Court, plaintiffs anticipate receiving and reviewing the responsive information from Reynolds.

4. Plaintiffs understand that the Court has previously indicated that the present Scheduling Order may not be extended. Because of the difficulty scheduling the aforementioned depositions, however, additional time is necessary to complete fact discovery. Plaintiffs respectfully suggest that this remaining fact discovery should be completed before they are required to finalize and serve their expert disclosures.

5. Plaintiffs affirm that absent extraordinary circumstances they will not seek further extensions of the Scheduling Order in the future.

6. The granting of this motion will extend the present scheduling order by three months.

7. Defendant Reynolds consents to the granting of this motion.

8.  In the event that the Court is disinclined to grant the requested modification, plaintiffs respectfully request a status conference to discuss these scheduling matters.

Accordingly, plaintiffs David Ertman and Jane Ertman respectfully request that their motion be granted and that the following Scheduling Order enter:

| | |
|---|---|
| September 20, 2007 | Fact discovery to be completed and plaintiffs to designate trial experts and provide expert reports and a damages analysis. |
| November 15, 2007 | Depositions of plaintiffs' experts to be completed. |
| December 21, 2007 | Defendant to designate trial experts and provide expert reports. |
| February 8, 2008 | Depositions of defendant's experts to be completed. |
| April 8, 2008 | Dispositive motions to be served. |

Respectfully submitted,
Attorneys for Plaintiffs
David Ertman and Jane Ertman

By: _____
David S. Golub - ct00145
Jonathan M. Levine - ct07584
Marilyn J. Ramos  - ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904
(203) 325-4491

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of June, 2007, to

    David Thomas Ryan, Esq.
    Frank F. Coulom, Jr., Esq.
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597

    Mark R. Seiden, Esq.
    Chris J. Lopata, Esq.
    Bonnie L. Hemenway, Esq.
    JONES DAY
    222 East 41st Street
    New York, NY 10017-6702

    Mark A. Belasic, Esq.
    Amanda S. Jacobs, Esq.
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, OH  44114-1190

                                                                                          MARILYN J. RAMOS