UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>SEPTEMBER 4, 2007 |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR GEOFFREY K. BEACH

Pursuant to United States District Court for the District of Connecticut Local Rule 83.1(d), the undersigned, an attorney in good standing with the State of Connecticut and authorized to practice before this Court, moves this Court to permit the appearance of Geoffrey K. Beach *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Co. ("Reynolds") in the above-captioned matter. In support thereof, the undersigned states as follows:

1. Geoffrey K. Beach, a partner in the Washington, D.C. office of the law firm of Jones Day, is a member in good standing of the bars of Maryland and the District of Columbia, and the bar of the United States District Courts for the District of Columbia. Mr. Beach has not been denied admission or disciplined by this Court or any other court. Mr. Beach's declaration, which complies with the requirements of Local Rule 83.1(d), accompanies this motion.

2. Mr. Beach's admission would be in addition to the other attorneys from Jones Day and Robinson Cole LLP who already have appearances in this case. The *pro hac vice* admission of Mr. Beach does not require the modification of any scheduling order.

3. On August 28, 2007, Attorney Mark Seiden, counsel for Reynolds, e-mailed plaintiffs' counsel, Attorney David Golub, to ask if he consented to the proposed motion to admit Mr. Beach *pro hac vice*. In his reply e-mail of the same date, Attorney Golub stated, "No problem."

4. The required $25 fee is being paid with this motion. Pursuant to Local Rule 83.1(c), service of all papers may be made upon David Thomas Ryan of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

Respectfully submitted,

By: _____
David Thomas Ryan (ct05713)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200
(860) 275-8299 (facsimile)

--- and ---

Mark R. Seiden (ct20612)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
(212) 755-7306 (facsimile)

Attorneys for defendant
R.J. Reynolds Tobacco Company

## CERTIFICATION

This is to certify that a copy of the foregoing is being sent via electronic mail this 4th day of September, 2007, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT  06904

Mark R. Seiden, Esq.
JONES DAY
222 East 41st Street
New York, NY  10017

_____
DAVID RYAN  (ct05713)

NYI-4019287v1