UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>AUGUST 30, 2007 |

### DECLARATION OF GEOFFREY K. BEACH
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

GEOFFREY K. BEACH, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1.      My name is Geoffrey K. Beach. I am a partner in the Washington, D.C. office of the law firm of Jones Day. My office address is: Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113. My telephone number is 202-879-3991, and my fax number is 202-626-1700. My email address is gkbeach@jonesday.com.

2.      I submit this declaration in support of the Motion for Admission *Pro Hac Vice* filed in the above-captioned matter.

3.      I was admitted to the bar of the state of Maryland in 1992, and to the bar of the District of Columbia in 1993. I was also admitted to the bars of the following court in the years indicated:

United States District Court, District of Columbia (1997)

4.      I am a member of good standing of the bars of all the courts and jurisdictions set forth in the preceding paragraph and have not been disciplined by the United States District Court for the District of Connecticut or any other court.

5.      I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.      I respectfully request that I be admitted *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Company in the above-captioned case.  My admission will not require the modification of any scheduling order now in effect, and would be in addition to those Jones Day colleagues already admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of August, 2007 at Washington, D.C.

Dated:  Washington, D.C.
        August 30, 2007

By:     _____
        Geoffrey K. Beach

        JONES DAY
        51 Louisiana Avenue
        Washington, D.C. 20001-2113
        (202) 879-3991
        (202) 626-1700 (facsimile)
        gkbeach@jonesday.com