UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>-against-<br><br>R.J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>SEPT. 6, 2007 |

## APPEARANCE

Please enter the appearance of the undersigned attorney for defendant R.J. Reynolds Tobacco Co. in the above-captioned matter.

                                                      /s/ Geoffrey K. Beach /asj
                                                     Geoffrey K. Beach (phv02110)
                                                     JONES DAY
                                                     51 Louisiana Avenue
                                                     Washington, D.C. 2001-2113
                                                     (202) 879-3991
                                                     (202) 626-1700 (facsimile)
                                                     gkbeach@jonesday.com

CLI-1548738v1

## CERTIFICATION

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 7th day of September, 2007, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

Mark R. Seiden, Esq.
Bonnie L. Hemenway, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017

Mark A. Belasic, Esq.
Amanda S. Jacobs, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

_____
DAVID RYAN (ct05713)

CLI-1548738v1