UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 NOV -8  A 10: 34

-------------------------------------------------

DAVID F. ERTMAN and JANE ERTMAN      :

     Plaintiffs,      :      CIVIL ACTION NO.
     :      3:01 CV 1090 (WWE)
     v.      :

R.J. REYNOLDS TOBACCO COMPANY,      :

     :      NOVEMBER 7, 2007

     Defendant      :

-------------------------------------------------

## JOINT MOTION FOR ENTRY OF ORDER
## REGARDING PREPARATION OF PATHOLOGY SLIDES

The parties to this action, plaintiffs David F. Ertman and Jane Ertman and defendant R.J. Reynolds Tobacco Company, through counsel, have signed a Stipulation regarding the preparation of pathology slides by Hospital of Saint Raphael's Pathology Department from tissue taken from David F. Ertman in the possession of the Hospital.  The parties hereby jointly move the Court for entry of an order regarding said pathology in accordance with the Stipulation attached hereto.

Counsel for defendant authorizes counsel for plaintiffs to sign this Motion.

PLAINTIFFS DAVID F. ERTMAN AND
JANE ERTMAN,

BY_____
DAVID S. GOLUB  ct 00145
JONATHAN M. LEVINE  ct 07584
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT  06904
(203) 325-4491

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been, mailed, postage prepaid, this 7th day of November, 2007, to:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Bonnie L. Hemenway, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Mark A. Belasic, Esq.
Amanda S. Jacobs, Esq.
JONES DAY
901 Lakeside Avenue, North Point
Cleveland, OH 44114-1190

Geoffrey K. Beach, Esq.
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001-2113

MARILYN J. RAMOS

FILED

2007 NOV -8  A 10: 34

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID ERTMAN and JANE ERTMAN,

Plaintiffs,

v.

R.J. REYNOLDS TOBACCO COMPANY,

Defendant.

CIVIL ACTION NO.
3:01 CV 1090 (WWE)

November 7, 2007

## JOINT STIPULATION AND PROPOSED ORDER
## REGARDING PREPARATION OF PATHOLOGY SLIDES

WHEREAS, non-party Hospital of Saint Raphael (the "Hospital") is in possession of certain pathology material taken from Plaintiff David Ertman; and

WHEREAS, Plaintiff David Ertman was treated for cancer in June of 1999 at the Hospital. During this treatment, tissue samples were taken from lymph nodes and preserved by the Hospital in blocks of paraffin wax ("tissue blocks"), which tissue blocks are currently stored at the Hospital in its pathology department; and

WHEREAS, Plaintiffs and Defendant R.J. Reynolds Tobacco Company (jointly, "the parties") seek to establish agreed to procedures for the Hospital to cut sections or "recuts" from the tissue blocks, acknowledging that they are uncertain as to how many sections or "recuts" can be made from the tissue blocks, if any; and

WHEREAS, the parties are in agreement that the Hospital may exhaust the tissue blocks and make as many "recuts" as possible; and

WHEREAS, after the Hospital has made as many "recuts" from the tissue blocks as possible in accordance with the procedures set forth herein, through counsel, the parties will attempt to reach agreement as to the possible testing of pathology; and

IT IS HEREBY STIPULATED AND AGREED as follows:

1.    The two relevant tissue blocks are identified as follows:  S99-8873B (also known as S99-8873BFS) and S99-8873C, as referenced in the Hospital pathology report regarding David Ertman, dated June 17, 1999.

2.    The parties agree to the following procedures respecting these two tissue blocks:

a.    The Hospital shall cut sections or "recuts" from each of these two tissue blocks at a thickness of approximately five (5) microns.

b.    All recuts shall be mounted on charged slides and shall not be stained by the Hospital.

c.    The Hospital shall number sequentially each cut made from each individual tissue block.

d.    Sections shall be cut until the material in each individual tissue block has been fully exhausted or until twenty (20) sections have been cut from each block, whichever occurs first.

e.    The Hospital shall preserve and maintain custody and control of all pathological material containing cells from David Ertman including:  (i)  the recut pathology slides prepared pursuant to this Stipulation, (ii) unused tissue blocks containing material from David Ertman in its possession, (iii) any tissue blocks that remain after twenty (20) recuts have been made from that tissue block as described in paragraph 2(d) herein, and (iv) any slides in its possession previously made.

f.    The Hospital shall immediately notify counsel for both parties once it has prepared the recuts and shall describe the number and condition of the recuts made from each block so counsel for both parties may attempt to reach agreement as to the possible testing of pathology.

g.    Any costs assessed by the Hospital to prepare the recut slides will be shared equally between Plaintiffs and Defendant R.J. Reynolds Tobacco Company.

3.    Nothing contained in this Stipulation shall limit or enlarge Plaintiffs' or Defendant's right of access to, and/or use or testing of, any of the slides or tissue blocks which remain in the possession of the Hospital after the procedures described in paragraph 2 are performed.

IT IS SO STIPULATED.

Dated:  November 6, 2007

By:_____
MARK R. SEIDEN (ct20612)
Jones Day
222 East 41st Street
New York, New York  10017
(212) 326-3939

*Attorney for Defendant*
*R.J. Reynolds Tobacco Company*

Dated:  November 7, 2007

By:_____
DAVID S. GOLUB (ct00145)
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT  06904
(203) 325-4491

*Attorney for Plaintiffs*
*David Ertman and Jane Ertman*

Pursuant to stipulation of the parties,
IT IS SO ORDERED.


Dated: _____, 2007

_____
WARREN W. EGINTON, U.S.D.J.