UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN, <br><br> Plaintiffs, <br><br> - versus - <br><br> R. J. REYNOLDS TOBACCO COMPANY, <br><br> Defendant. | 3:01 CV 1090 (WWE) <br><br><br><br><br> NOVEMBER 7, 2007 |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR THEODORE M. GROSSMAN AND AND PAUL D. KOETHE

Pursuant to United States District Court for the District of Connecticut Local Rule 83.1(d), the undersigned, an attorney in good standing with the State of Connecticut and authorized to practice before this Court, moves this Court to permit the appearance of Theodore M. Grossman and Paul D. Koethe *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Co. ("Reynolds") in the above-captioned matter. In support thereof, the undersigned states as follows:

1.  Theodore M. Grossman, a partner in the Cleveland office of the law firm of Jones Day, is a member in good standing of the bar of Ohio, the bar of New York, the bars of the United States District Courts for the Northern District of Ohio, Southern District of New York, and Eastern District of New York, the bars of the United States Courts of Appeal for the Second, Fifth, Sixth, and District of Columbia Circuits, as well as the Supreme Court of the United States. Mr. Grossman has not been denied admission or disciplined by this Court or any other court. Mr. Grossman's declaration, which complies with the requirements of Local Rule 83.1(d), accompanies this motion.

2. Paul D. Koethe, a partner in the Cleveland office of the law firm of Jones Day, is a member in good standing of the bar of Ohio and the United States District Court for the Northern District of Ohio. Mr. Koethe has not been denied admission or disciplined by this Court or any other court. Mr. Koethe's declaration, which complies with the requirements of Local Rule 83.1(d), accompanies this motion.

3. Mr. Grossman's and Mr. Koethe's admission would be in addition to the other attorneys from Jones Day and Robinson Cole LLP who already have appearances in this case. The *pro hac vice* admission of Messrs. Grossman and Koethe does not require the modification of any scheduling order.

4. On November 5, 2007, Attorney Mark Seiden, counsel for Reynolds, e-mailed plaintiff's counsel, Attorney Marilyn Ramos, to ask if she would consent to the proposed motion to admit Messrs. Grossman and Koethe *pro hac vice*. On November 7, 2007, Ms. Ramos responded that she consented.

5. The required $50 ($25 on behalf of Mr. Grossman and $25 on behalf of Mr. Koethe) is being paid with this motion. Pursuant to Local Rule 83.1(c), service of all papers may be made upon David Thomas Ryan of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

Respectfully submitted,

By: _____
David Thomas Ryan (ct05713)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200
(860) 275-8299 (facsimile)


--- and ---


Mark R. Seiden (ct20612)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
(212) 755-7306 (facsimile)

Mark A. Belasic (phv0165)
JONES DAY
901 Lakeside Avenue
Northpoint Bldg.
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)


Attorneys for defendant
R.J. Reynolds Tobacco Company

## CERTIFICATION

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 8th day of November, 2007, to:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
SILVER GOLUB & TIETELL, LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

Mark R. Seiden, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017

_____
DAVID RYAN (ct05713)