UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>NOVEMBER 7, 2007 |

### DECLARATION OF THEODORE M. GROSSMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

THEODORE M. GROSSMAN, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1. My name is Theodore M. Grossman. I am a partner in the Cleveland office of the law firm of Jones Day. My office address is: Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190. My telephone number is 216-586-7268, and my fax number is 216-579-0212. My email address is tgrossman@jonesday.com.

2. I was admitted to the bar of the state of New York in 1975 and the state of Ohio in 1987. I was also admitted to the bars of the following courts in the years indicated:

   United States District Court, Northern District of Ohio (1986)
   United States District Court, Southern District of New York (1988)
   United States District Court, Eastern District of New York (1988)
   United States Court of Appeals for the District of Columbia Circuit (1981)
   United States Court of Appeals for the Second Circuit (1982)
   United States Court of Appeals for the Fifth Circuit (2003)
   United States Court of Appeals for the Sixth Circuit (1989)
   Supreme Court of the United States (2004)

3.  I am a member of good standing of the bars of the courts and jurisdictions set forth in the preceding paragraph and have not been disciplined by the United States District Court for the District of Connecticut or any other court.

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.  I respectfully request that I be admitted *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Company in the above-captioned case. My admission will not require the modification of any scheduling order now in effect, and would be in addition to those Jones Day colleagues already admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2007 at Cleveland, Ohio.

Dated: Cleveland, Ohio
      Nov. 7, 2007

By: *[signature]*
Theodore M. Grossman

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel. (216) 586-7268
Fax. (216) 579-0212
tgrossman@jonesday.com