UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 NOV 13 P 12: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| DAVID F. ERTMAN and JANE E. ERTMAN, |
|---|
| Plaintiffs, |
| - versus - |
| R. J. REYNOLDS TOBACCO COMPANY, |
| Defendant. |

3:01 CV 1090 (WWE)

NOVEMBER 7, 2007

## DECLARATION OF PAUL D. KOETHE
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

PAUL D. KOETHE, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1. My name is Paul D. Koethe. I am a partner in the Cleveland office of the law firm of Jones Day. My office address is: Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190. My telephone number is 216-586-1109, and my fax number is 216-579-0212. My email address is pdkoethe@jonesday.com.

2. I was admitted to the bar of the state of Ohio in 1986. I was also admitted to the bar of the United States District Court for the Northern District of Ohio in 1989.

3. I am a member of good standing of the bars of the courts and jurisdictions set forth in the preceding paragraph and have not been disciplined by the United States District Court for the District of Connecticut or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.  I respectfully request that I be admitted *pro hac vice* on behalf of defendant R.J. Reynolds Tobacco Company in the above-captioned case. My admission will not require the modification of any scheduling order now in effect, and would be in addition to those Jones Day colleagues already admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2007 at Cleveland, Ohio.

Dated: Cleveland, Ohio
       Nov. 7, 2007

By: _____
    Paul D. Koethe

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel. (216) 586-1109
Fax. (216) 579-0212
pdkoethe@jonesday.com