# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

David F. Ertman and Jane E. Ertman,

    Plaintiffs,

-versus-

R.J. Reynolds Tobacco Company,

    Defendant.

**APPEARANCE**

**CASE NUMBER:** 3:01 CV 1090 (WWE)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    R.J. Reynolds Tobacco Company

---

**Date:** 11-14-07

**Connecticut Federal Bar Number:** phv02270

**Telephone Number:** (216) 586-3939

**Fax Number:** (216) 579-0212

**E-mail address:** pdkoethe@jonesday.com

**Signature:** [signed]

**Print Clearly or Type Name:** Paul D. Koethe

**Address:** North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on 11/16/07 to the following:

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Jonathan M. Levine, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

Mark R. Seiden, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**Signature:** [signed]
David Thomas Ryan (ct05713)

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24