# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

DAVID F. ERTMAN and JANE E. ERTMAN,

      Plaintiffs,

 -versus-         **CASE NUMBER:** 3:01 CV 1090 (WWE)

R.J. REYNOLDS TOBACCO COMPANY,

      Defendant.

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for:

  R.J. REYNOLDS TOBACCO COMPANY

___11-14-07___                _[signature]_
**Date**                         **Signature**

___phv02269___             Theodore M. Grossman
**Connecticut Federal Bar Number**       **Print Clearly or Type Name**

___(216) 586-3939___          North Point, 901 Lakeside Avenue
**Telephone Number**            **Address**

___(216) 579-0212___          Cleveland OH  44114-1190
**Fax Number**

___tgrossman@jonesday.com___
**E-mail address**

## CERTIFICATE OF SERVICE

 This is to certify that the foregoing Appearance was mailed on 11/16/07 to the following:

David S. Golub, Esq.        Mark R. Seiden, Esq.
Marilyn J. Ramos, Esq.       Jones Day
Jonathan M. Levine, Esq.      222 East 41st Street
Silver Golub & Teitell LLP      New York, NY 10017
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904

                    _[signature]_
                    **Signature**
                 David Thomas Ryan (ct05713)

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                          Appearance.frm.Jan.24