UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID F. ERTMAN and JANE ERTMAN           :
                                          :
                   Plaintiffs,            :    CIVIL ACTION NO.
                                          :    3:01 CV 1090 (WWE)
     v.                                   :
                                          :
R.J. REYNOLDS TOBACCO COMPANY,            :
                                          :    DECEMBER 4, 2007
                   Defendant              :

---

## JOINT MOTION TO MODIFY
## PRETRIAL SCHEDULING ORDER

Plaintiffs David F. Ertman and Jane Ertman and defendant R.J. Reynolds Tobacco Company hereby jointly request that the Court modify the pretrial scheduling order for the completion of discovery in this matter as follows:

| | |
|---|---|
| February 15, 2008 | Depositions of plaintiffs' experts, treating physicians and other health care providers to be completed; |
| March 14, 2008 | Defendant to designate trial experts and provide expert reports; |
| May 30, 2008 | Depositions of defendant's experts to be completed; |
| July 15, 2008 | Dispositive motions to be served |

The parties realistically anticipate needing the additional time for the reasons set forth below:

1.  Plaintiffs were required to disclose their expert witnesses and provide defendant with expert reports by September 20, 2007. Plaintiffs disclosed 17 experts, including three treating physicians, an economist and a life-care planner. With the exception of the treating physicians and economist, all the experts are located out of state.

2. Earlier in September, 2007, counsel for plaintiffs also disclosed 13 experts, including one treating physician, in another action against defendant R.J. Reynolds entitled Barbara A. Izzarelli v. R.J. Reynolds Tobacco Company 3:99 CV 2338 (AHN), pending in the U.S. District Court for the District of Connecticut. With the exception of the treating physicians, economist and life-care planner, the disclosed experts are the same as those disclosed in this matter.

3. It was agreed by all parties that the experts common to both cases would be deposed in both cases at the same time, to reduce costs, expedite the completion of discovery in both matters, and reduce travel and preparation time for the attorneys and the experts.

4. Counsel for the parties have been actively engaged in scheduling depositions of these experts. Nonetheless, scheduling has been very difficult because of the number of deponents involved, the busy schedules of the experts, some of which are not only practicing physicians but prominent in their field with other long-standing commitments, the locations of the depositions throughout the country, and the Thanksgiving and Christmas holidays.

5. In addition, the parties encountered difficulties in both cases in obtaining pathology material for testing. The parties are aware that the result of the pathology analyses can affect plaintiff's experts' opinions and the nature of the deposition questioning. In this case, the hospital's pathology department was reluctant to provide the parties with re-cuts from the tissue blocks without an agreement of the parties, because it would have been required to deplete the blocks. In the Izzarelli case, counsel for the parties were told that the tissue blocks had all been destroyed. It was only recently that the hospital located the samples and contacted counsel.

In this case the parties entered into stipulations first concerning the preparation of pathology slides, which was so-ordered by the Court on November 13, 2007, and then concerning

the distribution of the slides to the parties and testing of same, which was so-ordered by the Court on November 29, 2007. A stipulation was also entered as an order by the Izzarelli court. The re-cuts have been prepared in both cases and the parties have retrieved them or are about to retrieve them from the respective hospitals for purposes of testing.

      6. To date counsel have scheduled and confirmed the following depositions:

Dr. Richard Pollay in New York City (or Vancouver, British Columbia) on December 11, 2007
Dr. K. Michael Cummings in Buffalo, New York on December 14, 2007
Dr. Louis Kyriakoudes in Chapel Hill, North Carolina on December 17, 2007
Dr. William Farone in Irvine, California on December 18, 2007
Dr. Robert Proctor in Palo Alto, California on December 18, 2007
Dr. Marvin Goldberg in University Park, Pennsylvania on December 20, 2007
Dr. Alexander Glassman in New York City on December 20, 2007
Dr. Neil Grunberg in Bethesda, Maryland the first week of January
Lawrence Forman, M.Ed., J.D. in New York, New York on January 7, 2008
Dr. Jeffrey Harris in Providence, Rhode Island on January 10, 2008
Dr. Allen Feingold in Miami Florida on January 17, 2008
Dr. Joseph O'Connell in Connecticut on January 21, 2008

Dr. Gary Strauss was scheduled to be deposed in Boston, Massachusetts on November 28, 2007, but the deposition was postponed because defendant's counsel, Mark Belasic, was ill. The deposition will be rescheduled to take place in December.

      7. It is expected that the depositions of the treating physicians (in this case and in the Izzarelli case) will be scheduled during the month of January. One of the treating physicians (in the Izzarelli case) has already been noticed for January 29, 2008 in Augusta, Maine.

      8. The parties are filing a motion similar to this one with the Court in the Izzarelli case.

      WHEREFORE, the parties jointly request that the Court enter the dates as set forth above in which to complete discovery and submit dispositive motions in this matter.

Counsel for defendant has authorized counsel for plaintiffs to sign on its behalf.

Respectfully submitted,

Attorneys for plaintiffs
David F. Ertman and Jane Ertman,

By: _____
David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Marilyn J. Ramos ( ct11433)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491

-- and --

Attorneys For Defendant
R.J. Reynolds Tobacco Company,

By:
David Thomas Ryan (ct05713)
ROBINSON AND COLE, LLP
One Commonwealth Plaza
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

--- and ---

Mark R. Seiden (ct20612)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

**CERTIFICATION**

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 4th day of December, 2007, to:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Bonnie L. Hemenway, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Mark A. Belasic, Esq.
Amanda S. Jacobs, Esq.
Paul D. Koethe, Esq.
Thomas M. Grossman, Esq.
JONES DAY
901 Lakeside Avenue, Northpoint
Cleveland, OH 44114-1190

Jeoffrey K. Beach, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

_____
MARILYN J. RAMOS ct11433