UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DAVID F. ERTMAN and JANE ERTMAN : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01 CV 1090 (WWE) |
| v. : | |
| : | |
| R.J. REYNOLDS TOBACCO COMPANY, : | |
| : | January 31, 2008 |
| Defendant : | |

---

## PLAINTIFFS' OBJECTION TO NOTICE OF VIDEOTAPED DEPOSITION AND MOTION FOR PROTECTIVE ORDER DIRECTED TO DEPOSITION OF JEFFREY LUSTMAN, M.D.

The plaintiffs, through counsel, pursuant to Fed.R.Civ.Pro. 26(c), respectfully object to defendant R.J. Reynolds Tobacco Company's notice of deposition, dated January 23, 2008, directed to the deposition of Jeffrey Lustman, M.D., plaintiff David F. Ertman's treating psychiatrist, to the extent that defendant purports to conduct a deposition of Dr. Lustman "to be used in the trial" of this action at which opinion testimony will be elicited.

Defendant has not disclosed Dr. Lustman as an expert witness as required by the federal rules when opinion evidence is sought to be elicited. Because plaintiffs do not have the benefit of a proper expert disclosure, and because there has been no discovery deposition, plaintiffs do not know what opinions Dr. Lustman may offer or the bases for any opinions elicited. Under these circumstances, plaintiffs cannot properly prepare for cross-examination of the witness.

Counsel for the parties have conferred and counsel for defendant has indicated that the language of the Notice of Deposition notwithstanding, defendant does not intend the deposition for "use at trial," but rather is conducting a discovery deposition. Since defendant may seek to introduce portions of the deposition at trial in any event, should Dr. Lustman not be available in person, plaintiffs seek this protective order.

Plaintiffs respectfully move that their Motion for Protective Order be granted by the Court.

PLAINTIFFS,

By: _____
David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Marilyn J. Ramos (ct11433)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
(203) 325-4491

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered this 31st day of January, 2008, to:

Mark A. Belasic, Esq.
JONES DAY
901 Lakeside Avenue, North Point
Cleveland, OH 44114-1190,

and mailed, postage prepaid, this day to:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Bonnie L. Hemenway, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Geoffrey K. Beach, Esq.
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001-2113.

MARILYN J. RAMOS