UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DAVID F. ERTMAN and JANE ERTMAN : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01 CV 1090 (WWE) |
| v. : | |
| : | |
| R.J. REYNOLDS TOBACCO COMPANY, : | |
| : | FEBRUARY 4, 2008 |
| Defendant : | |

---

### JOINT MOTION FOR PERMISSION TO FILE ELECTRONICALLY

Plaintiffs, with the consent of and on behalf of the defendant, move the Court for permission to file all future pleadings and motions in this matter electronically. There are no *pro se* parties in this case.

                                                 Respectfully submitted,
                                                 Attorneys for Plaintiffs,

By: _____
David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Marilyn J. Ramos (ct11433)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT  06901
(203) 325-4491

CERTIFICATION

This is to certify that a copy of the foregoing has been, mailed, postage prepaid, this 4th day of February, 2008, to:

David Thomas Ryan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark R. Seiden, Esq.
Chris J. Lopata, Esq.
Bonnie L. Hemenway, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Mark A. Belasic, Esq.
Amanda S. Jacobs, Esq.
Theodore M. Grossman, Esq.
Paul D. Koethe, Esq.
JONES DAY
901 Lakeside Avenue, North Point
Cleveland, OH 44114-1190

Geoffrey K. Beach, Esq.
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001-2113

_____
MARILYN J. RAMOS