UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID F. ERTMAN and JANE ERTMAN, :
:
                      Plaintiffs, :   CIVIL ACTION NO.
:   3:01 CV 1090 (WWE)
   v. :
:
R.J. REYNOLDS TOBACCO COMPANY, :
:   February 29, 2008
                      Defendant :

---

## JOINT MOTION TO MODIFY
## PRE-TRIAL SCHEDULING ORDER

Following a telephonic status conference before the Court on February 28, 2008, plaintiffs David Ertman and Jane Ertman and defendant R.J. Reynolds Tobacco Company jointly request that the Court modify the pretrial Scheduling Order in this matter as follows:

| | |
|---|---|
| April 11, 2008 | Depositions of plaintiffs' experts and plaintiffs' treating physicians to be completed. |
| April 30, 2008 | Defendant to designate trial experts and provide expert reports. |
| June 30, 2008 | Depositions of defendant's experts and Rule (30)(b)(6) witnesses to be completed. |
| July 31, 2008 | Dispositive motions to be served. |

WHEREFORE, the parties jointly request that the Court enter the dates as set forth above in which to complete discovery and submit dispositive motions in this matter.

NYI-4067539v1

Counsel for defendant has authorized counsel for plaintiffs to sign on its behalf.

*Attorneys for plaintiffs*
*David F. Ertman and Jane Ertman*

By: _____
David S. Golub - ct00145
Marilyn J. Ramos - ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491

Respectfully submitted,

*Attorneys For Defendant*
*R.J. Reynolds Tobacco Company*

By:
Mark R. Seiden (ct20612)
Chris J. Lopata (ct20984)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

--   and   --

Mark A. Belasic (phv0165)
Amanda S. Jacobs (phv01922)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

--   and   ---

David Thomas Ryan (ct05713)
ROBINSON AND COLE, LLP
One Commonwealth Plaza
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a copy of foregoing Joint Motion to Modify Pre-Trial Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Marilyn J. Ramos_
MARILYN J. RAMOS ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mramos@sgtlaw.com