UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID F. ERTMAN and JANE ERTMAN, :
:
Plaintiffs, : CIVIL ACTION NO.
: 3:01 CV 1090 (WWE)
v. :
:
R.J. REYNOLDS TOBACCO COMPANY, :
: MARCH 13, 2008
Defendant :

---

## JOINT MOTION FOR ENTRY
## OF PROPOSED PROTECTIVE ORDER

The parties to this action, plaintiffs David F. Ertman and Jane Ertman and defendant R.J. Reynolds Tobacco Company, through counsel, have signed a proposed protective order in this matter, which is submitted with this Motion. The parties hereby jointly move the Court for entry of the Protective Order.

Defendant R.J. Reynolds Tobacco Company has authorized counsel for plaintiffs to sign this Motion on its behalf.

WHEREFORE, the parties jointly request that the Court sign and enter the Proposed Protective Order.

PLAINTIFFS,

By: _____
David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Marilyn J. Ramos ( ct11433)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
(203) 325-4491

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, a copy of foregoing Joint Motion for Entry of Proposed Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
MARILYN J. RAMOS ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mramos@sgtlaw.com