UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN and JANE E. ERTMAN,<br><br>Plaintiffs,<br><br>- versus -<br><br>R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | 3:01 CV 1090 (WWE)<br><br><br><br>JUNE 9, 2008 |

**PROPOSED ORDER TO COMPEL PRODUCTION OF PATHOLOGY MATERIAL
CONSIDERED BY PLAINTIFFS' EXPERT, DR. ALLAN FEINGOLD, OR
<u>ALTERNATIVELY, TO PRECLUDE DR. FEINGOLD'S PATHOLOGY TESTIMONY</u>**

For the reasons set forth in defendant R.J. Reynolds Tobacco Company's Motion To Compel Production Of Pathology Material Considered By Plaintiffs' Expert, Dr. Allan Feingold, Or Alternatively, To Preclude Dr. Feingold's Pathology Testimony ("defendant's Motion"); its Memorandum of Law in Support thereof; and the accompanying declaration of Mark R. Seiden, Esq., and the exhibits attached thereto, defendant's Motion is hereby **GRANTED**.

Plaintiffs and Dr. Allan Feingold are ordered to produce to defendant, no later than _____ , 2008, all pathology material considered by Dr. Feingold for Reynolds' and/or Reynolds' consultants' examination and scanning. This pathology material includes, but is not limited to, the following:

- S99-8873A recuts - stained H&E
- S99-8873B recuts - stained H&E
- S99-8873C recuts - stained H&E
- S99-8873B #3 - stained TTF-1

- 2 -

- S99-8873B # 5 – stained H&E

- S99-8873B #7 – stained CHR

- S99-8873C #3 – stained TTF-1

- S99-8873C #5 – stained CHR

- S99-8873C # 7 – stained H&E

- All other slides with accession number S99-8873 that have been stained with H&E.

- All positive and negative controls that were used in any testing that was conducted by Dr. Feingold or at his request, including but not limited to Genzyme TTF-1 Positive Controls and Genzyme Chromogranin Positive Controls.

- All photomicrographs (in color) taken by Dr. Feingold or at his request.

Pursuant to Federal Rule of Civil Procedure 37(a)(4), plaintiffs David F. Ertman and Jane E. Ertman shall pay Reynolds its reasonable attorneys' fees and costs incurred in connection with the motion. Within 15 days of this Order Reynolds shall submit an application in support of its fee award. Plaintiffs shall submit opposition 15 days later, and Reynolds shall serve a reply 10 days thereafter.

**IT IS SO ORDERED.**

Dated at Bridgeport, Connecticut, this _____ day of _____, 2008.

_____
Hon. Warren W. Eginton
United States District Judge