



I.A. FEINGOLD, MD, FRCP(C), FCCP
CHIEF, DIVISION OF PULMONARY MEDICINE
SOUTH MIAMI HOSPITAL

6200 Southwest 73rd Street
Miami, Florida 33143
Telephone: (786) 662-5229
Facsimile: (786) 662-5314
E-mail: DrIAF@BaptistHealth.net
24 hr emergency: (786) 662-4000

Ms. Marilyn Ramos          mramos@sgtlaw.com
Mr. David Golub            dgolub@sgtlaw.com
Silver Golub & Teitell LLP
The Heritage Building
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904

Date:        September 21, 2007

Re:          Mr. David Frederick Ertman v. R.J. Reynolds
SSN:         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
DOB:         12/22/1942 (age 64)

Dear Ms. Ramos and Mr. Golub:

I have reviewed the following materials in the case of Mr. David F. Ertman:

1.     Medical records;
2.     1 CD of radiology and reports;
3.     Pathology slides and reports;
4.     Answers to interrogatories;
5.     Supplemental answers to interrogatories;
6.     Depositions of David F. Ertman VOL I & II, dated 08/13/2003 & 11/09/2004;
7.     Depositions of David F. Ertman VOL III, IV, V & VI, dated 11/10/2004, 11/11/2004,
       06/14/2006 & 06/15/2006 (not used);
8.     Depositions of Jane Ertman (wife), VOL I & II, dated 06/15/2006 & 03/28/2007.

Based on my review of the available materials, I am pleased to submit the following report.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 2

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

## Table of contents

Smoking History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

Occupational History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4
        Excerpts from deposition of David F. Ertman VOL I, dated 08/13/2003 . . . . . . .  5
        Excerpts from deposition of David F. Ertman VOL II, dated 11/09/2004 . . . . .  22
        Excerpts from deposition of Jane Ertman (wife), VOL I, dated 06/15/2006 . . .  34
        Excerpts from deposition of Jane E. Ertman VOL II, dated 03/28/2007 . . . . . .  39

Past medical history . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  40
        06/13/1999 the patient was seen in consultation by Dr. John Federico  . . . . .  40
        06/14/1999 the patient was seen in consultation by Dr. Joyce Chung . . . . . . .  41
        06/15/1999 bronchoscopy, cervical mediastinoscopy . . . . . . . . . . . . . . . . . . . .  42
        06/15/1999 a letter was prepared by Dr. Federico  . . . . . . . . . . . . . . . . . . . . .  43
        06/17/1999 a pathology report was prepared by Dr. Paul Fiedler . . . . . . . . . .  43
        06/16/1999 a cytology report was prepared by Dr. Irwin Nash  . . . . . . . . . . . .  43
        06/22/1999 insertion of a feeding jejunostomy tube  . . . . . . . . . . . . . . . . . . . .  44
        06/22/1999 an immunology consultation report by Dr. Steven Vernino   . . . . .  44
        06/24/1999 a discharge summary was prepared by Dr. Joseph O'Connell  . .  45
        07/08/1999 an addendum  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  46
        07/20/1999 an addendum to the discharge summary  . . . . . . . . . . . . . . . . . . .  46
        07/30/1999 a discharge summary was prepared by Dr. O'Connell  . . . . . . . . .  46
        08/20/1999 a discharge summary was prepared by Dr. Johanna Lasala  . . . .  47
        08/25/19999 the patient was seen by Dr. O'Connell in follow up  . . . . . . . . . .  47
        09/05/1999 a radiation therapy summary  . . . . . . . . . . . . . . . . . . . . . . . . . . .  48
        06/13/2001 the patient was seen by Dr. Robert L. Lesser . . . . . . . . . . . . . . . .  50
        07/29/2002 the patient presented for audiological re-evaluation  . . . . . . . . . .  50
        01/10/2003 the patient was seen by Dr. O'Connell  . . . . . . . . . . . . . . . . . . . . .  51
        03/24/2003 the patient was seen in consultation by Dr. Barbara Roach  . . . . .  52
        06/28/2003 Dr. Barbara Roach of the Rheumatology Associates  . . . . . . . . . .  53
        01/12/2006 the patient was seen in consultation by Dr. Adam Gorelick  . . . .  54
        06/11/2007 the patient was seen in consultation by Dr. Marc Mann  . . . . . . .  55

Review of pathology by Dr. Allan Feingold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  56

Radiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  59

W0F620113

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 3

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

Second primary lung cancer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

Small cell lung cancer and cigarette smoking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
    Clinical features of small cell lung cancer . . . . . . . . . . . . . . . . . . . . . . . . . 79
    Long term survival in SCLC is rare . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
    Paraneoplastic syndromes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

Summary and conclusions in the case of Mr. David Frederick Ertman . . . . . . . . . . . 85

Bibliography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

W0F620114

I.A. FEINGOLD, MD, FRCP(C), FCCP                                        PAGE: 4

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

## Smoking History

| Date | Physician/ Source | PPD / Duration |
|------|------|------|
| 06/13/1999 | Dr. John Federico | "He is a smoker having quit one year ago, but with a 40 pack year history." |
| 06/14/1999 | Dr. Joyce Chung | "He has a significant smoking history of 42 pack years. He quit in March of 1999." |
| 03/24/2003 | Dr. Barbara Roach | "He is a previous smoker and drinks alcohol only occasionally." |
| | Answers to interrogatories | No. 15A:<br>Plaintiff first began smoking in 1956. He smoked Salem cigarettes from approximately the summer of 1956 until June of 1999. Plaintiff also smoked Sail pipe tobacco from approximately 1978 until 1990. Plaintiff smoked approximately 15 Salem cigarettes per day. Marc Mann, MD assisted in plaintiff's attempts to stop through use of the nicotine patch and through counseling. |

## Occupational History

| Date | Physician / Source | Description |
|------|------|------|
| 06/14/1999 | Dr. Joyce Chung | "The patient is an attorney." |
| 03/24/2003 | Dr. Barbara Roach | "He is married and is on disability from his previous job as an attorney." |

I.A. Feingold, MD, FRCP(C), FCCP                                    Page: 5

Patient:      Mr. David Frederick Ertman
SSN:          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
Date:         September 21, 2007

Excerpts from deposition of David F. Ertman VOL I, dated 08/13/2003

Pg 4
25      You, sir, were for many years a practicing

Pg 5
1   attorney; is that correct?
    2      A.   Yes.  I was a lawyer until 1999.
    3      Q.   During your practice, did you conduct
4   depositions?
    5      A.   No, I did not conduct depositions.

Pg 11
    21     Q.   You married Jane MacFeiggan,
22  M-a-c-F-e-I-g-g-a-n on August 21, 1964, about 39
    23  years ago; is that correct?
    24     A.   I'm not going to rely on my math, but
    25  August 21, '64, yes, is the date we married.

Pg 12
19     Q.   You have among your siblings, a brother
    20  Richard Ertman; is that correct?
    21     A.   That is correct.  Richard Ertman is my
22  older brother.
    23     Q.   Is he about a year older?
    24     A.   No.  Actually, he's almost -- it's four or
    25  five years older.  He's born in April, I believe,

Pg 13
1   of '38.
    2      Q.   Did you smoke your first cigarette with
    3   Richard Ertman?
    4      A.   No, I did not smoke ever that I recall with
    5   him, unless it was incidentally that we were at the
    6   same place.
    7      Q.   Do you recall smoking your first cigarette?
    8      A.   Yes, I do.
    9      Q.   About how old were you?
    10     A.   Well, I believe it was the summer of '56,
    11  1956, and I know -- in fact, I am confident that
    12  was the summer of '56, [∴ age 13, DOB = 12/22/1942] and I know that I was at the
    13  company of several other young males about my age
    14  who were also members of my school club and we were
    15  playing cards in a sort of hotel in New London,
    16  Connecticut.
    17     Q.   You referred to a school club.

W0F620116

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 6

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

18          What club was that?
19      A.  Well, it was called a fraternity, but it
20   was in fact a club called Phi Beta, p-h-I b-e-t-a.
21   They styled themselves a fraternity, but it was
22   really --
23      Q.  A social club?
24      A.  Yes.  I think a social club is a fair
25   description.

Pg 14
18   Q.  Who brought the cigarettes that day to the
19   club?
20      A.  Several of the other people were smoking
21   cigarettes, and I'll use the same convention as
22   you.  When I say "smoking," I'm talking about
23   cigarettes.
24          I remember going from the card game to a
25   cigarette machine or desk -- I'm not sure -- and

Pg 15
1   buying a pack of cigarettes to be one of the cool
2   guys with the rest of them.
3      Q.  I'm sorry.  Were you finished?
4      A.  I think I -- yeah.  I mean, that's where
5   that first cigarette came from, I purchased it.
6      Q.  You wanted to fit in with the other people
7   who were hanging out at the club?
8      A.  That is one of my primary motives, yes, to
9   be a cool guy with the others.
18   Q.  Sitting here today, do you recall any other
19   motivations you may have had for smoking that first
20   cigarette?
21      A.  It was a grown-up thing to do, an adult
22   thing, even though I was only 13.  Salem cigarettes
23   were easy to smoke, being menthol.  They fairly
24   well lived up to the advertising being smoother,
25   fresher than heavy-duty cigarettes that were

Pg 16
1   nonmenthol.
2      Q.  Prior to smoking the first cigarette in the
3   summer of '56, had you seen any advertisements for
4   Salem cigarettes?
5      A.  Yes.  I had seen ads.
6      Q.  Had you seen ads for other brands of
7   cigarettes as well?

W0F620117

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 7

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

8    A.  Yes.  I am sure I had seen the ads for
9   others.
10    Q.  What do you recall about the ads you had
11   seen for Salem cigarettes prior to smoking the
12   first cigarette in the summer of 1956?
13    A.   That -- I recall about Salem ads that they
14   were -- I think it would be better to say they made
15   me feel more grown-up and capable.  The ads were
16   sexy, as I saw it, of course, from that young
17   perspective.  Many of them had young men and young
18   women in intimate -- not to say sexual, but
19   intimate connection, standing close together, men
20   carrying women.
21         The one that sticks in my mind is a man
22   operating his small sailboat with a woman in the
23   boat, I believe.  That kind of thing.
24    Q.   And in these ads -- withdrawn.
25         Were these print ads in newspapers and

Pg 17
1   magazines?
2    A.   These were 90 percent or more print ads,
3   although -- excuse me.  That's not accurate.
4         Probably 60 percent print ads and a lot of
5   billboards.
6    Q.   Let's talk about --
7    A.   Outdoor advertising.
8    Q.   Let's talk about the print ads for a
9   moment.
10         Again, we're focusing on the time period
11   when you're around 13 1/2, prior to the first
12   cigarette.
13         In what publications were you looking at
14   that you would see these print ads?
15    A.   Well, the publications I remember reading
16   with fair regularity are Life magazine, Newsweek
17   magazine, National Geographic.  Those I remember
18   reading pretty regularly.
19    Q.   At what age did you start reading Life
20   magazine?
21    A.   By the way, just to go back half a step,
22   that is not to say I didn't look at other
23   magazines.  Of course I did.
24    Q.   I understand that.
25    A.   What age did I start reading Life magazine?

W0F620118

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 8

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Pg 18

1   God. I do not recall I was so young.  I mean, I
2       know I looked at the magazine very young because it
3       was a sort of staple around the house.
4       Q.  So even by the time -- would it be fair to
5       say that by the time you were 10 years old, you
6       were looking through Life magazine?
7       A.  Certainly by the time I was 10, I was
8       looking at Life magazine.
9       Q.  Is the same true for Newsweek?
10      A.  And also National Geographic.
11      Q.  By the time you were 10?
12      A.  News Week I think was a little later, but I
13      could not say when.
14      Q.  Is it more likely than not that you were
15      reading Newsweek magazine prior to the time you
16      were 13 1/2 years old?
17      A.  Yes.  It is more likely than not that I was
18      reading Newsweek before 13, because I remember
19      reading about the Korean War, for example, in
20      Newsweek.
21      Q.  You mentioned there may have been other
22      magazines you wanted to be clear that you were --
23      A.  Sorry.  I try to hear but I can't.  Go
24      ahead.

Pg 20

4    Q.  Were there any magazines that were
5        regularly around the Ertman household?
6        A.  Probably yes, but I simply don't know which
7        ones.
12   Q.  I also understand that at Lycoming College
13       you became interested in journalism, worked on the
14       Bell.
15          That leads me to ask whether prior to the
16       time you went to college, you were a newspaper
17       reader?
18       A.  I was a reader, yes, of newspapers and
19       other literature --
20       Q.  And you understand --
21       A.  -- before college.
22       Q.  Was there a particular newspaper that was
23       regularly delivered to the Ertman household during
24       the time period prior to your leaving for college?
25       A.  The Hartford Times, which is long now

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 9

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Pg 21
1   defunct, and The Hartford Courant, which is still
   2   functioning.
   3      Q.  Were there specific time periods for each
   4   newspaper; did they overlap in terms of their being
   5   delivered to your parents' home?
   6      A.  They overlapped, but I could not tell you
   7   when and where.  They were sort of always around.
   8      Q.  What is the earliest recollection of an age
   9   at which you picked up the newspaper to look at it?
   10      A.  The problem with giving you an answer is
   11   that it's not a specific recollection.  They were
   12   always there.  It's something I always did.  I know
   13   I couldn't read when I was born, but I read fairly
   14   early.
   15      Q.  So is it fair to say, as far back as you
   16   can remember, you remember picking up the newspaper
   17   when it was around the house?
   18      A.  Yes.
   19      Q.  You mentioned earlier, with respect to one
   20   of the magazines, reading about the Korean War.
   21         Would you also read about current events
   22   like the war in the newspaper when you were --
   23   prior to 18 years old?
   24      A.  Yes.  I certainly read about current events
   25   in newspapers.  But to be reasonably accurate, I'm

Pg 22
1   sure that I did not read as much detail about war
   2   current events before or earlier when I was very
   3   young.  I'm sure I read the comics and the
   4   headlines and things like that.
   5      Q.  By the time you became a teenager, 13 years
   6   old, would you read through the whole newspaper?
   7      A.  I would certainly read through much of it
   8   at 13, most of the newspaper and other magazines.
   9      Q.  And was that fairly true from the time you
   10   were 13 until you left for Lycoming around 18 years
   11   of age?
   12      A.  Yes.
   13      Q.  I want to go back for a moment to the Salem
   14   ads you described earlier.
   15         You talked about your motivations for
   16   smoking.  And you described one of them -- and I'm
   17   paraphrasing -- that the ads made you believe that
   18   it was a grown-up thing to do, and then you

W0F620120

19  described various scenes.  I think you testified
20  that they were intimate scenes, man holding a
21  woman, a man on a boat with a woman.
22      I take it from your testimony that the
23  models in these advertisements were all adults and
24  that was one of the reasons you believed smoking
25  was an adult behavior; is that a fair assumption?

Pg 23

1   A.  They were young adults.  I would say just
2   young adults, yes, but they were probably adults.
3   They certainly were older than I was.
4       Q.  Is there anything else about the
5   advertisements you saw for Salem cigarettes prior
6   to smoking your first cigarette that you recall
7   that you haven't testified about today?
8       A.  There was a drum beat, as it were, about
9   freshness and smoothness and springiness and that
10  sort of thing.
11      Q.  Did you understand --
12      A.  There was also very interesting -- it
13  appealed to me later.  The ads spoke about the
14  cigarette and its construction being very modern,
15  very scientific.
20      Did you take those to be reference to the
21  taste of the Salem cigarettes?
22      A.  I'm trying to recall if I made an
23  association, to answer your question, or just let
24  the words be as they were.  And the answer is I
25  don't -- I simply don't know which I did.

Pg 24

3       Let's go back now to your description of an
4   ad which you said referred to the construction of
5   the cigarette being modern or scientific, or I
6   don't have the precise words in front of me, but
7   they are what they are.  I want to clarify time
8   frames.
9       Do you recall seeing that advertisement
10  prior to smoking your first Salem cigarette?
11      A.  I don't know.  I only know I saw it before
12  I went away to college, but I was -- which was, by
13  the way, when I was 17.  But I don't recall.
14      Q.  So you don't recall -- let me try to help.
15      You recall seeing that advertisement

I.A. FEINGOLD, MD, FRCP(C), FCCP                                           PAGE: 11

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

16  sometime prior to leaving for college, but you
17  don't recall whether it was when you were 13, 14,
18  15, 16, 17; is that fair?
19     A.  Correct.  I simply don't recall if the
20  modern scientific ads were when I was younger or
21  older.  I simply don't recall.

Pg 25
13     Q.  I want to focus again on the advertisements
14  for Salem that you recall that referred to a
15  construction of a cigarette being modern or
16  scientific.  I appreciate that this is a long time
17  ago.
18         Do you specifically recall seeing that ad
19  prior to leaving for Lycoming?
20     A.  Yes.  I do recall that I saw it before
21  leaving for Lycoming.
22     Q.  But you can't --
23     A.  You know what, now that I think about it, I
24  simply don't know.  I mean, I've seen ads over the
25  years and may or may not be.  I cannot tell you.

Pg 26
9      Q.  Do you recall whether that was a print ad
10  or a billboard?
11     A.  No, I do not recall.
12     Q.  Do you recall where you saw that
13  advertisement?
14     A.  I do not recall.
15     Q.  Do you recall how many times you saw that
16  advertisement?
17     A.  No.
18     Q.  Do you recall having any discussions with
19  anyone about that advertisement?
20     A.  No.
21     Q.  Do you recall any specifics about the
22  advertisement in terms of whether any models or
23  people were pictured in it or whether there was any
24  other type of graphics or pictures in the
25  advertisement?

Pg 27
4   A.  Okay.  I believe there were no models.  Or
5   if there were, they were very background figures.
6   The most prominent thing was a scientific -- that's
7   putting it -- overstating it, but a scientific

W0F620122

8   drawing of a cigarette showing air flowing into it
9   and the filter acting, you know, sort of cutting
10  away drawing.
24     Q.  Do you recall whether that advertisement
25  was specifically for Salems as opposed to Salem

Pg 28
1  Lights?
2     A.  No, I do not.
3     Q.  Do you recall any reaction you had to
4  seeing that advertisement?
5     A.  I was drawn to something that purported to
6  be scientific.
7     Q.  Do you recall whether you were already
8  smoking Salem cigarettes when you saw this
9  advertisement?
10    A.  I think so.  I'm not sure.
11    Q.  Do you recall seeing any similar
12  advertisements for any other brands of cigarettes?
13    A.  Yes, but pretty vaguely.
14    Q.  Do you remember any specifics?
15    A.  No.

Pg 29
19  Q.  Let's go back to your first cigarette you
20  testified about earlier.
21     On that day at the -- when you were with
22  your friends from Phi Beta at that club, how many
23  cigarettes did you smoke?
24    A.  First of all, we were at a group gathering
25  at a hotel or hotel-like place in New London,

Pg 30
1  Connecticut, not at the clubhouse, as it were.
2     Q.  Okay.
3     A.  You asked about how many cigarettes.  A
4  couple probably.  I think that's a fair -- it's a
5  couple.  Two or three.
6     Q.  Did you cough when you were smoking your
7  first two or three cigarettes that day?
8     A.  Cough, I do not recall.  I remember that
9  they were harder to take than I assumed they would
10  be.  They were not fresh, as it were, and springy.
19  Q.  I think you testified earlier that as to
20  the cigarettes on the first day, you went and
21  purchased a pack of Salem; is that correct?

W0F620123

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 13

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

22    A.  Correct.  I went to purchase a pack.
23    Q.  At the end of the day, were there any
24  cigarettes remaining in the pack?
25    A.  Yes, most of them.

Pg 31
1    Q.  What did you do with the pack?
2     A.  Put it in my pocket.
3     Q.  Did you bring them home?
4     A.  I don't think I was going home that
5  evening.  I'm not sure whether we were staying at
6  the hotel or not, but I am sure I did not show them
7  to my parents or let my parents know they existed.
8     Q.  So at 13 1/2 years old, your inclination
9  was to hide from your parents that you had tried
10  cigarettes; is that correct?
11    A.  Yes, that I hid from them that I tried
12  cigarettes, yes.
13    Q.  Why did you think to hide that fact from
14  your parents?
15    A.  I think -- I assumed that they would say I
16  was too young.
17    Q.  Why did you make that assumption?  What had
18  they said -- withdrawn.
19        Why did you make that assumption?
20    A.  They had made that kind of comment with TV
21  tobacco advertising about smoking not being for
22  young people but only for older people.
23    Q.  How old were you when your family had its
24  first TV?
25    A.  Probably 12-ish.

Pg 32
1     Q.  Were your parents both smokers?
2     A.  Actually, maybe 11-ish.  But it was after
3  1950 for sure.
4     Q.  Your parents were both smokers of
5  cigarettes?
6     A.  No.
7     Q.  No?
8     A.  No.  My mother was not a smoker that I
9  recall.  My father was.
10    Q.  Did your parents ever tell you that young
11  people shouldn't smoke -- withdrawn.
12        Why did your parents tell you young people
13  shouldn't smoke cigarettes?

W0F62012A

I.A. FEINGOLD, MD, FRCP(C), FCCP                                        PAGE: 14

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

14    A.  You're asking me to jump into their heads.
15  I cannot do that.
16    Q.  Fair enough.
17        Did they ever explain to you why they
18  didn't want you as a young person to smoke
19  cigarettes?
20    A.  To the extent that they explained, which
21  was very limited, it was simply one of those many
22  things like alcohol and sex, and probably some
23  other things that one held off until one was older
24  to adulthood.
25    Q.  Did your parents ever tell you at what age

Pg 33
1   they believed it would be appropriate for you to
2   make your own decision about smoking?
3     A.  No.  They never, never defined an age.
4   They spoke of older adults.
5     Q.  Did you have an understanding that that
6   meant not while you're living in our house?
7     A.  Probably, yes.
8     Q.  Let's go back again to when you're 13 1/2,
9   the summer of '56, that first day when you tried
10  two or three cigarettes.
11        How soon after did you next try to smoke?
12    A.  The next day.
13    Q.  Also with fraternity club members?
14    A.  I don't recall.  I'm simply not sure.
15    Q.  How soon after the first time you smoked
16  did you start smoking on a daily basis?
17    A.  It was almost immediate.  I mean, it was
18  some cigarettes each day.
19    Q.  During the course of your smoking history,
20  and there may be some variation to this that we'll
21  talk about later, I understand you smoked
22  approximately 15 Salem cigarettes a day.
23        Does that sound about right?
24    A.  Yes, about right.
25    Q.  I'll ask you to move back to the time

Pg 34
1   period when you were 13 1/2.
2         About how long did it take you to work up
3   to the 15-cigarette-a-day level?
4     A.  It took about a month to go from two or
5   three up to the most of a pack.

W0F620125

I.A. FEINGOLD, MD, FRCP(C), FCCP                                        PAGE: 15

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

17    A.  I think I worked slowly up to about a pack
18    a day.  I do not recall how long it may have taken.
19    Q.  Were you successful in hiding from your
20    parents that you were smoking cigarettes up until
21    the time that you left for Lycoming?
22    A.  I don't know.  As a parent, I can tell you
23    that there are some things that parents know but
24    ignore, and that may have been the case because my
25    father was a smoker and could say little.

Pg 41
6     Q.  Up until the time from your first cigarette
7     until you attended Lycoming, did you ever
8     experiment with any other brands other than Salem?
9     A.  Only when I was occasionally offered some
10    other brand by some other person, and even then I
11    didn't always take it.  I was actually -- looking
12    back at it, I'm rather surprised.  I had a pretty
13    high degree of brand loyalty.
14    Q.  About how many other brands would you
15    guesstimate you tried during that same time period?
16          MR. LEVINE:  This is the period before
17          Lycoming?
18          MR. SEIDEN:  Yes.
19          THE WITNESS:  Which period are you
20          talking about?
21    BY MR. SEIDEN:
22    Q.  During the period between your first
23    cigarette and Lycoming.
24    A.  I might have tried two or three other
25    brands.  And when I say "tried," I mean one or two

Pg 42
1     cigarettes that I acquired from other people.  I
2     don't think I ever bought a pack of another brand.
3     Q.  And in terms of those two or three other
4     brands that you might have tried, I take it they
5     didn't taste as good to you as Salem?
6     A.  As I recall, they were not menthol and that
7     made a big difference.
8     Q.  A big difference in taste?
9     A.  Yes.
10    Q.  And with respect to your brand loyalty, as
11    you described it, during that time period, in
12    comparing the other two or three brands that you

W0F620126

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 16

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

13   tried, taste was the deciding factor?
14      A.  No.  I did not say taste was a deciding
15   factor by any means.  It was a combination of
16   springiness, freshness, smoothness, ease of smoking
17   and not falling down initially.
18         I didn't say earlier, but it certainly made
19   me feel light-headed the first time I inhaled a
20   puff of smoke.  But it was definitely not simply
21   taste being a deciding factor.
22      Q.  So in addition to taste, it was also the
23   feeling that the Salem cigarettes were fresh,
24   smooth, easy and springy?
25      A.  Yeah.  I would -- I'm not even sure I would

Pg 43
1   put taste on the list.  Maybe I would, maybe I
2   wouldn't.  I don't know.  But these other things
3   were much more important than taste.
4      Q.  As you sit here now, can you tell me today
5   what it means to you that the Salem cigarette had a
6   certain freshness?
7      A.  I would love -- facetious, I would love to
8   have somebody from the company explain that word in
9   the ads because it was all over the ads.
10      Q.  Fair enough.  That may be for a different
11   day.
12         Can you tell me at any point in time what
13   the word "freshness" in those ads meant to you?
14      A.  I believe that I associated it with food
15   in -- I mean, something you take into your body,
16   freshness as opposed to staleness, which of course
17   is a word used about tobacco.  But stale as opposed
18   to staleness, something that is not spoiled.  It's
19   okay, as opposed to eating, say, a moldy piece of
20   bread.
21      Q.  How about springiness?
22      A.  Once again, I would love to have a company
23   rep explain what spring, springtime when you use
24   Salem means because it was in many ads, and
25   assuming you would ask the same question about

Pg 44
1   springiness.
16      Q.  How about smoothness?  Let's try
17   smoothness.  I think that's the word you used.
18      A.  Smoothness, yes.  That's a whole

W0F620127

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 17

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

19  different -- sure.  Smoothness was about how
20  difficult it was or not to get that first puff of
21  smoke into my lungs.
22         Frankly, when I tried other brands at other
23  times, I almost fell over.  I mean, the menthol
24  really made a difference in smoothness and ease of
25  getting it inside my body.

Pg 45
1   Q.  When you say difficulty -- level of
2   difficulty to get the first puff in your lungs, are
3   you talking about to each cigarette or just the
4   first Salem cigarette that you smoked?
5      A.  Well, I'm saying that getting smoke into my
6   lungs was difficult.  But the menthol in Salem and
7   the sense that I had of what they were.  But
8   primarily, the menthol as an actual substance made
9   getting it inside easier than getting other brands
10  that were not menthol inside.
11     Q.  Now, in terms of your understanding of
12  smoothness, is it fair to say that even as a
13  teenager, you understood that the cigarette smoke
14  that you were inhaling was going into your lungs?
15     A.  Of course.  I probably knew that when I was
16  6 years old.  What you breathe goes into your
17  lungs.
18     Q.  Let's focus now again just on cigarette,
19  not pipe smoke, past the time when you began
20  college.
21         What other brands of cigarettes have you
22  tried during the remaining point of your cigarette
23  smoking history?
24     A.  Probably another two or three brands.  And,
25  again, I believe I never purchased other brands.

Pg 46
1   These were incidental offers here and there.
2      Q.  As you sit here today, your best
3   recollection is you never purchased any other brand
4   of cigarettes other than Salem?
5      A.  I do not recall ever purchasing anything
6   other than Salem cigarettes.
15     Q.  Were any of those cigarettes that you --
16  other brands that you tried menthol-flavored
17  cigarettes?
18     A.  I do not recall any menthol flavor other

W0F620128

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 18

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

19   cigarette.
20     Q.  And as to those other brands, would you
21   agree that they didn't taste fresh?
22     A.  I would neither agree nor disagree.
23     Q.  Would you agree they didn't taste smooth?
24     A.  I would agree that they didn't taste as
25   smooth as the Salems did.  They were not as easy to

Pg 47
1   get into my body.
2     Q.  When you started smoking at around 13 1/2,
3   were you inhaling?
4     A.  I inhaled at least if not the first puff,
5   certainly from the first cigarette, yes.
6     Q.  And by the time you became a regular daily
7   smoker, you were inhaling the cigarettes?
8     A.  Yes.
9     Q.  Did your parents ever discuss the health
10   risks of smoking with you?
11     A.  No.
12     Q.  Was that true -- I just want to expand the
13   time frame.
14         That's true throughout their entire lives?
15   They never once discussed the health risks of
16   smoking with you?
17     A.  I cannot recall any discussion of health
18   with my parents concerning smoking.
19     Q.  And while you attended either Weaver High
20   or Conrad High School, do you remember receiving
21   any education in class regarding the health risks
22   of smoking?
23     A.  The only thing I think it is possible that
24   was said was by a PE instructor who said you cannot
25   hold as much wind for running in sports.  And since

Pg 48
1   I really cared little about sports, that was of no
2   import to me, if indeed it was said at all.  I do
3   not recall any other reference to health and
4   smoking.

Pg 55
1     Q.  1978?
2     A.  Okay.  And so the issue became real at that
3   point, and was then again a hot issue around three
4   years later and around three years after that or

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 19

PATIENT:       MR. DAVID FREDERICK ERTMAN
SSN:           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
DATE:          SEPTEMBER 21, 2007

```
 5  five years after that.  I remember punishing
 6  children who said in effect they had not been
 7  smoking when they stunk of smoke, so the punishment
 8  was for the lying, not for the smoking.
 9          I know that I felt very much addicted at
10  that point, and I did not want them to become
11  addicted.  I didn't think I could sell that very
12  well, so I really didn't speak about it.  But --
13  sell that to them, that is.  I mean, I did not
14  think I could put that across.
15          If you're the all-powerful father figure,
16  how is it that something can grab hold of you and
17  hold you so much.  I did not think I could tell my
18  children otherwise.  So our rules were thou may
19  not, but largely because we say so.  And then the
20  punishment was about lying, not about smoking.  I
21  think that's a fair way to put it.
22      Q.  Thank you.  The answer is helpful.
23          In your answer, you just testified that you
24  were addicted to cigarettes.
```

Pg 56
```
6   Q.  Have you ever been diagnosed by any health
 7  professional as addicted to cigarettes?
 8      A.  I do not recall a health professional
 9  specifically saying, "You are addicted to smoking."
10      Q.  Let me, just so the record is full, ask the
11  same question with respect to nicotine.
12          Have you ever been diagnosed by any health
13  professional as addicted to nicotine?
14      A.  The answer would be the same.
15      Q.  I'm going to ask you some questions about
16  addiction.  Would you understand what I was talking
17  about if I referred to your addiction as an
18  addiction to cigarettes?  Is that how you consider
19  it?
20      A.  Yes.
```

Pg 57
```
5           Well, I'm not -- I cannot say I ever felt
 6  addicted to brand X, nor to cigarettes generally.
 7  I can only say that I felt addicted.  I went to the
 8  store and I bought Salems.  Okay.
 9      Q.  Would you consider it more precise, then,
10  to say that you were addicted to Salem cigarettes?
11      A.  Probably.
```

W0F620130

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 20

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

12    Q.  When did you first form a belief that you
13    were addicted to Salem cigarettes?
14    A.  Sometime in high school, fairly early.  I
15    attended some gathering, some party of peers and
16    smoked a lot of Salem cigarettes and stayed up
17    late.  And when I awoke the following day, I felt
18    really crummy and I said to myself, I don't want
19    any more of this, this is baloney.  And I soon
20    within hours, I would say, found that it was not at
21    all easy to stop, that I could not simply put them
22    down.  In fact, I found myself going to the
23    store -- and I'd say found myself was a pretty good
24    way to put it.  Found myself going to the store or
25    a machine, I can't remember which, and buying more

Pg 58
1   Salems.  And suddenly I felt relieved of the
2   feelings of the crumminess and, you know, it was
3   okay.
4       Q.  There did come a time, didn't there, where
5   you stopped smoking cigarettes?
6       A.  Yeah.
7       Q.  When was that, sir?
8       A.  That was around early December of '86.
12  A.  Early December of 1986, yes.
13      Q.  How long in December 1986 did you stop
14  smoking cigarettes for?
15      A.  For probably 40 or so days.  A month plus a
16  few days more.
17      Q.  Then sometime in January of 1987, you
18  resumed smoking cigarettes?
19      A.  Correct.
20      Q.  Did there come a point in time after
21  January 1987 when you stopped smoking cigarettes
22  again?
23      A.  Yes.
24      Q.  When was that?
25      A.  June 1999, early June, about the 10th.

Pg 59
1   Q.  Let's first talk about December 1986.
2       A.  Okay.
3       Q.  What method, if any, did you use at that
4   time to stop smoking cigarettes?
5       A.  Brain surgery.
19  Q.  How long were you in the hospital around

W0F620131

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 21

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

20  December 1986?
21     A.  I was in a hospital for just about a month.
22     Q.  Was the first day that you stopped smoking
23  the day you were admitted to the hospital?
24     A.  Correct.
25     Q.  And then did the period in which you

Pg 60
1  stopped continue throughout the entire duration of
    2  your hospital stay plus approximately ten days?
    3     A.  That's correct.
    4     Q.  And during that entire 40-day period, did
    5  you not even have one cigarette?
    6     A.  Correct.
18  Q.  Did any health professional either
    19  prescribe any medication or give you any advice as
    20  to how you could stop smoking during your period of
    21  hospitalization?
    22     A.  No.
    23     Q.  How soon after your admission was the
    24  surgery?
    25     A.  I'm going to estimate a few days.  They had

Pg 61
    1  done the routine x-rays and things.  It might have
    2  been as much as a week.  I know that one of the
    3  medications was to shrink or dry up my brain so it
    4  wouldn't expand and cause problems.  So -- and I
    5  was on that for at least a few days, perhaps a
    6  week.  And so the surgery possibly was a week after
    7  I was admitted.
    8     Q.  During the period between admission and the
    9  surgery, were you craving cigarettes?
    10     A.  Yes.
    11     Q.  Was that constant, consistent throughout
    12  the entire period between admission and the
    13  surgery?
    14     A.  It was frequent.  To say it was constant
    15  would be, I think, an overstatement.
    16     Q.  Daily?  Was it daily?
    17     A.  Oh, yes.
    18     Q.  What, if anything, did you do to manage,
    19  apparently successfully, those cravings?
    20     A.  There was so much going on medically that I
    21  really had no time to give it much attention.  I
    22  had a craving, and I was off for a test or in a

W0F620132

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 22

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

23   machine or receiving a medication.  God knows, I --
24   it just -- I was distracted completely.  And, of
25   course, we're not talking about small-time stuff so

Pg 62
1    I was very distracted.
     2      Q.  I understand.  Okay.
     3          After the surgery, you were hospitalized
     4   for approximately another three weeks or so.
     5          Did you continue to have cravings for
     6   cigarettes during that period?
     7      A.  After the surgery, I was unconscious for
     8   several days and I was on medication for several
     9   more.  I -- probably Jane can tell you more about
     10  that than I can.  By the time I became aware of my
     11  surroundings, it was nearly time for discharge.  So
     12  I'm inferring that I must have spent the better
     13  part of three weeks semiconscious.
22          THE WITNESS:  After discharge, I --
     23         except for the follow-up visits with the
     24         doctor, I was essentially free to do what I
     25         wanted.  And I remember that my first

Pg 63
1          cigarette was in fact in our car.  Now, where
     2          we were going, I could not tell you.  But, I
     3          mean, I wasn't in pajamas.  I was dressed in
     4          street clothes, so I can only say I probably
     5          bought the cigarettes.  And I know that it
     6          was in the car because Jane was really
     7          annoyed with me for smoking, and I said I
     8          just couldn't let go.  I really needed to do
     9          that.

Excerpts from deposition of David F. Ertman VOL II, dated 11/09/2004
Pg 76
15   Q.  At your last deposition session, we
     16  concluded -- when we concluded we were discussing
     17  your resumption of smoking, I believe it was around

     18  1986 you had stopped for a period of approximately
     19  40 days, the beginning of which coincided with
     20  right around the time that you had brain surgery.
     21         Have I generally stated that accurate, sir?

W0F620133

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                  PAGE: 23

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

22     A.   I stopped smoking in early December '86 for
23   brain surgery and was hospitalized for about 40
24   days.

Pg 77
21     Q.   Putting aside the precise length of the
22   hospitalization, and the medical records will speak
23   to that and we can pin down those dates, but if I
24   understand your testimony, you were in the hospital
25   for some period of time, came home briefly and then

Pg 78
1    went back into the hospital; is that correct?
2      A.   That is correct.
3      Q.   During that entire time period from when
4    you first went into the hospital, came home for
5    somewhere in the neighborhood of 24 hours, went
6    back into the hospital, up until the moment you
7    were released from the hospital, did you smoke at
8    all during that period?
9      A.   I was home for considerably less than 24
10   hours.  It was probably eight or ten hours, but it
11   is accurate that I did not smoke from the first
12   admission to the second discharge.
13     Q.   And would that include pipe smoking as
14   well?
15     A.   Yes, that would include both, any type of
16   smoking.
17     Q.   After your discharge, the second discharge,
18   about how long were you home for when you first
19   resumed starting smoking cigarettes?
20     A.   I cannot answer the amount of time, but I
21   can say that the very first time we were out of the
22   house was when I bought cigarettes, which was quite
23   soon after returning home.
24     Q.   Was it likely greater or less than a week
25   from the time you returned home?

Pg 79
1    A.  I think quite a bit less than a week.
2      Q.   Did there come a point in time in either
3    hospitalization where you wanted to smoke
4    cigarettes but were physically unable to because
5    you were hospitalized?
6      A.   I think so, but I really don't know.
7      Q.   You don't recall?

W0F620134

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 24

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

8      A.  I don't recall.  I was dysfunctional for --
9    while I was hospitalized, most of the time.
10      Q.  How soon after you returned home did you
11    think about resuming smoking cigarettes?  And I'm
12    referring to the second time you were home.
13      A.  Almost instantly.
14      Q.  Did you express a desire to any family
15    members or other visitors to purchase cigarettes
16    for you?
17      A.  Yes.
18      Q.  Tell me who you spoke to about that.
19      A.  I spoke with my wife Jane, and she declined
20    to go get me cigarettes.
21      Q.  Did she say why?
22      A.  She said they smelled lousy.
23      Q.  Did she say anything else?
24      A.  Not that I recall.
25      Q.  During the course of your hospitalizations,

Pg 80
1    did any doctors talk to you and advise you to stop
2    smoking?
3      A.  No, no, not that I recall.
4      Q.  In completing medical forms, have you
5    always been honest about your smoking?
6      A.  I think so.
7      Q.  At any time during your life has any doctor
8    advised you to stop smoking?
9      A.  I do not recall any doctor ever directly
10    advising me to stop smoking.
11      Q.  Did you have outpatient treatments
12    following your surgery for brain cancer?
13      A.  It was not brain cancer.
14      Q.  I'm sorry.
15      A.  It was a nonmalignant brain tumor.

Pg 81
14      At any time in your life, have any health
15    professionals advised you to stop smoking?
16      A.  I have no recollection of any health
17    professional or doctor advising me about stopping.
18      Q.  And that's true throughout your life?
19      A.  Yes, that is my recollection.
20      Q.  During your first and second
21    hospitalizations in connection with the brain
22    surgery --

W0F620135

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 25

PATIENT:          MR. DAVID FREDERICK ERTMAN
SSN:              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
DATE:             SEPTEMBER 21, 2007

23    A.  Excuse me.  I want to clarify one thing.
24    When I was diagnosed with lung cancer in 1999,
25    although, again, I do not recall specific words of

Pg 82
1  advice, medical advice, I think it was clearly
2     implicit in the interaction between me and my
3     oncologist that I should stop smoking.  I mean, it
4     was a foregone conclusion at that point.
11    Q.   Your last answer, you referred to the
12    oncologist making it implicit that you should stop
13    smoking.
14          How did the doctor do that?
15    A.   I'm saying it was implicit in the
16    interaction between us.  It was not his words.  The
17    fact that he got me hospitalized, what the
18    diagnosis was, he said -- he did ask if I had been
19    a smoker and that -- I think at that point he
20    probably did -- and I say probably did say that you
21    should cut out.
22    Q.   What was the name of the oncologist you're
23    referring to?
24    A.   Joseph P. O'Connell, O apostrophe C-o
25    double n-e double L.

Pg 84
11    Q.   And as your second discharge drew closer,
12    did you start thinking about smoking at all?
13    A.   Yes.
14    Q.   And during that time period, again, as the
15    second discharge grew near, did you notice any
16    physical manifestations from not smoking or that
17    you associated with not smoking?
18    A.   What I recall is that I felt jumpier and
19    craved a cigarette.
20    Q.   Other than feeling jumpier and craving a
21    cigarette, did you notice any other physical
22    manifestations which you at the time --
23    A.   I do not now recall any.
24    Q.   I was going to say at the time associated
25    with smoking.

Pg 85
1    A.  I do not now recall any.  Sorry.
2    Q.   That's quite all right.
3          You did recall being jumpier.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 26

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

4       Can you describe for me what you mean by
5   that?
6       A.   I recall being quicker with my emotions;
7   that is, to snap at members of my family.  In fact,
8   I think my wife will probably be able to confirm
9   this.  I'm almost sure that I sent my younger
10  daughter out to a nearby ice cream place to get me
11  some orange sherbet which I wanted and she came
12  back with a container of sherbet from Wawa which
13  was nearby which was a convenient store, and I said
14  in a very snappy tone, which I recall, "I do not
15  eat sherbet from Wawa's," and that became a family
16  joke.  I certainly would not have done -- spoken in
17  that snappy way ordinarily.
21       Why is it that you believe the jumpiness
22  was attributable to smoking as opposed to the
23  circumstances I just mentioned?
24      A.   Well, what comes to mind in answer to your
25  question is the way I was right after the second

Pg 86
1   discharge, which was quite soon after the Wawa
2   incident and after I had some tobacco, some Salem
3   smokes, I felt fine, even though it was a very
4   short time afterwards.
5       Q.   During the period of the later part of the
6   hospitalization when you were jumpier, what, if
7   anything, did you do to manage those feelings?
8       A.   I did not smoke.  I was under some
9   medication, and I suspect that it helped with such
10  stuff but I really don't know.
11      Q.   Did you ever ask any of your health
12  professionals whether any of the medications could
13  have been contributing to the feeling of jumpiness?
14      A.   Not that I recall.
15      Q.   You also mentioned during that time period
16  craving a cigarette.
17       Can you describe for me what you mean when
18  you refer to craving a cigarette during that time
19  period?
20      A.   The very specific sense that if I had a
21  Salem cigarette in my hand and were smoking it, I
22  would feel better.  I think that's a fair
23  description of it.
24      Q.   When you say "feel better," you mean
25  generally better or are you referring to any

W0F62013?

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 27

PATIENT:     MR. DAVID FREDERICK ERTMAN
SSN:         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
DATE:        SEPTEMBER 21, 2007

Pg 87
1   specific -- anything more specific than that?
    2      A.  Less jumpy and snappy.
    3      Q.  Anything else?
    4      A.  Not that I recall.
16         You mentioned earlier your pipe smoking.  I
    17  wanted to get a sense from you as to about how old
    18  you were when you first were smoking a pipe.
    19     A.  My recollection is that I started carrying
    20  a pipe as opposed to smoking it in the early '80s
    21  to accommodate my wife, to whom I had falsely
    22  promised to stop smoking cigarettes.
    23     Q.  When did you promise Jane you would stop
    24  smoking cigarettes?
    25     A.  Sometime in the early '80s.  I cannot be

Pg 88
1   more specific.
    2      Q.  You mentioned you were carrying the pipe as
    3   opposed to smoking it.
    4         During the early '80s, this time period --
    5   well, let me withdraw and ask you some other
    6   questions and try to clear it up.
    7         When did you actually begin smoking a pipe?
    8      A.  I would estimate around '83.
    9      Q.  And for about how long a period of time,
    10  whether it's in months or years, would you estimate
    11  that you were just carrying the pipe around and not
    12  really smoking it?
    13     A.  Well, first, I probably carried it for a
    14  couple of years.  Second, I smoked it only when
    15  other people, significant people, were around while
    16  I continued to smoke cigarettes otherwise.

Pg 89
2   A.  I think that I was purely a carrier as
    3   opposed to a pipe smoker during that initial
    4   period.
    5      Q.  And then for a period of time, you smoked
    6   it when significant people were around.
    7         About how long did that go on for?
    8      A.  I'm going to estimate that it continued
    9   until the early to mid '90s.
    10     Q.  And during that period, was it again
    11  limited to smoking the pipe only when significant
    12  people were around?

W0F62013B

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 28

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

13   A.  That's correct.
14      Q.  And were you otherwise during that time
15   period smoking Salem cigarettes?
16      A.  Yes, I was.
17      Q.  During the time period when you first
18   started carrying around the pipe through the
19   early to mid '90s, were there significant periods
20   where you believed that your wife did not know you
21   were continuing to smoke cigarettes?
22      A.  Yes.
23      Q.  Is that true throughout most of that
24   period?
25      A.  Yes.

Pg 90
1       Q.  As a general rule, during that period would
2    you not smoke cigarettes at home?
3       A.  Yes.
4       Q.  Would you even refrain from smoking
5    cigarettes at home during that period where your
6    wife and children weren't home and you were home
7    alone?
8       A.  No.  If I knew that I would be alone for
9    awhile.
10      Q.  You weren't concerned about lingering
11   cigarette smoke in the house in those situations?
12      A.  No.  That was the point of carrying the
13   pipe.
14      Q.  To cover up the cigarette smoke?
15      A.  Correct.
16      Q.  You mentioned smoking the pipe when other
17   significant people were around.
18          During the period, who was included within
19   these significant people?
20      A.  Generally, those were people who -- well,
21   first of all, it was my wife specifically; second,
22   my family, and third, people who might come in
23   contact with either my wife or the rest of my
24   family.
25      Q.  When you say "family," I assume that

Pg 91
1    includes your three children?
2       A.  Yes.
3       Q.  Does it also include extended family
4    members who presumably could come in contact with

W0F62013Q

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 29

PATIENT:       MR. DAVID FREDERICK ERTMAN
SSN:           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
DATE:          SEPTEMBER 21, 2007

5  Jane and the kids?
6     A.  Yes, I think so.
7     Q.  How about people at the workplace?
8     A.  Yes.
9     Q.  How about neighbors?
10    A.  Let me correct the people at the workplace
11  thing.  It included my secretary who became a
12  friend, but it did not include my colleague office
13  mate who had very rare contact with family.
20    Q.  How about neighbors, during that time
21  period would you refrain from smoking cigarettes in
22  front of neighbors?
23    A.  My recollection is that I had a sort of
24  devil's pact with my Salem cigarette smoking
25  neighbor Lydia Merchant, M-e-r-c-h-a-n-t.

Pg 92
1    Q.  What was that pact?
2     A.  And I would visit her and we would smoke
3  Salem cigarettes together with some frequency.

Pg 105
9    Q.  Prior to June 1999, did you form a belief
10  that there were health risks associated with
11  smoking cigarettes?
12    A.  Yes, I believe so.
13    Q.  When did you first form that belief?
14    A.  I would estimate that it was in the early
15  to mid '90s.
16    Q.  Based on what sources of information did
17  you form that belief?
18    A.  General information in newspapers,
19  articles, magazines.  I think that's probably it.
20    Q.  We were discussing when you formed a belief
21  that there was health risks associated with
22  smoking.
23       When is the earliest you recall hearing
24  from some sources that there was an association
25  between health risks and smoking?

Pg 106
1    A.  The earliest I recall in the very late '50s
2  or early '60s, some articles speaking about health
3  risks, among other things.
4    Q.  Do you recall those health risks including
5  lung cancer?

W0F62014O

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 30

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

6      A.  I'm not sure.  Possibly.
9          During the 1960s, did you continue to see
10   articles or other information discussing the issue
11   of health risk associated with smoking?
12     A.  Yes.
13     Q.  And what sources were you seeing that in,
14   was it newspapers or magazine articles?
15     A.  Yes, generally newspapers and magazine
16   articles.
17     Q.  Do you recall attention being focused in
18   1964 to the United States Surgeon General's report?
19     A.  Oh, excuse me.  Yes.  I had forgotten
20   entirely about that.  But yes, indeed the Surgeon
21   General's report was one of the items that I looked
22   over.
23     Q.  And about that time, you were about 21 or
24   22 years old, 1964?
25     A.  That's right.

Pg 107
1    Q.  And did you hear about the Surgeon
2    General's report right about the time it came out?
3      A.  Yes.
4      Q.  Did you read about it in the newspaper?
5      A.  I don't recall.  I'm sure I heard about it
6    in some public source like the newspaper, perhaps
7    TV or radio news.
8      Q.  What do you recall hearing about that
9    report and the conclusions of the Surgeon General
10   back in 1964?
11     A.  I recall hearing that it was important and
12   a major shift in government position.
13     Q.  What did you understand back in 1964 that
14   the government's position was with respect to
15   smoking and health?
16     A.  I don't know that they had one before then
17   except that there was some tobacco crop subsidy and
18   that sort of thing, which I think continues to
19   date, but my understanding was the government was
20   just supportive of an industry.
21     Q.  Did you understand, based upon the media
22   accounts that you saw at the time about the 1964
23   Surgeon General's report, that the United States
24   Surgeon General had concluded that there was an
25   association between smoking and health risks?

W0F620141

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 31

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Pg 108
1     A.  I think it's fair to say I understood that
2   generally, yes.
3     Q.  Did you understand that the Surgeon General
4   had concluded that there was an association between
5   smoking and lung disease?
6     A.  Probably.
7     Q.  By the time you were 21, you had already
8   spent a couple of years at Lycoming College; isn't
9   that correct?
10    A.  Yes, approximately, that's right.
11    Q.  And during that time you were a premedicine
12   major?
13    A.  I don't recall my major, which was
14   something I just put down on a form.
15    Q.  And during your several years at Lycoming,
16   you took several sciences classes; isn't that
17   right?
18    A.  Yes, I did.
19    Q.  And in 1964, did you have a general
20   understanding of who or what position the United
21   States Surgeon General held?
22    A.  Yes.
23    Q.  You understood that he was the top health
24   official in the United States government?
25    A.  I'm not sure I would put it that way, but I

Pg 109
1   understood he was a government bigwig concerning
2   health.
3     Q.  Did you consider him to be an authoritative
4   figure?
5     A.  Absolutely not.
6     Q.  Why not?
7     A.  I then and now consider the government to
8   be a very questionable source of accurate
9   information.
10    Q.  So you had doubts about the conclusions of
11   the U.S. Surgeon General as reported with respect
12   to the 1964 Surgeon General's report?
13    A.  To say the least.
14    Q.  What did you make of the conclusions
15   reached by the Surgeon General in that report?
16    A.  That they were pieces of information to be
17   weighed by me, along with lots of other pieces of
18   information.

W0F62014Z

I.A. FEINGOLD, MD, FRCP(C), FCCP                                      PAGE: 32

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

19    Q.  With respect to the association between
20  smoking and health as of 1964, what other
21  information were you considering at that time?
22    A.  Well, certainly a lot of newspaper and
23  magazine information, but also Tobacco Institute
24  and Reynolds' company information.  That's
25  R-e-y-n-o-l-d-s.

Pg 110
1   Q.  As someone who was skeptical of information
2  being released by the U.S. Surgeon General, did you
3  also have skepticism about pronouncements from R.J.
4  Reynolds as relating to smoking and health?
5    A.  Skepticism is probably a fair term, but I
6  think it's useful to distinguish degrees of
7  skepticism with degrees of information source
8  stridency.
18      In terms of degrees of skepticism in 1964
19  as relates to the issues of smoking and health,
20  were you more skeptical of the U.S. Surgeon General
21  or of R.J. Reynolds?
22    A.  Interestingly, I was more skeptical about
23  the Surgeon General because the Reynolds' material
24  and Tobacco Institute material was much more
25  measured in tone and less strident, if you will.

Pg 111
1    Q.  When did you first hear of the Tobacco
2  Institute?
3    A.  I'm not sure.
4    Q.  Had you heard of them by 1964?
5    A.  I think so, but again, I'm not sure.
6    Q.  So you're not sure whether you weighed
7  information from the Tobacco Institute when you
8  were considering the Surgeon General's report back
9  in 1964?
10    A.  I cannot say with good, good confidence
11  that it was Tobacco Institute literature before '64
12  or Reynolds' literature.
13      So the answer to your question is a little
14  ambiguous; however, I am sure that before '64 I had
15  heard and received literature from the tobacco
16  industry point of view that dealt with those
17  issues.
18    Q.  Are you able to put a time period when you
19  can say with good confidence you received

W0F620143

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 33

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

20    literature from the Tobacco Institute?
21      A.   I would estimate -- and please, it's only
22    an estimate -- '63.  Also I want to be clear that I
23    know that the tobacco industry formed more than one
24    group, and I'm using Tobacco Institute collectively
25    for the groups that may have formed.  I just don't

Pg 112
 1    know the names of all of them.
 2      Q.   There's actually an entity called the
 3    Tobacco Institute.  So in your earlier testimony,
 4    is it fair to say you didn't --
 5      A.   Yes.  I believe --

Pg 113
19      Q.   As I mentioned, there is a specific entity
20    known as the Tobacco Institute.
21           Focussing now on that specific entity, the
22    Tobacco Institute, are you aware of any statement
23    that has been made by that entity at any time?
24      A.   I believe so.
25      Q.   What statement?

Pg 114
 1    A.   I believe that a pamphlet written by the
 2    Tobacco Institute specifically was available, was
 3    on the counter at the pharmacy where I usually
 4    bought cigarettes, and I think the time was
 5    probably '63.
 6      Q.   Do you recall generally what that pamphlet
 7    stated?
 8      A.   I recall that it mentioned lots of
 9    questions, numbered questions, about the
10    convincingness of claims that tobacco caused health
11    problems and particularly lung disease.
12      Q.   What was the last time you saw any
13    information regarding that pamphlet?
14      A.   The last time, I think I saw it again
15    today.
16      Q.   You saw it in preparing for this deposition
17    today?
18      A.   Yes.
19      Q.   How many times have you seen that pamphlet
20    or information regarding that pamphlet --
21    withdrawn.  New question.
22           Did you actually see the pamphlet itself

W0F620144

I.A. FEINGOLD, MD, FRCP(C), FCCP                                      PAGE: 34

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

23  today?
24    A.  No.
25    Q.  You saw information regarding the pamphlet?

Pg 115
1     A.  No.  I saw what purported to be copy, a
2  photocopy.
3     Q.  Of the pamphlet?
4     A.  Correct.
5     Q.   And since you were diagnosed with lung
6  cancer, how many times have you seen a photocopy of
7  what purports to be that pamphlet?
8     A.  I recall no other time.
13          You mentioned seeing the pamphlet around
14  1963 in the pharmacy.
15          For how long was that pamphlet available at
16  the pharmacy?
17    A.  I have no idea.


Excerpts from deposition of Jane Ertman (wife), VOL I, dated 06/15/2006
Pg 6
23    Q   I understand your date of birth is
24  March 5, 1943?
25    A   Uh-huh.

Pg 7
6           And your father's first name is Lee?
7     A   No.
8           My father's first name was David.
9     Q   David.
10          And your mother, was that Dorothy?
11    A   Yes.
12    Q   And you were married on August 21st of
13  1964 to David Ertman?
14    A   Correct.

Pg 15
24    Q   Okay.  I understand you are a former
25  smoker of cigarettes.

Pg 16
1           Is that correct?
2     A   That's correct.

W0F62014S

I.A. FEINGOLD, MD, FRCP(C), FCCP                                              PAGE: 35

PATIENT:       MR. DAVID FREDERICK ERTMAN
SSN:           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
DATE:          SEPTEMBER 21, 2007

3      Q   When did you start smoking cigarettes?
4          At what age?
5      A   At what age did I start smoking?
6      Q   Yeah.
7      A   I believe the first cigarette I had was
8  when I was in the fifth or sixth grade.
14     Q   Would that put you around 11 or 12 years
15  old at the time?
16     A   Yes.
17     Q   Did there come a point in time where you
18  became a daily smoker of cigarettes?
19     A   I believe that by 15 or 16.
20     Q   Okay.
21     A   I tend to think by 16.
22     Q   Okay.  And I understand -- and I'm sure
23  you'll correct me if I'm wrong -- that you met
24  David, probably, on one occasion before he recalls
25  you having met?

Pg 17
1      A   Uh-huh.
2      Q   How old were you when you first met David?
3      A   Fifteen.
4      Q   Okay.  And what were the circumstances
5  surrounding that first meeting?
6      A   It was a party at his house.
7      Q   Okay.  And when did you next -- after that
8  party, when did you next meet David?
9      A   I was aware of David in high school.
10         We were -- he was a year ahead of me in
11  high school.
21     Q   So did you first become aware of David
22  when you were a tenth grader and he was an 11th
23  grader?
24     A   I'm not absolutely positive about that.
25     Q   It may have been your junior year and his

Pg 18
1  senior year?
2      A   Correct.
3      Q   Okay.  The party when he was 15, was that
4  before you started high school or while you were in
5  high school?
6      A   I guess it would have been -- I don't
7  know.
8      Q   Okay.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 36

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

9      A   I'm not sure.  Maybe, ninth grade.
10  Maybe –
17      Q   Okay.  Do you recall if he was smoking at
18  that party?
19      A   My recollection, which is fed I'm sure by
20  events afterwards, because it was a legendary
21  party --
22      Q   My brother had one of those.
23      A   -- my recollection is that the entire
24  house was filled with cigarette smoke.  And everyone
25  was smoking.

Pg 19
1           So no.  I don't specifically remember him
2  smoking.  But I remember smoke.

Pg 21
1      Q   And about what year would that be?
2      A   Same year we were married.
3      Q   I'm sorry.  Marital year.
4           Were you 21 at the time or thereabouts?
5      A   Yes.
6      Q   So it would probably be around 1964?
7      A   Yes.
8      Q   Does that sound right to you?
9      A   Yes.
10      Q   And from -- and the date you got married
11  is August 21st of --
12      A   1964.
13      Q   Oh, so later that year?
14      A   About three months after we started
15  dating.
16      Q   Okay.  Not entirely uncommon back then.
17           Right?
18      A   Right.
19      Q   And then, you both graduated from
20  Hartford?
21      A   Did we both graduate from the University
22  of Hartford?
23           Correct.
24      Q   When did you start living together?
25      A   When did we start living together?

Pg 22
1      Q   Yes, ma'am.
2      A   The evening we were married.

W0F620147

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 37

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

3      Q    Okay.  And during the period of time when
4   you first started dating up until August 21st of
5   1964, how frequently would you see each other?
6          Almost daily?
7      A   I would assume.  But I have no idea.
24     Q    When is the last time -- last year in
25   which you recall seeing David Ertman smoke a

Pg 23
1   cigarette?
2      A   I believe that, as David said, I saw him
3   smoke when he came home from the hospital after the
4   brain surgery.
5      Q   So sometime -- go ahead.  I'm sorry.
6          I interrupted you.  I apologize.
7      A   And that was when?
8          '86?
9      Q    I think the medical records would show
10   that that was '86.
11          I know you were here for that testimony,
12   and you read about it in the deposition.
13          Do you independently recall seeing him
14   smoke at about that time?
15     A   Yes, I do.
16     Q   How many cigarettes do you recall seeing
17   him smoke about that time?
18     A   One.


Pg 25
23     Q    Since some time in 1986 when you saw him
24   smoke that one cigarette, have you ever seen him
25   smoke a cigarette again?

Pg 26
1      A   I have no recollection of seeing him smoke
2   a cigarette.  No.
3      Q   Okay.  You were in the car with him when
4   he smoked that cigarette?
5      A   Yes, I was.

Pg 28
1      Q   Do you currently believe there are health
2   risks associated with smoking?
3      A   At this moment today, do I believe?
4          Yes, I do.

W0F62014B

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 38

PATIENT:       MR. DAVID FREDERICK ERTMAN
SSN:           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
DATE:          SEPTEMBER 21, 2007

5      Q   When did you first form that belief?
6      A   A true belief?
7      Q   Yeah.
8      A   I think the day my husband was diagnosed
9   with lung cancer.
10     Q   So in June of 1999?
11     A   Yes.
12     Q   Okay.  When did you first hear --
13  distinguishing from true belief -- when did you
14  first hear someone suggest that there were health
15  risks associated with smoking?
16     A   First, I believe, at some point at a
17  rather young age, I became aware that Humphrey
18  Bogart died of lung cancer.
19         Generally, I don't remember cigarette
20  smoking being a large part of my consciousness,
21  something that I thought about often.
22         I believe, over years, I would hear news
23  that somebody died of lung cancer.  I was aware, at
24  some point, of two tobacco-industry people
25  testifying, perhaps, before Congress that tobacco

Pg 29
1   smoking was fine.
2          That could have been a year ago.  That
3   could have been 15 years ago.  I have no
4   recollection of when that was.
5      Q   Okay.  You mentioned, initially, at a
6   young age, you heard Humphrey Bogart died of lung
7   cancer.
8          Did you associate that death with his
9   smoking?
10     A   Yes.
11         But I don't remember thinking that applied
12  to me or anybody else.

Pg 44
6          After you got married in August of 1964 --
7   August 21st, my wife's birthday -- through the end
8   of the 1960s, as a general matter, do you recall
9   that, on a regular basis, David would smoke in front
10  of you?
11     A   Only in the same way that I'm sure he ate
12  dinner every night.
13     Q   So it doesn't stand out specifically.  But

I.A. FEINGOLD, MD, FRCP(C), FCCP                                        PAGE: 39

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

14  you -- is that --
15      A   We both smoked.  Everybody I knew smoked.
16      Q   What brand of cigarettes were you smoking?
17      A   I believe, most of the time, I smoked
18  Tareyton cigarettes.
19      Q   Would you bum David's cigarettes if you
20  ran out?
21      A   Actually, no.
22          I do know that I thought menthol
23  cigarettes were disgusting.
24      Q   You didn't care for the taste?
25      A   Correct.

Pg 45
15      Q   Okay.  At any point from 1960 forward,
16  until he stopped smoking in front of you, at some
17  point in the 1970s, what brands of cigarettes did
18  you see David smoke?
19      A   Salems.
20      Q   Is that the only brand you saw him smoke?
21      A   That's the only brand I ever remember
22  seeing him smoke.


Excerpts from deposition of Jane E. Ertman VOL II, dated 03/28/2007
Pg 68
24      Q.  I am looking at your first deposition
25  session.  My recollection is that you smoked your

Pg 69
1   first cigarette around the time you were 11 or 12
2   years old, is that correct?
3       A.  Correct.
4       Q.  And so that was around 1954 or 1955?  I don't
5   mean to put you on the math spot but you were born in
6   1943, correct?
7       A.  Right, okay.
8       Q.  And then you became a regular smoker around
9   15 or 16 years old?
10      A.  Correct.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 40

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Past medical history

On 06/13/1999 the patient was seen in consultation by Dr. John Federico of the Cardiothoracic Surgical Associates, P.C. in New Haven, Connecticut.  Dr. Federico recorded:

> I met with Mr. Ertman and his family this afternoon to review his recent work-up.  As you know, he is a pleasant 50 year old gentleman who has recently been diagnosed with a right upper lobe lesion and mediastinal adenopathy. He presented to the hospital with cerebellar neurologic symptoms including diplopia and gait changes. His clinical and radiographic picture are highly suspicious for a perineoplastic syndrome. He is a smoker having quit one year ago, but with a 40 pack year history. His past history is somewhat remarkable in that he had a cerebellar hemangioblastoma in 1986 treated with resection by Dr. Goodrich. He has had no additional treatment and has been free of disease since. His recent head CT and MRI showed no evidence of recurrence or metastases. He has had a good performance status, but no dyspnea on exertion up until about three weeks ago at the onset of his neurologic changes. There is no history of prior cardiac disease. On exam, he has had a good performance status with no dyspnea on exertion up until about three weeks ago at the onset of his neurologic changes. There is no history of prior cardiac disease. He has clear breath sounds bilaterally. He clearly appears lightheaded when changing his position from supine to upright. There is no clubbing and no evidence of hypertrophic osteoarthropathy. Heart sounds are normal with no murmurs. There is no adenopathy on exam.

Dr. Federico continued:

> I had an extensive discussion with the patient and his family regarding my suspicion that his current presentation is likely related to a lung cancer, probably small cell. I recommended proceeding with a bronchoscopy and mediastinoscopy to not only establish a diagnosis, but to stage the underlying disease. This should also give us adequate tissue samples to conclusively clarify the diagnosis in terms of cell type. A needle biopsy of the lesion of the lung is possible but, since the lesion is deep, the higher risk of pneumothorax and the amount of cellularity may be inadequate to clarify the exact cell type.

W0F620151

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 41

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

On 06/14/1999 the patient was seen in consultation by Dr. Joyce Chung, a radiation oncologist at the Hospital of Saint Raphael in New Haven, CT.  Dr. Chung recorded:

> The patient is a 56 year old white male who presented with acute onset of vertical diplopia, right facial numbness progressing to decrease taste, difficulty swallowing, dysphagia, unusual parasthesia, ataxia and bilateral hip paresthesias. He has undergone two MRIs in the past two weeks and there was no evidence of metastases. There was evidence of resection of a previous cerebellar hemangioblastoma from 1986. On 04/02/1999 he presented with right Baker's cysts which was removed and treated with Celebrex. He subsequently developed a dull, constant headache. On 05/20/1999 he was found to have significant sleep apnea which was worse than his baseline level. He was then started on CPAP. His Celebrex was discontinued and his headaches promptly resolved. He was admitted to the Hospital of Saint Raphael at which time a chest x-ray demonstrated an enlarged azygous nodal region. A CT scan of the chest was recommended. A CT scan of the chest done 6/12/1999 demonstrated a 2.5 cm nodule in the right upper lobe with adjacent mediastinal adenopathy that measured 3 x 3 cm. No other significant findings were noted. Abdominal and pelvic CT scan demonstrated no evidence of liver or nodal metastases. A biopsy was performed which demonstrated findings consistent with small cell lung carcinoma. He was started on a course of chemotherapy and is present for evaluation of early thoracic irradiation. Clinically, he denies any pain, nausea or vomiting, weight loss.

Dr. Chung noted the patient's past medical history was significant for degenerative joint disease, gout, history of cerebellar hemangioblastoma in 1986 complicated by postop meningitis, right meniscus removal in 1973 and appendectomy.  Dr. Chung noted the patient's family history revealed his mother was diagnosed with multiple myeloma at age 64 and has a brother with a history of rectal cancer.  Chest auscultation was described by Dr. Chung to be clear.  No cyanosis or edema was noted on physical examination of the extremities.  Dr. Chung's impression and plan was:

> The patient is a 56 year old white male who presents with multiple neurologic symptoms diagnosed with small cell lung carcinoma. His neurologic workup including an MRI of the head has been non diagnostic. He has also had CSF analysis which was non diagnostic. He was started on a course of systemic chemotherapy and I have recommended starting early thoracic irradiation in

W0F62015Z

the hopes of improving his local control and his perineoplastic syndrome. I explained to the patient as well as his family the role of radiation and the possible side effects including esophagitis, fatigue, pneumonitis. The patient will be simulated and treatment will begin shortly thereafter.

On 06/15/1999 bronchoscopy, cervical mediastinoscopy and insertion of right Port-A-Cath was performed by Dr. Federico at the Hospital of Saint Raphael.  Dr. Federico reported:

At the time of bronchoscopy, the distal trachea, carina, left and right main bronchi and all segmental bronchi were normal. There were no secretions and there were no endobronchial lesions. There were no secretions and there were no endobronchial lesions. The mucosa looked normal. The bronchoscopy was then concluded.  The patient was then turned, positioned, and prepped and draped in the usual sterile fashion for a cervical mediastinoscopy and a right Port-A-Cath insertion. Initially, a small transverse incision was made at the base of the neck and dissection was carried down into the mediastinum in the pretracheal space. Large lymph nodes were easily identified in the innominate fossa and in the right paratracheal space. Multiple biopsies were obtained, and the initial frozen section was nondiagnostic.  We then re-entered the mediastinum with the scope and biopsied additional tissues and a repeat frozen section on additional specimens revealed metastatic small cell carcinoma. The large lymph nodes were the R2 and R4 level lymph nodes.



Figure 1 from Mountain and Dresler 1996[1]. Regional lymph node stations for lung cancer staging. Adapted from Naruke et al 1978 and the ATS/North American 1983 (copyright 1996, Mountain and Dresler; may be reproduced for educational purposes without permission).

W0F620153

I.A. Feingold, MD, FRCP(C), FCCP                                                    Page: 43

Patient:        Mr. David Frederick Ertman
SSN:            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
Date:           September 21, 2007

On 06/15/1999 a letter was prepared by Dr. Federico addressed to a Dr. Moshe Hasbani which stated:

> As you know, Mr. Ertman was seen by the thoracic service and we took him to the operating room today to confirm our clinical suspicion of small cell carcinoma. On the frozen section biopsy of the lymph nodes, metastatic small cell was identified. He appears, at this time, to have a paraneoplastic syndrome related to small cell carcinoma and his disease appears to be confined to the chest at this time. We also placed a Port-A-Cath so that he can begin chemotherapy at any time.

On 06/17/1999 a pathology report was prepared by Dr. Paul Fiedler who described:

> Pathology No.:      S99-8873
> A) Lymph node, R2, Excision: Reactive lymphoid hyperplasia
> B) Lymph node, R2, Excision: Metastatic small cell carcinoma
> C) Lymph node, R2, Excision: Metastatic small cell carcinoma
> Gross Description:
> A) Received in saline labeled 'R-2 ? Small cell carcinoma' are several soft tan gray lobular tissue fragments, aggregating 1.8 x 1.0 x 0.3 cm. The specimen is submitted in toto for frozen and permanent sections labeled 'A'. (1-NS)
> B) Received in saline labeled 'R2' is a 2.2 x 2.2 x 0.3 cm aggregate of soft to firm tan white to tan gray tissue fragments, which are submitted in toto for frozen and permanent section labeled 'B' (1-NS)
> C) Received fresh labeled 'R-2' is a 1 cc aggregate of soft pink tissue and submitted in toto labeled 'C' (1-NS)
> Frozen Section Diagnosis:
> A) No tumor seen
> B) Metastatic small cell carcinoma.
>
> Histo Tissue Summary:
> Part    Blocks   Stains/Procedures
> A       1        FS
> B       1        FS
> C       1        Level Sx2

On 06/16/1999 a cytology report was prepared by Dr. Irwin Nash of the Hospital of Saint Raphael. Dr. Nash reported a cerebrospinal fluid aspiration was performed on 06/11/1999. I was not provided with the operative report for my review. Dr. Nash described:

W0F620154

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 44

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Pathology No.:        C99-8186
Cerebro-Spinal Fluid, Cytologic Material - Degenerated Material, Not Diagnostic
Materials Received: Cerebro-Spinal Fluid (CSF) 2 slides

On 06/22/1999 insertion of a feeding jejunostomy tube was performed by Dr. Federico at the Hospital of St. Raphael without any complications. In his operative report, Dr. Federico stated that the indication for the procedure was "esophageal dysmotility secondary to peri[sic, should be para]neoplastic syndrome.

On 06/22/1999 an immunology consultation report was prepared by Dr. Steven Vernino of the Mayo Clinic in Rochester, Minnesota at the request of a Dr. Joseph O'Connell in Milford, CT.  Dr. Vernino described:

Serum No.:  99-17,033
As you know, Mr. Ertman's serum was positive for type 1 anti-neuronal nuclear antibodies (ANNA-1, sometimes called 'antiHu'), at an endpoint dilution of 1:3,840. These antibodies are highly associated with small cell lung carcinoma (SCLC). Adult patients who are ANNA-1 positive can present with a spectrum of paraneoplastic autoimmune neurologic disorders, usually peripheral neuropathy (sensory > autonomic > motor) or limbic encephalitis, with varying involvement of cerebellum, brain stem, myelopathy or radiculopathy.
We have identified prospectively 497 patients seropositive for ANNA-1. A malignant neoplasm has been found in 90% of those followed up, and 81% have had SCLC confirmed histologically. Most of the rest have been heavy smokers and many have other stigmata of SCLC (including inappropriate ADH secretion and serum antibodies reactive with neuronal calcium channels, N-type or P/Q-type)
Tumors in patients of this type may be difficult to find, and are characteristically confined to the chest. SCLC is found in 8% of ANNA-1 positive patients by MRI imaging in the face of negative or equivocal chest x-ray and CT scans; some require open thoracotomy when mediastinoscopy yields non-malignant lymph node tissue; 5% are not found until autopsy. In 13% of patients proven to have SCLC, there is a co-existing or past history of an unrelated cancer. We have encountered an extra pulmonary primary small cell carcinoma (breast, prostate, cervix, tongue, skin) in half a dozen patients seropositive for paraneoplastic autoantibodies predictive of SCLC. For our research data base, I would be very grateful for a summary of Mr. Ertman's neurological and medical history and response to treatment. Our laboratory will be happy to periodically test his serum for anti-neuronal nuclear antibodies (ANNA-1) at 3-4 month intervals without charge. The serum (4 Ml) should be sent to Mayo Medical Laboratories, Mayo Clinic, 200 First Street S.W., Rochester, MN 55905, requesting 'ANNA-1, No Charge'.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                              PAGE: 45

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

On 06/24/1999 a discharge summary was prepared by Dr. Joseph O'Connell of the Hospital of St. Raphael.  Dr. O'Connell reported the patient was admitted on 06/11/1999 with an admitting diagnosis of cranial nerve dysfunction.  From the discharge summary it appears that Dr. O'Connell anticipated discharging the patient on the following day.  In fact, a total of 1 discharge summary and 2 addenda were prepared.  Dr. O'Connell recorded:

> The patient is a 56 year old gentleman, generally in good health, who eight weeks prior to admission had a headache for several weeks, which appeared to resolve with discontinuation of the Celebrex prescribed for knee pain. Subsequent to that episode, he began to feeling [sic] increasing fatigued. A sleep apnea study was performed, but then three weeks prior to admission developed diplopia, went onto develop right upper chest numbness, visual changes with dizziness and diplopia, and hyperacusis. He was admitted to the hospital for a neurological workup.

Dr. O'Connell continued:

> Physical examination on admission showed a pleasant, well built, heavy set gentleman in no acute distress. He had normal extra ocular movements, but diplopia in all directions of focus. He had mild hyperacusis bilaterally [an unusual condition defined as collapsed tolerance to normal environmental sounds and loss of dynamic range]. No nystagmus was present. Extremities showed normal strength. He had no palpable adenopathy. Lungs were clear. Abdomen was soft and nontender without organomegaly....A CT scan showed right upper lung nodule with mediastinal adenopathy.

> Upon finding of a lung abnormality, the focus of the patient's evaluation switched to a paraneoplastic syndrome. He underwent mediastinoscopy and bronchoscopy by Dr. Federico on June 13, which revealed small cell cancer. He was treated with systemic chemotherapy, Cisplatin, 45 mg and etoposide, 230 mg daily for three days beginning June 15. Radiation therapy to the chest was initiated as well. By June 24, his white count had dropped to 1200 (radiation therapy was held, and GCSF started).  Finally, a feeding tube was placed through [sic, probably "due to"] the patient's aspiration and tube feedings began June 24. The impression is that the patient has a small cell cancer, which is likely to respond to therapy, but that his neurologic damage may take weeks to months to assess/recover.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                      PAGE: 46

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

On 07/12/1999 a Echocardiogram performed by Dr. Robert Morrison of the Hospital of Saint Raphael revealed:

> Vales: The aortic valve is intact. No significant insufficiency is seen. There is no significant mitral insufficiency. The tricuspid valve is not well seen.
> Chambers: The left ventricle is normal in size with hyperdynamic wall motion. There is mild concentric hypertrophy present. There is evidence of mild cavitary obstruction by Doppler criteria. The left atrium is normal in size. The right sided chambers appear unremarkable.
> Aorta: Normal
> Pericardium: No effusion
> Impression: Abnormalities as described above. The estimated ejection fraction is 65% with mild hypertrophy seen. There is mid cavitary dynamic flow obstruction by Doppler criteria.

On 07/08/1999 an addendum to the discharge summary was prepared by Dr. O'Connell who recorded that the patient developed neutropenic fever and abdominal distension on 06/26/1999. The patient was treated with granulocyte stimulating factor and antibiotics.

On 07/20/1999 an addendum to the discharge summary prepared on 06/25/1999 by Dr. O'Connell recorded:

> The patient's discharge to the extended care facility was further delayed because of orthostatic hypotension. In addition, he developed paroxysmal atrial fibrillation. There was no evidence of pulmonary embolus. His autonomic neuropathy was felt due to chemotherapy and his malignancy. He required Florinef and support stockings to increase his blood pressure. He was started on Coumadin because of the paroxysmal atrial fibrillation. Because of his blood pressure difficulty, calcium channel blockers were felt not to be indicated. His rate was controlled with atenelol. Finally, his appetite and eating ability improved to the point where tube feedings were discontinued at the time of discharge.

On 07/30/1999 a discharge summary was prepared by Dr. O'Connell of the Hospital of Saint Raphael. Dr. O'Connell reported the patient was admitted on 07/24/1999. Dr. O'Connell recorded:

W0F620157

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 47

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

The patient is a 52 year old gentleman with limited stage small cell cancer, responding well to therapy, but presented with severe neurologic symptoms due to anti-Hu antibody (including initial diplopia which has resolved, dysarthria which has improved, dysphagia which has improved, orthostatic hypotension, which persists). The patient had been at an extended care facility, completing radiation therapy and to begin physical therapy, when he developed hemoptysis and low grade fevers for two days, came for radiation therapy on the date of admission and noted to have a temperature of 102 and chest x-ray which showed bilobar pneumonia.

Dr. O'Connell noted the patient's past medical history revealed the patient had completed two cycles of chemotherapy and finished radiation therapy 07/26; however is due for two additional cycles of chemotherapy. Chest auscultation was described by Dr. O'Connell to be diminished at the right base with some rhonchi bilaterally. Dr. O'Connell's plan was:

...for him to continue 7-10 days of antibiotics, and receive physical therapy. It is believed that since his tumor resolved after only one cycle of chemotherapy and part of a radiation course, that his prognosis from the cancer is excellent, and his prognosis for neurologic recovery could be benefitted with intensive therapy in view of the improvement he has already manifested.

On 08/20/1999 a discharge summary was prepared by Dr. Johanna Lasala of the Hospital of St. Raphael. Dr. Lasala reported the patient was admitted on 08/13/1999 to the active medical service. "He was seen by Infectious Disease. He was maintained NPO and only J tube feedings were used. He had a spiral CT which raised a question of fungal pneumonia but did not show a pulmonary embolus. The patient was placed on IV antibiotics and slowly improved. He had a subsequent episode of dyspnea with mild desaturation for which he received morphine. He had multiple sets of blood cultures. He had no subsequent episodes of dyspnea or desaturation. He had no further orthostatic changes. His medications were continued. He was seen by physical therapy. Infectious disease felt that given staph aureus in his sputum that he should be continued on vancomycin. Ceftazindime was continued because of slightly worsening chest x-ray. The patient will be discharged home to complete a 14 day course of vancomycin and a 10 day course of ceftazidime.

On 08/25/19999 the patient was seen by Dr. O'Connell in follow up at the Medical Oncology & Hematology, P.C. in Milford, CT. Dr. O'Connell recorded:

W0F620158

I.A. FEINGOLD, MD, FRCP(C), FCCP                                            PAGE: 48

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Following discharge from the hospital, the patient completed course of IV antibiotics on 8/23. Yesterday he began to run some low grade fever, also developed left podagra [gout of the great toe]. He was seen today by Dr. Golden who suggested colchicine, in the absence of evidence of infection (including normal chest x-ray). The patient has received 3 cycles of cisplatin-etoposide, though a delay between the second and third due to aspiration pneumonia; he also completed RT [radiation therapy]. His initial staging studies appeared to show limited disease, though there was questionable abnormality on bone scan which needs to be followed up. Last anti-HU antibody was still modestly elevated after the first two cycles of treatment, though his radiograph response has been excellent. Finally, he had spiral CT scan done about 10 days ago due to an episode of shortness of breath, it did not show evidence of pulmonary embolus and that event was ascribed to aspiration.

On 09/01/1999 Dr. O'Connell's impression was:

The patient's neurologic status is again on the upswing, now that the gout and pneumonia have resolved. In the past he has had significant difficulties with respiratory tract infections, Dr. Brett-Smith may consider addition of tetracycline for suppression of Staph. aureus, at least through the time of his next nadir.

On 09/05/1999 a radiation therapy summary was prepared by radiation oncologist, Dr. Joyce Chung. The chest region was treated with a daily dose of 200 cGy for 32 days from 06/15/1999 - 07/16/1999 for a total Tumor Dose of 4200 cGy. The right lung cone down region was treated with a daily dose of 200 cGy for 8 days from 07/19/1999 - 07/26/1999 for a total Tumor Dose of 1200 cGy.

On 11/03/1999 removal of his feeding jejunostomy tube was performed by Dr. Federico in his office under local anesthesia. The patient tolerated the procedure without any complications.

On 05/11/2000 the patient returned to Dr. O'Connell in follow up. Dr. O'Connell recorded:

He feels some aching across the left mid chest, but also along the upper thoracic spine, worse when he moves suddenly or experiences a jolt riding in the car; it actually disappears when he exercises.

W0F620159

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 49

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Dr. O'Connell's impression was:

> Prior x-rays have shown arthritis in the thoracic spine, and since his symptoms actually improve with exercise I suspect that they are not related to metastatic disease, but will review the last thoracic spine films and decide whether or not bone scan needs to be obtained. He is due for a re-staging CT scan in June.

On 06/22/2000 Dr. O'Connell recorded:

> CT scan yesterday showed no change in the shotty mediastinal adenopathy, no other radiation changes, and no evidence of recurrent or progressive disease in the lung or upper abdomen; his anti-HU antibody has remained at undetectable level.

On 07/17/2000 the patient returned to Dr. O'Connell complaining "for about 8 days he has had shaking chills at night and some mild fatigue. He notices that his neurologic symptoms are worse during this time including double vision, hearing loss and unsteadiness." Chest auscultation was clear. Dr. O'Connell's impression and plan was:

> His recurrent chills and general feeling poorly recently suggest that he may have intermittent bacteremia, conceivably from the Port-a-cath. His symptoms, otherwise, do not suggest recurrence of malignancy and he has just undergone re-staging including a CT scan, liver function tests and antibody level, all of which were favorable. Port-a-cath culture, Augmentin 875 b.i.d. depending result, may need to empirically remove the port-a-cath now that need for venous access is less and his peripheral access has recovered somewhat.

On 07/19/2000 the patient was seen by Dr. David Astrachan, and ENT in follow up of his significant imbalance and labyrinthine hypofunction. Dr. Astrachan reported examination revealed:

> ...he had intranasal crusting and some mucopus consistent with sinusitis and I told both he and his wife that I agree completely with treatment for sinusitis. I also told them that I fully expected his balance to improve as his infection cleared. He will continue with rehabilitation and physical therapy and I have asked him to return again in about three months.

W0F620160

I.A. FEINGOLD, MD, FRCP(C), FCCP                                         PAGE: 50

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

On 08/22/2000 removal of right sided Port-A-Cath was performed by Dr. Federico at the Hospital of St. Raphael without any complications.

On 02/01/2001 Dr. O'Connell recorded "His CT scan in December showed no evidence of progressive cancer."

On 04/25/2001 the patient was seen by Dr. Astrachan in follow up.  Dr. Astrachan reported the patient "...is now nearly two months following septal reconstruction and endoscopic sinusotomy. He has improved considerably as far as his nasal airway and mucus and cough are concerned. He is left with some slight coughing and throat clearing which is most likely neurologic in nature."

On 06/13/2001 the patient was seen by Dr. Robert L. Lesser, Clinical Professor of Ophthalmology & Visual Science and Neurology at the Yale University School of Medicine and the University of Connecticut School of Medicine.  Dr. Lesser reported that the patient was seen for diplopia and nystagmus.  Dr. Lesser provided the following information:

> As you well know, there are numerous reports of paraneoplastic ophthalmoplegias assocated with the anti-HU marker. The combination of the upbeat, rotary, and downbeat nystagmus is consistent with this.  I am impressed that he has noted significant improvement over time.  Presumably, this is secondary to tumor regression. Unfortunately, I am not optimistic that his eye movement abnormalities will clear completely.  No prism was of value to him.  I have given him a paste-on occluder which will at least allow him to read with single vision.  I also reviewed with him that I do not think that he should drive.  I have asked to see him again in four months for follow up, or earlier if there is a problem.

On 07/29/2002 the patient presented for audiological re-evaluation for a progressive sensorineural hearing loss.   The patient was seen by Carol A. Powell, M.S., CCC-A, Clinical Audiologist at the Yale University School of Medicine.  Ms. Powell provided the following impression:

> Moderate rising to mild sensorineural hearing loss 250 to 1000 Hz sloping to a profound hearing loss 6000 to 8000 Hz, bilaterally.  Although the AA0% hearing loss formula calculates his hearing impairment to be 32% right ear and 45% left ear, Mr. Ertman's functional hearing loss is much greater. ...

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 51

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Ms. Powell gave the following recommendations:

> 1. Due to a 10-25dB HL progression in Mr. Ertman's hearing thresholds over the past 20 months, the purchase of stronger digital hearing aids are recommended.
> 2. Audiological re-evaluation to monitor hearing sensitivity is recommended in 6 months.

On 01/10/2003 the patient was seen by Dr. O'Connell who recorded:

> His primary and persistent complaint is of thoracic spine pain, and he feels that if this was ameliorated, his quality of life would be much improved. He describes pain and actual tenderness along the spine from the upper T spine right down to the lumbar region. It is exacerbated by lying flat in bed or prolonged periods of standing.

Dr. O'Connell's impression was:

> Anemia: He may have some occult upper GI bleed, and in addition to taking Nexium, we suggested he take iron daily for three months with follow up study in about one month to make sure he is responding.
> No evidence of lung cancer.
> In terms of his bone pain, prior imaging studies include a CT scan from June that showed sclerosis at T5, which on MRI was confirmed to be a hemangioma. There was no evidence of cord compression or metastatic disease, there was some enhancement of the right posterior muscular tissue of uncertain significance; it did not appear to be a mass (radiation effect?). If we could determine the cause of the patient's bone pain, we may be able to significantly improve his quality of life. I do not think it is metastatic disease given the diffuse nature of the tenderness, and the longstanding nature of his complaint without prior, fairly recent, workup showing any malignancy.

Dr. O'Connell's plan was:

> However, to further evaluate the area, we will obtain a nuclear bone scan. Possibly, trial of anti-inflammatory would be in order. I will also consider bone density evaluation, though his complaint does not have the focal characteristic that would be typical of an osteoporotic compression fracture.

W0F620162

On 03/24/2003 the patient was seen in consultation by Dr. Barbara Roach of the Rheumatology Associates of New Haven for evaluation of his musculoskeletal symptoms. Dr. Roach recorded:

> He is a 60 year old man who seems to be cured from small cell CA of the lung, diagnosed in 1999, complicated by anti-HU neuropathy. He was treated with chemotherapy and radiation with no evidence of recurrence, but with chronic neurologic symptoms from either the tumor or the treatment, including peripheral neuropathy, deafness, vertigo, and visual symptoms. He has been having problems with pain in his back, from the mid back up to the neck for the past year or so. He also has pain in chest wall muscles and in his upper extremities, particularly both wrists. He has noted some swelling recently. Lower extremities joints have not been bothersome. He has a history of previous surgery for a right knee cartilage tear. He uses walking sticks because of his neuropathy. He has a history of 'gout' which has affected his feet intermittently, generally with attacks two or three times a year until he was started on prophylactic colchicine, and he has not had any attacks since then. He has never had a joint aspirated. He was tried on Celebrex which did not help him. He uses a topical salicylate cream which has helped his back symptoms somewhat and allowed him to sleep a little more comfortable....MRI of his thoracic spine from July 2002, showing no evidence of cord compression or metastatic disease, with a probable hemangioma at T4 and an ill defined area of abnormal signal and edema in the right paravertebral musculature as well as a small lung nodule noted. A CT scan just prior to this showed small nodes unchanged from a CT scan the previous year, no definite bony changes but a question of some sclerosis around T5 which was present previously and suggestive of calcification within a hemangioma. He later had a bone scan in January of this year, which showed no evidence of metastatic changes and mild non-specific enhancement at the costovertebral joints in the lower thoracic spine.

Dr. Roach noted the patient's past medical history was significant for surgical excision of a 'benign hemangioblastoma' of the brain in 1986, history of endoscopic esophageal erosions, for which he was put on Nexium and recently noted to have mild anemia with a hemoglobin of 11.3. Dr. Roach noted the patient's family history was positive for coronary artery disease, prostate cancer, myeloma and breast cancer. Chest auscultation was described by Dr. Roach to be clear. "There was tenderness from the base of his cervical

W0F620163

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 53

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

spine to the mid thoracic spine as well as over the paraspinous musculature and over the anterior right and left chest wall....His wrists both had mild swelling over the ulnar styloid with tenderness to palpation and mild decreased mobility. He had moderate left olecranon bursa fluid without redness or tenderness and with normal range of motion in the elbow. His fingers showed no synovial thickening or swelling but decreased active flexion secondary to neuropathic changes. He had marked muscle wasting, particularly in his calf muscles, and mild weakness though no foot drop. Reflexes were diminished diffusely. The etiology of his symptoms is unclear. He does not have diffuse tender trigger points suggestive of fibromyalgia, nor do his previous tests show compression fractures or significant degenerative changes in his spine to account for his spine and chest wall pain. There is nothing to suggest recurrent tumor. His writs symptoms with tenderness and mild swelling would raise a question of some underlying arthritic process. I will have him get an x-ray of his writs and hands today and will check some serologies and sedimentation rate. In the meantime, I think trials of various NSAID'S would be reasonable."

On 06/28/2003 Dr. Barbara Roach of the Rheumatology Associates of New Haven sent a note on the patient to Dr. O'Connell. Dr. Roach noted that the patient had tried three different NSAID's without any relief of his back pain "but since starting Neurontin, he is feeling much better". On physical examination Dr. Roach reported "He did have considerable interosseous muscle wasting due to his neuropathic changes." Dr. Roach reported "I think it is likely that his back pain is neuropathic in nature, perhaps due to nerve entrapment in scar tissue from previous tumor."

The patient was seen in follow up by Dr. Roach and on 01/23/2004 Dr. Roach prepared a note addressed to Dr. O'Connell. Dr. Roach provided the following information:

> David seems to be doing quite well overall. He still has some discomfort in his thoracic spine, but finds this manageable since on Neurontin 600mg bid. Lidoderm patches were ineffective. He also finds that the upper back bothers him less since he has been using a wheeled walker instead of two canes. He feels more secure with this so does not tense up as much in fear of falling, plus he can stand up straighter and has better posture which has helped. He seems to tolerate Neurontin well and I will continue him at the same dose. He otherwise seemed to be doing well on exam today. I will plan to see him back in six months.

W0F620164

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 54

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

On 01/12/2006 the patient was seen in consultation by Dr. Adam Gorelick of the Connecticut Gastroenterology Consultants in New Haven, CT for evaluation regarding his microcytic anemia.  Dr. Gorelick recorded:

> The patient admits to dysphagia on a regular basis. This has been attributed to his radiation for his lung cancer in the past. He did have an upper endoscopy about three years ago for an episode of hematemesis. He has been on Nexium since. The patient has not undergone colonoscopy. There is no rectal bleeding. His stools are light brown. He sees no blood. He has no abdominal pain. There is no unintentional weight loss....Review of systems per questionnaire today is significant for trouble swallowing, gout, back pain, numbness or tingling, and poor vision.

Chest auscultation was described by Dr. Gorelick to be clear bilaterally.  Abdominal examination revealed positive bowel sounds, nontender, nondistended and no hepatosplenomegaly.  No cyanosis, clubbing or edema was noted on physical examination of the extremities.  Dr. Gorelick concluded:

> I have scheduled Mr. Ertman for colonoscopy and upper endoscopy to further evaluate his microcytic and iron deficiency anemia. I went over the risks of the procedure with him today. He expressed a good understanding and wishes to proceed. I will plan to perform random biopsies from the terminal ileum and throughout the length of the upper examination. I sent him for a hemoglobin electrophoresis today as well as some other studies to further evaluate his problems.

On 06/12/2006 the patient was seen by Dr. O'Connell in follow up.  Dr. O'Connell recorded:

> GI workup was unremarkable for his microcytosis, which has been longstanding. He continues to have significant back pain, which was helped only temporarily while undergoing extensive course of spine manipulation. He had decided to hold off on cochlear implant given the risk of vestibular damage.

Physical examination described by Dr. O'Connell revealed the patient "appears a bit more fatigued. No cervical or axillary adenopathy. Continues to have tenderness at about T5-6. Lungs resonant and clear. Hearing appears a bit more impaired."  Dr. O'Connell's impression was:

W0F620165

Small cell cancer: Pending today's CT scan there appears to be no evidence of recurrence nor second primary.

On 06/07/2007 Dr. O'Connell recorded "No evidence of recurrent disease."

On 06/11/2007 the patient was seen in consultation by Dr. Marc Mann at the Whitney Internal Medicine in Hamden, CT. Dr. Mann recorded:

David comes for a physical and a key question whether he is well enough for surgery for a cochlear implant. He presented in 1999 with cranial neuropathy associated with anti-Yo. The diagnosis was made by covering neurologist, Dr. Byrne, and led to the diagnosis of small cell lung cancer. He is now eight years out from treatment with chemotherapy and radiation therapy and has been told by his oncologist, Dr. O'Connell, that he is free of disease. He had a thoracic MRI yesterday and is awaiting the result. He tells me he suffers from peripheral neuropathy resulting in diminished strength in his hands. He has not seen a neurologist in some time. He has worsening back pain which is slowly getting worse, maybe 7-8/10. It radiates at nipple level where it is very sensitive to touch, which is not a change. It has been attributed to cancer irradiation treatment. He uses a topical lidocaine-containing cream which takes the edge off the pain. Dr. Saberski has tried several approaches and David doesn't want to use narcotics. A local anesthetic gave relief for an hour. He has no exertional chest pain or limitation. He uses a kayak during the summer with preserved stamina and no chest pain.

Chest auscultation was described by Dr. Mann to be clear bilaterally. No cyanosis or edema was noted on physical examination of the extremities. "There is distal upper extremity wasting and diminished strength of all hand muscles, right greater than left. DRTs are diminished and toes are downgoing. Lower extremity strength is relatively preserved but he is ataxic and can barely get up from a table after laying down." Dr. Mann's assessment and plan was:

1.    Profound (progressive?) neurologic deficit with residual cranial nerve abnormalities, upper extremity distal wasting, and truncal ataxia. He has chronic thoracic back pain and altered sensation. I am wondering if this fits with an expected neurologic syndrome from his radiation and chemotherapy superimposed on the original paraneoplastic syndromic defects. If not, I would favor a neurologic consultation. I will discuss this with Dr. O'Connell.

W0F620166

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                              PAGE: 56

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

2.    Reduced respiratory capacity reflected by a reduced peak flow. PFT's could
      be done to further delineate this, but there is not time to do this today as
      patient has another appointment scheduled.
3.    Gout controlled.
4.    Patient has no cardiovascular contraindication to the proposed cochlear
      implant surgery.
5.    Mild dyslipidemia with calculated 10 year heart risk at 12%, reduced to 8%
      by taking aspirin. He will continue to eat generous amounts of fish. Given his
      pre-existing neuropathy and history of gout, I am reluctant to prescribe
      medications and his risk is not high enough to warrant such medications.

Review of pathology by Dr. Allan Feingold

I received the following stained slides and blocks identified by accession number:

| Institution | Accession | Procedure | Slides |
|---|---|---|---|
| Hospital of St Raphael Department of Pathology | S91-6336 | Neck abscess 05/10/1991 | 1 H&E stained slide |
| Hospital of St Raphael Department of Pathology | S99-8873 | Mediastinoscopy 06/15/1999 | 1 H&E stained slide labeled A/(none) recut described as negative in pathologist's report, also "FS" (frozen section)<br>1 H&E stained slide labeled B/(none) recut described as "metastatic small cell carcinoma" in pathologist's report but "FS" (frozen section)<br>1 H&E stained slide labeled C/(none) recut |
| Hospital of St Raphael Department of Pathology | S01-3424 | Maxillary and ethmoid sinus curetting 03/05/2001 | 1 H&E stained slide labeled /1 Decal recut |

W0F620167

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 57 |

PATIENT:     MR. DAVID FREDERICK ERTMAN
SSN:        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
DATE:       SEPTEMBER 21, 2007

As noted above, only slide S99-8873C was from the permanent section (rather than from the frozen section). Slide A was negative and slide B contained frozen section artifact. I concentrated on slide C which I examined in my office at South Miami Hospital using a Nikon eclipse 80i microscope. I acquired photomicrographs using a Qimaging MicroPublisher 5.0 RTV camera attached to the microscope. The photomicrographs that I prepared are identified and described below. Copies of the photomicrographs are attached to this report.

| Slide and image identification | Observations by Dr. Feingold |
|---|---|
| ErtmanDF 1 S99-8873C-1-x2 Magnification x20 | Low magnification scanning image demonstrates overall structure of mediastinal lymph node containing multiple areas of eccentrically shaped hyperchromatic metastatic small cell cancer. Area of detail is identified on image reproduced next page. Some areas of necrosis. |
| ErtmanDF 2 S99-8873C-2-x10 Magnification x100 | Low power image of area of detail shows hyperchromatic malignant cells adjacent to normal lymphocytes and plasma cells. |
| ErtmanDF 3 S99-8873C-3-x20 Magnification x200 | Magnification at x200 shows "crush artifact" typical of small cell cancer adjacent to preserved lymphocytes and plasma cells. |
| ErtmanDF 4 S99-8873C-4-x40 Magnification x400 | High power (x400) shows some cellular detail. The malignant cells are very dark with a very high N:C ratio. Nuclear detail cannot be seen and mitotic figures are obscured. The individual malignant cells are larger than adjacent lymphocytes. |
| ErtmanDF 5 S99-8873C-5-x100 Magnification x1000 | Very high power (x1000, oil immersion) demonstrates "crush artifact" of the malignant hyperchormatic small cells. |

W0F620168

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 58

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007



ErtmanDF 2 S99-8873C-2-x10      Original mag x 100



ErtmanDF 3 S99-8873C-3-x20      Original mag x 200



Area of detail

ErtmanDF 1 S99-8873C-1-x2      Mag x 20



ErtmanDF 4 S99-8873C-4-x40      Original mag x 400



ErtmanDF 5 S99-8873C-5-x100    Original mag x 1000

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                PAGE: 59

PATIENT:       MR. DAVID FREDERICK ERTMAN
SSN:           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
DATE:          SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 05/30/1999 MRI Head | Facility not identified | Dr. Helmuth Gahbauer (radiologist) 1) Status post resection of hemangioblastroma in the vermis on the right side. No evidence of any recurrent hemangioblastoma. 2) No other posterior fossa or midbrain abnormality. Normal cavernous sinus region. 3) No evidence of an aneurysm 4) Evidence of mucosal disease involving the ethmoid area bilaterally right more than left. No evidence of any intraorbital extension. | Not provided for my review, not needed. |
| 06/11/1999 PA & lat | Hospital of Saint Raphael | Dr. Zenon Protopapas (radiologist) Indication: Cough The cardiac silhouette is within normal limits. The azygous node region is enlarged. This could be vascular or represent lymphadenopathy. In view of the history of smoking, further evaluation with a CT of the chest should be considered. | Poor quality copy of AP chest x-ray demonstrates subtle density in right paratracheal area consistent with adenopathy. The right upper lobe parenchymal lesion identified on the CT scan of 06/12/1999 cannot be seen on this chest x-ray. Within the limitation imposed by technique, the chest x-ray appeared to be otherwise normal. |
| 06/11/1999 MRI Head | Facility not identified | Dr. Gahbauer No evidence of interval change when compared to the prior study. No evidence of brainstem pathology. Given the rapidly progressive clinical findings compared to the last examination, Dr. Hasbani was contacted and admission to the ER arranged. | Not provided for my review, not needed. |

W0F62017O

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 60

PATIENT:       MR. DAVID FREDERICK ERTMAN
SSN:           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
DATE:          SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|---------------------|
| 06/12/1999 CT chest, abd & pelvis w/con | Hospital of Saint Raphael | Dr. David Colley (radiologist) Chest: Contrast enhanced scan of the chest demonstrates roughly a 2.5 cm nodule in the right upper lobe with adjacent mediastinal adenopathy that the largest node of which measures about 3 x 3 cm. There are no other significant findings. Abd/pelvis: There is normal appearance to the liver, spleen, pancreas, kidneys and adrenals. No retroperitoneal nodes or adenopathy. | CT chest: An abnormal malignant appearing multi-lobed nodular density is present in the right upper lobe and can be identified on images 158 through 162. There is significant right paratracheal lymphadenopathy at the same level, as well as additional mediastinal adenopathy. A faint right upper lobe posterior pleural based density is also present but the latter is probably benign. Overall, the appearance of the multilobed lesion in association with the adenopathy is entirely consistent with the diagnosis of small cell lung cancer. |
| 06/15/1999 AP @ 09:03 am | Hospital of Saint Raphael | Dr. William Kerin (radiologist) Indication: Small cell lung carcinoma with paraneoplastic syndrome and dysphagia. Heart borderline in size. Increased right paratracheal soft tissue density consistent with adenopathy. No acute pulmonary infiltrates. Tip of Port-A-Cath in superior vena cava. | AP portable film demonstrates the new placement of a right anterior chest wall medication injection port connected to a right central venous catheter. There is no pneumothorax. The right paratracheal adenopathy is more prominent on this film. |

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 61

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|---------------------|
| 06/16/1999 Bone scan | Hospital of Saint Raphael | Dr. Vicente Jose Caride (radiologist) There is physiologic distribution of tracer throughout the skeleton and soft tissue. There is a small focus of tracer uptake at the left posterior parietal region. There is an abnormality at the 8th rib on the left at the posterior axillary line region. The nature of these two abnormalities is unclear. If further characterization of the rib lesion is required, comparison with x-rays or CT exams may be helpful. There are mild degenerative changes in both shoulders, wrists, and knees. | Not provided for my review, not needed. |
| 06/17/1999 Esophagus Standard | Hospital of Saint Raphael | Dr. Frederik Zetterberg (radiologist) Impaired pharyngeal phase of swallowing with abnormal epiglottic mobility, with resulting frank aspiration | Not provided for my review, not needed. |
| 06/19/1999 AP & lat @ 12:40 pm | Hospital of Saint Raphael | Dr. Kerin Heart normal in size. Right paratracheal soft tissue mass, consistent with adenopathy. Lungs clear. No evidence of pneumonia. | No change. |
| 06/27/1999 Abdomen | Hospital of Saint Raphael | Dr. Gerald Fishbone (radiologist) Supine and shoot through lateral views of the abdomen reveal distended loops of small bowel with air fluid levels; colon is relatively collapsed. There is a tube in the mid abdomen. The appearance suggests small bowel obstruction. | Not provided for my review, not needed. |

W0F620172

I.A. FEINGOLD, MD, FRCP(C), FCCP                                            PAGE: 62

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 06/27/1999 AP | Hospital of Saint Raphael | Dr. Malcolm Friedman (radiologist) Central line superior vena cava. The upper mediastinum is full but a little more confined than on the previous exam. This may be projectional. The heart is normal in size. No definite pneumonia is seen, although there is minimal stranding in the right perihilar region. | No change. |
| 06/28/1999 Abdomen Standard | Hospital of Saint Raphael | Dr. Frank Mele (radiologist) There is significant dilatation of the small bowel with high suspicion of an obstructing process. No pneumoperitoneum is seen. | Not provided for my review, not needed. |
| 06/29/1999 Abdomen | Hospital of Saint Raphael | Dr. Colley There is extensive distension of the small bowel with minimal distention of the colon. Not much change over the past 24 hours. Findings are still consistent with a distal high grade small bowel obstruction. | Not provided for my review, not needed. |
| 07/01/1999 Esophagus | Hospital of Saint Raphael | Dr. Kerin Improved swallowing with the chin down with the liquid, thicket and thick material. | Not provided for my review, not needed. |

| I.A. Feingold, MD, FRCP(C), FCCP | | | Page: 63 |
|---|---|---|---|

PATIENT:      Mr. David Frederick Ertman
SSN:      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
DATE:      September 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|---|---|---|---|
| 07/12/1999 CT chest, abd & pelvis w/con | Hospital of Saint Raphael | Dr. Lee Greenwood (radiologist) Chest: Basing today's reading on the previous report, the right upper lobe, 2.5 cm nodule is now not seen. There is a tiny density in the right apex up against the posterior pleural space, the significance of which is unclear. The soft tissue fullness in the azygous region has also regressed suggesting marked improvement in the presumed enlarged node. No new mass lesions or adenopathy is appreciated. Improvement in the presumed right upper lobe carcinoma and lymphadenopathy in the azygous node region. Abd: The liver and spleen appear homogeneous. The kidneys are non-obstructed. No adenopathy or masses are appreciated within the abdomen. | There has been nearly complete resolution of the right upper lobe lesion seen on the previous CT of 06/12/1999. Nevertheless, residual abnormality can still be identified in images 156 through 158. There has been some improvement in the previously identified right paratracheal and mediastinal adenopathy. In mediastinal images 20 and 21 some necrosis can be idenified within the residual adenopathy. |
| 07/13/1999 Lung scan | Hospital of Saint Raphael | Dr. Caride There is no scintigraphic evidence of pulmonary embolus. Some decrease uptake at the right apex on both ventilation and perfusion, which is nonspecific. Mild retention of activity on ventilation is consistent with COPD changes. Mildly prominent hilar shadows bilaterally. | Not provided for my review, not needed. |
| 07/13/1999 PA & lat | Hospital of Saint Raphael | Dr. Colley Chemotherapy catheter in superior vena cava. Heart size normal. Lungs clear. | The central venous medication port is still present but the right paratracheal adenopathy is mostly resolved. |

I.A. FEINGOLD, MD, FRCP(C), FCCP

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 07/29/1999<br><br>PA & lat | Hospital of Saint Raphael | Not provided. | There has been the new development of a right lower lobe pneumonia possible related to immunosuppression from chemotherapy. |
| 07/31/1999<br>PA & lat | Hospital of Saint Raphael | Dr. Mele<br>Compared to 07/29/1999. Prior CT scan and chest radiograph reports made reference to a right upper lobe 2.5 cm nodule which has regressed as well as improved adenopathy. The infiltrate at the base were apparently new radiographic findings. Bi-basilar infiltrates, right greater than left are again seen. These have not significantly changed since 07/31/1999 [sic, should be 07/13/1999] (may be slightly worse on the left). | Right lower lobe pneumonia persists with perhaps some improvement. |
| 08/02/1999<br>Esophagus | Hospital of Saint Raphael | Dr. Paul Colomb (radiologist)<br>Limited swallow performed with the swallowing team. Evaluation of the distal esophagus was not performed. There is aspiration following ingestion of normal density and thickened barium, with no aspiration following solids | Not provided for my review, not needed. |
| 08/03/1999<br>PA & lat | Hospital of Saint Raphael | Dr. Fishbone<br>...reveal some persistent infiltrate in the right middle lobe and at the bases posteriorly. This however, improved from the film of 7/31/99. Port-A-Cath is in the superior vena cava. | Not reviewed. |
| 08/08/1999<br>Rt knee | Hospital of Saint Raphael | Dr. Greenwood<br>Degenerative changes in the knee | Not provided for my review, not needed. |

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 65

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 08/13/1999 CT chest | Hospital of Saint Raphael | Report not provided | Compared to previous studies, there has been further resolution of the previously identified malignant lesion which on this study can be seen as only a tiny density in image 145. In addition, there has been further resolution of the previously identified mediastinal adenopathy. In contrast, there has been considerable deterioration in the appearance of the rest of the right lung with extensive patchy consolidation involving the right upper lobe, right lower lobe and to a lesser extent the left lower lobe consistent with widespread pneumonia. Aspiration pneumonia is described in the medical records, consistent with gastrointestinal motility abnormality and aspiration described on swallowing studies, as defined radiologically. |
| 08/25/1999 PA & lat | Hospital of Saint Raphael | Dr. Colley Stable heart size and mediastinal contour. Lungs are clear. Port unchanged in position and overlying the right hemithorax. | Not reviewed. |
| 08/31/1999 Esophagus | Hospital of Saint Raphael | Dr. Kerin Pre-deglutition pooling. Aspiration with thickened barium without chin tucking. No evidence of aspiration during chin tuck procedure. The speech pathology team was present on evaluation and made recommendations accordingly. | Not provided for my review, not needed. |

| I.A. FEINGOLD, MD, FRCP(C), FCCP | | | PAGE: 66 |
|---|---|---|---|
| PATIENT: | MR. DAVID FREDERICK ERTMAN | | |
| SSN: | 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 | | |
| DATE: | SEPTEMBER 21, 2007 | | |

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|---|---|---|---|
| 09/13/1999<br>Bone scan | Hospital of Saint Raphael | Dr. Prokop<br>Comparison is made with a prior bone scan dated 6/16/99, at which time there was an abnormality noted in the left posterior parietal region, and at the 8th rib on the left posteriorly. On the current study, no lesion is identified in the calvarium. | Not provided for my review. |
| 09/22/1999<br>CT chest w/con | Hospital of Saint Raphael | Dr. Jack Westcott (radiologist)<br>Mediastinal lymphadenopathy is slightly smaller than the previous exam. There is diffuse lung disease characterized by nodular and patchy infiltrates, right greater than left, many of which have cleared since the previous exam. A few focal infiltrates, in the right upper lobe and superior segment of right lower lobe, have appeared since the previous exam. There are multiple tiny nodular and branching abnormalities, mostly in the lower lung zones, right greater than left, which have the appearance of diffuse small airways disease. All these changes were also much more extensive on the previous exam and have shown partial clearing. Their appearance and location is most consistent with small airways disease (some type of bronchiolitis), and this findings combined with the patchy peripheral infiltrates noted previously would be most consistent with bronchiolitis obliterans organizing pneumonia (BOOP). | Not provided for my review. |

W0F620177

I.A. Feingold, MD, FRCP(C), FCCP                                          Page: 67

Patient:        Mr. David Frederick Ertman
SSN:            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
Date:           September 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 11/02/1999 T-Spine, Ribs | Hospital of Saint Raphael | Dr. Friedman 1. Spine degenerative change 2. Asymmetrical right apical density; is or could this be related to the patient's neoplasm? I have no chest films at this time to compare. 3. No definite metastatic disease is seen in the thoracic spine or right ribs as depicted, but there is some limitation in viewing these regions, and other modalities such as bone scan would be more sensitive. | Not provided for my review, not needed. |
| 11/29/1999 CT chest w/con | Hospital of Saint Raphael | Dr. Mele 1. Stable mediastinal lymph nodes. 2. New radiation fibrosis in the right upper and right lower lobes. Addendum: There is some thickening of the upper to mid thoracic esophagus which is most likely due to radiation | Not provided for my review. |
| 01/27/2000 Video swallow | Gaylord Hospital | Dr. Jon Notar-Francesco (radiologist) Trace penetration without aspiration with thick liquid only | Not provided for my review, not needed. |
| 02/14/2000 CT chest w/con | Hospital of Saint Raphael | Dr. Mele No significant interval change when compared to 111/29/99. | Not provided for my review. |

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                PAGE: 68

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 02/18/2000 MRI Head | Saint Raphael Magnetic Resonance Center | Dr. Neil Tishkoff (radiologist) 1) Punctate focus of enhancement within the right caudate nucleus which is unchanged when compared with the prior study and may represent a tiny venous angioma or possibly a subacute enchancing lacunar infarct. Stability over time would make neoplasm much less likely. 2) Punctate focus of enhancement within the uncus of the right temporal lobe which is too small to characterize both not definitely seen on the prior study. 3) Post operative changes within the right cerebellar hemisphere and vermis 4) Right frontal, bilateral ethmoid and right maxillary sinus disease | Not provided for my review, not needed. |
| 02/24/2000 CT head w/o con | Hospital of Saint Raphael | Dr. Gahbauer No evidence of an acute intracranial injury. Status post posterior fossa surgery in midline. | Not provided for my review, not needed. |
| 06/17/2000 CT chest w/con | Hospital of Saint Raphael | Dr. Protopapas No change compared to 2/14/2000 | Not provided for my review. |
| 12/14/2000 Sinus CT | Hospital of Saint Raphael | Dr. Gahbauer Bilateral mild mucosal disease of the maxillary sinus, left more than right. Obstruction of the infundibulum by mucosal disease on the left. Narrowing by Haller cell on the right. Mucosal disease in the nasofrontall recess and frontal sinus on the left side as well as in the posterior ethmoid air cell. | Not provided for my review, not needed. |

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 69

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 12/14/2000 CT chest w/con | Hospital of Saint Raphael | Dr. Westcott<br>No significant change and no signs of recurrent neoplasm. Changes of radiation fibrosis are seen in the medial portion of the right lung. There is a tiny focal area of increased density in the posterior segment of the right upper lobe, immediately adjacent to the fissure, of uncertain etiology but of low suspicion for recurrent cancer. Tiny low attenuation area seen in the left adrenal, presumably a very small attenuation seen in the left adrenal, presumably a very small adenoma. No other significant findings. | Not provided for my review. |
| 04/02/2001 Bone densitometry | Radiology Group | Dr. J. Sokolow (radiologist)<br>The density in the hips indicates borderline osteopenia versus normal. The density in the lumbar spine is normal. The patient is at low to medium risk for fracture. | Not provided for my review, not needed. |
| 06/01/2001 CT chest w/con | Hospital of Saint Raphael | Dr. Protopapas<br>CT scan of the chest showing paramediastinal right sided radiation changes, which has been stable since 12/2000. | Not provided for my review. |
| 06/29/2002 CT chest w/con | Hospital of Saint Raphael | Dr. Amy Sherman (radiologist)<br>No change when compared to prior study of 06/01/2001 | Not provided for my review. |

W0F620180

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 70

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 07/09/2002 MRI T-Spine | Saint Raphael Magnetic Resonance Center | Dr. Gahbauer No evidence of cord compression or metastatic disease. Lesion at T4 likely a hemangioma. Bone scan correlation is recommended. Paravertebral long ill defined area of abnormal signal and edema in the right paravertebral musculature posteriorly of undetermined etiology. Please correlate with a surgical history and trauma history. Abnormal mediastinum suspicious for lymphadenopathy and lung nodule right azygo-esophageal recess area. | Not provided for my review, not needed. |
| 01/16/2003 Bone scan | Hospital of Saint Raphael | Dr. Caride There is no scintigraphic evidence for metastatic involvement of the skeleton. Uptake in costovertebral lesions is nonspecific. | Not provided for my review, not needed. |
| 06/18/2003 CT chest w/con | Hospital of Saint Raphael | Dr. Protopapas 1. Slight increase in the soft tissues in the right paravertebral region which could be related to radiation fibrosis. Given the new clinical symptoms, further evaluation with PET scan is recommend to exclude recurrence. Compared to 06/29/2002. | Not provided for my review. |

W0F620181

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 71

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

---

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 06/14/2004 CT chest w/con | Hospital of Saint Raphael | Dr. Mele<br>Compared to 06/18/2003, stable. | Areas of radiation fibrosis above and below the right hilum as demonstrated in images at level 19 and 29, reproduced below. |
|   |  |  |  |
| 06/21/2005 CT chest w/con | Hospital of Saint Raphael | Dr. Colley<br>No recurrent disease. | No change. |
| 12/15/2005 Abd US | Yale New Haven Ambulatory Services | Dr. Gary Novick (radiologist)<br>Unremarkable study except for nonvisualization of the pancreas due to bowel gas | Not provided for my review, not needed. |
| 06/12/2006 CT chest w/con | Hospital of Saint Raphael | Dr. Protopapas<br>No significant change since the previous examination. Paramediastinal fibrosis. Compared to 06/05 and 06/04 | No change. |

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 72

PATIENT:      MR. DAVID FREDERICK ERTMAN
SSN:          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
DATE:         SEPTEMBER 21, 2007

Radiology
The following is a summary of x-ray interpretations.

| Date | Facility | Interpreting physician | Dr. Allan Feingold |
|------|----------|------------------------|--------------------|
| 06/07/2007 CT chest w/con | Hospital of Saint Raphael | Not provided. Please provide this report for my review. | No significant change in paramediastinal fibrosis; however, there is a small but worrisome rounded, somewhat irregular lesion in the right upper lobe not present in the same area on the prior study of 06/12/2006 as shown below (2006 left, 2007 right). |




W0F620183

PATIENT:     MR. DAVID FREDERICK ERTMAN
SSN:         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
DATE:        SEPTEMBER 21, 2007

Second primary lung cancer

As noted above (re: Mountain 1997, Chest, cited above), patients who survive initial lung cancer treatment have a high mortality rate even after 5 years of disease-free survival. Many lung cancer survivors continue to smoke cigarettes and therefore remain at high risk for diseases such as myocardial infarction. Even among those survivors who do not smoke post-operatively, there is a high risk of second primary lung cancer. In 1998 Johnson of the National Cancer Institute[2] reviewed 14 published reports of second primary lung cancer. The results are summarized below:

Table 2. Rate of developing second primary lung cancers after developing an initial non-small-cell lung cancer

| Authors (reference No.) | No. of patients | Source of cohort | Years of study | No. of second primary lung cancers | Rate of developing second cancer per patient per year* |
|---|---|---|---|---|---|
| Tockman et al. (27) | 595 | Cooperative group | 1992–1995 | 13 | 2% |
| Walsh et al. (16) | 358 | Single institution | 1982–1991 | 7 | ---- |
| Van Meerbeeck et al. (11) | 534 | Hospital registry | 1990–1995 | 23 | 4% |
| Martini et al. (15) | 598 | Single institution | 1973–1985 | 45 | 1%* |
| Rilen and Damhous (19) | 1980 | Single institution | 1975–1990 | 51 | 1%–2%† |
| Ginsberg and Rubenstein (28) | 347 | Cooperative group | 1982–1988 | 5 | 1% |
| Antakli et al. (29) | 1572 | Single institution | 1966–1994 | 39 | 1% |
| Saito et al. (17) | 127 | Single institution | 1982–1996 | 13 | 2% |
| Verhagen et al. (18) | 1287 | Single institution | 1970–1996 | 45 | ---- |
| Pastorino et al. (33) | 357 | Single institution | 1985–1989 | 21 | 1.5%–2%* |
| Thomas et al. (12) | 973 | Cooperative group | 1977–1988 | 45 | 1%–2% |
| Pairolero et al. (30) | 346 | Single institution | 1972–1978 | 35 | 2% |
| Smith et al. (32) | 1400 | Single institution | 1953–1973 | 45 | ---- |
| Razzuk et al. (26) | 904 | Single institution | 1945–1972 | 29 | 1% |
| Total | 11,078 | | | 416 | 1%–4% |

Johnson concluded:

> The risk of developing a second lung cancer in patients who survived resection of a non-small-cell lung cancer is approximately 1%–2% per patient per year. Approximately one half of the patients who develop second non-small-cell lung cancers can have these tumors resected. The median survival from diagnosis of a second lung cancer in these patients is between 1 and 2 years, with a 5-year survival of approximately 20% (range, 4%–32%).

In March 2000, in the journal Chest, Pierard et al[3] provided part of the explanation for Johnson's observations in a study titled "Synchronous roentgenographically occult lung carcinoma in patients with resectable primary lung cancer." Pierard et al sought to establish the prevalence of synchronous roentgenographically occult lung carcinoma

W0F620184

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 74

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

(ROLC) in patients with resectable roentgenographically visible lung cancer (RVLC).  The authors reported:

> From June 1996 to January 1999, 43 patients (male/female ratio: 1.7/1.0) were evaluated before lobectomy (n = 34) or pneumonectomy (n = 10) for 44 primary RVLC. There were 10 T1N0, 19 T2N0, 1 T1N1, 9 T2N1, 1 T3N0, 3 T1N2, and 1 T3N1 lesions. The histologic type was mainly squamous carcinoma (n = 21) and adenocarcinoma (n = 14). All but two patients were smokers or ex-smokers (mean +/- SD, 48 +/- 28 pack-years). A total of 177 endobronchial biopsies were performed (4.1 +/- 2.5); 8 were too small to be informative, 43 showed non-preneoplastic alterations, and 50 were normal. There were 7 basal cell hyperplasias, 56 metaplasias, 9 dysplasias, and 4 carcinomas in situ (CIS). All the dysplasias and CIS lesions were observed in eight subjects. The synchronous CIS were treated by surgery (n = 1) or localized therapeutic modalities (n = 3).

Pierard et al concluded that there was a "high prevalence of synchronous early lung cancers (9.3%) as well as metaplasia and dysplasia in this series of patients with resectable RVLC."

Pierard's work was a kind of "re-discovery" of a seminal study published in the New England Journal of Medicine in 1957 by Auerbach et al[4] whose major contributions to science changed the understanding of lung cancer. Auerbach et al examined the bronchial mucosa of 150 men who died at a VA Hospital, East Orange, NJ, looking at 28,638 slides prepared from different levels of the bronchial tubes.  The schematic for the site of examination published in Auerbach's original paper is reproduced to the right.  In a report that preceded that of Pierard et al by 43 years, Auerbach et al demonstrated that in men who died of lung cancer there was a high incidence of squamous metaplasia and, more importantly, carcinoma in situ (CIS).  The incidence of CIS detected by Auerbach is shown on the next page.



FIGURE 1. *Schematic Diagram of the Tracheobronchial Tree, Showing the Distribution of the 208 Sections.*

W0F620185

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 75

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007



W0F620186

Small cell lung cancer and cigarette smoking

It has been repeatedly demonstrated in the medical literature that almost all cases of lung cancer of all histologic types are caused by cigarette smoking. A 1991 study published by the Edinburgh Lung Cancer Group[5] reviewed 3,070 patients who developed lung cancer from 1981-1985 drawn from a population center of 950,000. Of the 3,070 lung cancer patients, only 74 (2%) were lifelong non-smokers. Small cell or "oat cell" lung cancer is particularly rare in nonsmokers. In a State of the Art article[6] on small cell lung cancer published in the journal Chest, Dr. A.D. Elias of the Dana-Farber Cancer Institute and Harvard Medical School observed:

> Small cell lung cancer (SCLC) occurs almost exclusively in smokers and represents 15 to 25% of all lung cancer histologic findings. It is distinguished from non-small cell lung cancer by its rapid tumor doubling time, high growth fraction, and early development of widespread metastases.

In 1991 Sridhar, Raub, Duncan et al[7] described 1336 successive lung cancer patients treated at Jackson Memorial Hospital and the University of Miami clinics between 1977 and 1986. Smoking status could be determined in 1,018 of the cases: 95.9% of the males and 84.7% of the females had been smokers; nearly 100% of the combined male and female small cell carcinoma cases had smoked.



Combined male and female lung cancer cell types - % attributable to smoking
Sridhar et al, Am J Clin Oncol 1991

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 77

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

In 1992 Jedrychowski et al[8] (Department of Epidemiology, Institute of Social Medicine, Medical School, Cracow, Poland) studied 1432 deaths which occurred from lung cancer during 1980-1987. The histological type was known for 627 of the cases. There were 54% squamous cell carcinoma, 24% small-cell carcinoma and 17% adenocarcinoma. Of the small cell lung cancers, 88% were attributed to cigarette smoking. The authors observed that the beneficial reduction of risk associated with smoking cessation was greater for squamous cell than for small cell carcinoma. The same finding was reported more recently by Tong et al[9] who studied 1039 patients with confirmed primary lung carcinoma at the University of Texas M.D. Anderson Cancer Center. These authors noted that relative to squamous cell carcinoma, the risk of small cell carcinoma was greater in former smokers. These observations suggest that although long term smoking cessation significantly reduces the overall risk of lung cancer, the degree of risk reduction is less for small cell carcinoma than for squamous cell lung cancer.

In 1997 Barbone et al[10] of the Unit of Hygiene and Epidemiology, DPMSC, University of Udine, Italy reported on a large study of "Seven hundred fifty-five [male] patients with lung cancer, including 267 with squamous cell carcinoma, 218 with small cell carcinoma, 90 with large cell carcinoma, 158 with adenocarcinoma, and 22 with other histologic types, and 755 control subjects who had died of causes other than chronic lung diseases and certain tumors." The authors reported:



WJF620188

Compared with nonsmokers, the odds ratio (OR) for current smokers was 13.4 for all types combined, 18.8 for squamous cell carcinoma, 14.3 for small cell carcinoma, 34.3 for large cell carcinoma, and 7.9 for adenocarcinoma. Intensity of smoking, duration, age at starting, and dose were all directly associated with all histologic types of lung cancer, although the OR was lower for adenocarcinoma than for other cell types. When results were restricted to ever smokers, exposure-response curves were similar across histologic types. The risk of lung cancer attributable to smoking was 88% for all types combined, 91% for squamous cell carcinoma, 89% for small cell carcinoma, 95% for large cell carcinoma, and 82% for adenocarcinoma.

Also in 1997, in the Journal of the National Cancer Institute, Dr. Michael Thun et al[11] of the Epidemiology and Surveillance Research Division of the American Cancer Society reported on "Associations between cigarette smoking and death from specific types of lung cancer during the first 2 years of follow-up in Cancer Prevention Study I (CPS-I), initiated in 1959) and Cancer Prevention Study II (CPS-II, initiated in 1982)." Dr. Thun reported that in the first two years of the CPSI study there were 0 small cell lung cancers detected in 180,081 male nonsmokers and that in the first two years of the CPSII study there was only 1 in 252,731 male nonsmokers. In contrast, there were 17 small cell lung cancers in 274,635 male smokers in the first two years of CPSI resulting in a rate of 9.8/100,000/year and 50 in 201,235 males smokers in CPSII resulting in a marked increase of the rate to 27.6/100,000/year.

In the February-March 2001 issue of Lung Cancer, Khuder[12] reported a meta-analysis of 48 studies published between 1970 and 1999 and calculated combined estimates of relative risks (OR) for different histological cell types of lung cancer and also, linear dose-response data on intensity and duration of smoking. Khuder observed that for small cell lung cancer, the combined OR for longest duration of smoking (40+ years) was 38.6 (CI 11.9-125, Mr. Ertman smoked for 43 years) and the combined OR for heaviest smoking intensity (30+ cigarettes per day) was 18.3 (CI 9.26-36.4).

W0F620189

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                                    PAGE: 79

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Clinical features of small cell lung cancer

In the State of the Art article cited above, Elias observed:

> SCLC usually presents as a large hilar mass with bulky mediastinal adenopathy causing cough, dyspnea, weight loss, and debility with or without postobstructive pneumonia....“SCLC is divided into the following two stages: limited disease (LD), which is disease confined to the ipsilateral hemithorax within a single radiotherapy port (corresponding to TNM stages I to IIIB), and extensive disease (ED), which includes evident metastases....

Small cell lung cancer is usually metastatic at the time of presentation. Therefore, the TNM staging system is not applied in cases of small cell lung cancer; however, cases are divided into “LD” (limited disease) and “ED” (extensive disease), meaning cases that are clinically limited to one hemithorax and cases that are clinically and obviously metastatic beyond the original hemithorax. In a 2005 review of small cell lung cancer, Jackman and Johnson[13] of the Dana Farber Cancer Institute and Department of Medicine at the Brigham in Boston observed:

> The definition of limited-stage disease varies but is generally designed to include patients whose disease is limited to one hemithorax, with hilar and mediastinal nodes that can be encompassed within one tolerable radiotherapy portal. Extensive-stage disease is any disease beyond those boundaries.
>
> Most (60–70%) patients present with clinically obvious extensive-stage disease. These patients have median survival of 7–12 months and the proportion alive at 5 years is 2%; among patients with limited-stage disease, median survival is about 23 months and the proportion surviving 5 years 12–17%.

Although small cell lung cancer is initially very responsive to chemotherapy, the disease is aggressive and nearly always recurs. The combination of cisplatin and etoposide (VP16) plus chest radiation therapy is currently the most commonly used therapy for small cell lung cancer. Elias reported that from the time of diagnosis, the mean survival for patients who have SCLC LD is 14-20 months and for ED is 8 to 13 months.

W0F620190

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                    PAGE: 80

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Long term survival in SCLC is rare

Prolonged (> 5 years) survival in patients with limited disease LD SCLC is uncommon and long term survival in patients with extensive disease (ED) SCLC is rare. Occasional cases of LD SCLC are discovered at a point that the malignancy is confined to its bronchogenic origin and prior to the nearly inevitable extension to local and mediastinal lymph nodes. Earlier this year, Tai et al[14] of the University of Saskatchewan and National Cancer Institute of Canada reported on long term survival in patients with small cell lung cancer, including the few patients who present without lymph node involvement. Between 1981 and 1998, 1417 cases of SCLC were diagnosed in Saskatchewan, Canada, of which only 244 had limited stage disease and were treated with chemotherapy and thoracic radiotherapy delivered with curative intent (with or without prophylactic cranial irradiation). The authors studied these 244 limited-stage small-cell lung cancer patients and followed them to the end of 2005. Follow-up to 5 years was complete for 223/243 (92%) of patients and the median follow up for survivors was 9.5 years. Of the 223 patients, 186 (83.4%) died of lung cancer. Disease-specific survival (DSS) was determined by four different statistical methods at 1-, 3- and 5-years and the patients were retrospectively divided into 4 groups A-D on the basis of prognostic factors including whether or not surgical resection had been performed (normally not possible with SCLC except with the smallest lesions), hemoglobin level, lymph node involvement, and the presence or absence of superior vena cava (SVC) obstruction, all of which significantly impacted DSS. Complete surgical resection was possible in only 14 cases. Groups A-C had no lymph node involvement; only group D had lymph node involvement, including SVC obstruction. Therefore, only group D patients were similar to patients with extensive disease (ED) SCLC. As demonstrated in Figure 1 of the Tai paper (reproduced next page), 5 year prognosis for the group D patients was poor at 3-9%.

W0F620191

I.A. FEINGOLD, MD, FRCP(C), FCCP

PAGE: 81

PATIENT:     MR. DAVID FREDERICK ERTMAN
SSN:         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
DATE:        SEPTEMBER 21, 2007



**Figure 1**
Cause-specific mortality by log-normal and Cox models. 1) Group A, low-risk: complete resection, hemoglobin ≥ 100 for both sexes, no lymph node involvement, no SVC obstruction; 2) Group B, intermediate risk #1: incomplete or no resection, hemoglobin ≥ 100 for both sexes, no lymph node involvement, no SVC obstruction; 3) Group C, intermediate risk #2: incomplete or no resection, hemoglobin < 100 for both sexes, no lymph node involvement, no SVC obstruction; 4) Group D, high-risk: no resection, hemoglobin < 100 for both sexes, lymph node involvement, SVC obstruction.

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Paraneoplastic syndromes

Small cell lung cancers are associated with peculiar paraneoplastic syndromes which sometimes represent the earliest manifestation of the malignancy. These syndromes are caused by the aberrant production of peptide hormones or autoantibodies by the malignant cells within the lung. Paraneoplastic syndromes associated with small cell lung cancer include the syndrome of inappropriate secretion of antidiuretic hormone (SIADH) which causes hyponatremia and seizures and the Lambert-Eaton myasthenic syndrome which causes muscle weakness. In 2001, Chan, Vernino and Lennon[15] of the Departments of Neurology, Immunology and Pathology of the Mayo Clinic in Rochester MN provided a succinct review of this problem:

> Paraneoplastic autoimmune disorders that affect the nervous system reflect immune responses against a distant malignant tumor that is usually limited in metastasis. Small-cell carcinoma is the most common tumor encountered with these disorders, a majority arising in the lung. The cancers express neural antigens pertinent to the related neurological disorders.

Chan et al cited the 1991 report by Kiers, Altermatt and Lennon VA[16] who had reported:

> Type I anti-neuronal nuclear autoantibodies (ANNA-I, also known as "Hu") are a distinctive serologic marker of small cell lung carcinoma (SCLC) in patients who have peripheral neuropathies or encephalomyeloradiculopathies. A tumor antigen reactive with these antibodies has been identified by other investigators by Western blot analyses, but an antigen has not been localized in SCLC immunohistochemically. We therefore tested, by indirect immunofluorescence, the sera of 49 sequential ANNA-I-positive patients and 30 control subjects for IgG reactive with SCLC. Two tumor cell lines were tested, one established from the primary tumor of a patient with Lambert-Eaton syndrome and the second from the metastatic lesion of a patient without neurologic disease. IgG in all ANNA-I-positive sera bound to both tumors. In most instances, the pattern resembled that seen in neurons, with strong homogeneous nuclear staining, sparing of nucleoli, and faint cytoplasmic staining. A highly significant correlation was noted between endpoint dilutions obtained on SCLC substrates and on central and peripheral neurons (r = 0.863; P less than 0.001). IgG in 3 of 30 control sera bound in low titer to SCLC cells but not to neurons, and 9 control sera

W0F620193

I.A. Feingold, MD, FRCP(C), FCCP                                                    Page: 83

Patient:        Mr. David Frederick Ertman
SSN:            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
Date:           September 21, 2007

contained non-organ-specific anti-nuclear antibodies (ANA). The ANA IgG was absorbed equivalently by homogenates of SCLC or colonic adenocarcinoma cells. In contrast, the reactivity of ANNA-I IgG with cerebellar and myenteric plexus neurons was absorbed only by homogenized SCLC cells. These findings suggest that SCLC antigens account for all neuronal reactivity of ANNA-I. IgG of this specificity may serve as a useful reagent for identifying SCLC cells in surgical pathologic and cytologic specimens.

In the 2001 report, Chan et al continued:

Antigenic proteins derived from the tumors are presumed to be the immunogens driving the autoimmune responses. At the present time, five different IgG autoantibody markers of an immune response to small-cell carcinoma are identifiable by the distinctive intracellular immunofluorescence patterns that IgG in the patient's serum or cerebrospinal fluid yields on neuronal substrates.  No individual paraneoplastic autoantibody is a diagnostic marker for a specific neurological syndrome, but in more than 80% of cases each of the characteristic neuronal autoantibodies is proven to be accompanied by a particular neoplasm.  IgG anti-neuronal nuclear and anti-neuronal cytoplasmic autoantibodies have been defined immunohistochemically. Proteins corresponding to these neuronal antigens have been defined by Western blot criteria and in many cases by cDNA sequencing. The Type 1 anti-neuronal nuclear antibody (ANNA-1, or "anti-Hu") was the first recognized autoantibody marker of small-cell carcinoma. It was initially found in patients presenting with paraneoplastic sensory neuronopathy or encephalomyeloradiculoneuropathy. ANNA-1 was later recognized as a serological marker of paraneoplastic gastrointestinal dysmotility related to small-cell carcinoma.  This cancer is found in more than 80% of ANNA-1-seropositive patients. All neuronal reactivity of ANNA-1 is accounted for by antigens expressed in small-cell carcinomas. This implies that an ANNA-1-specific B-lymphocyte response, and obligative helper T-lymphocyte response, is initiated by antigens derived from small-cell carcinoma. Immunohistochemically, ANNA-1 binds to neurons in both the central and peripheral nervous systems. The nucleus stains most intensely, the cytoplasm less intensely, and the nucleolus is spared.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                    PAGE: 84

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

In 2002, Vernino et al[17] al including Lennon of the Mayo Clinic observed:

> The type-1 antineuronal nuclear antibody (ANNA-1, or "anti-Hu") is highly associated with small-cell lung carcinoma and also occurs with extrapulmonary small-cell carcinoma and childhood neuroblastoma. ANNA-1 has not been reported with thymoma. ANNA-1–seropositive patients usually present with a neurologic syndrome involving the peripheral nervous system (sensory, sensorimotor, or autonomic neuropathy) or CNS (limbic encephalitis or encephalomyelopathy). Here we report the prospective identification of ANNA-1 in the serum of four patients who had a thymoma-related neurologic syndrome. Each serum was tested in a standardized immunofluorescence screening assay in the Neuroimmunology Laboratory of the Mayo Clinic, and ANNA-1 reactivity was confirmed by Western blot using native proteins extracted from adult rat cerebellum. To determine the overall frequency of ANNA-1 in patients with thymoma, we retrospectively tested by immunofluorescence screening stored serum from 172 patients, including the four reported here (115 with myasthenia gravis, 36 with an additional or other neurologic disorder, and 44 with no neurologic disorder). One additional ANNA-1–positive patient was identified, yielding an overall frequency of 3%.

W0F620195

Summary and conclusions in the case of Mr. David Frederick Ertman

On the basis of my review of all of the available medical information in the case of Mr. David F. Ertman, I came to the following conclusions, to a reasonable degree of medical certainty:

1.      Mr. Ertman is a 64 year old man who was born on 12/22/1942.

2.      In 1986 the patient required neurosurgery for the removal of a hemangioblastoma in the cerebellar vermis.  The vermis is a structure between the hemispheres of the cerebellum.  The spinocerebellar pathways which carry subconscious proprioception terminate in the vermis.  Cerebellar hemangioblastoma is a vascular tumor first described in 1926 by the Swedish pathologist Arvid Vilhelm Lindau.[18]  The disease has been referred to as a Lindau tumor but in 1928, Dr. Harvey Cushing (arguably the "father of neurosurgery") and Bailey introduced the term hemangioblastoma.[19] As noted by Slavin and Ausman[20] of the Department of Neurosurgery, University of Illinois at Chicago "Most hemangioblastomas arise sporadically. However, in approximately one quarter of all cases, they are associated with von Hippel-Lindau (VHL) disease, an autosomal dominant hereditary syndrome that includes retinal angiomatosis, central nervous system hemangioblastomas, and various visceral tumors most commonly involving the kidneys and adrenal glands.... The syndrome has variable penetrance, but its dominant mode of transmission compels performing at least a screening of family members of patients diagnosed with VHL disease. In some patients with VHL disease, hemangioblastomas may produce erythropoietinlike substances, resulting in polycythemia at the time of diagnosis." A CT scan of the abdomen and pelvis obtained on 06/12/1999 did not reveal any abnormality of the liver, spleen, pancreas, kidneys or adrenals, so the patient most likely does not have von Hippel-Lindau (VHL) disease.

3.      Other than for hemangioblastoma, the patient's past medical history is significant for degenerative joint disease, gout, right meniscus removal in 1973, appendectomy, removal of Baker's cysts in April 1999 and the detection of the sleep apnea syndrome treated with CPAP in May 1999.

4.      In May 1999 the patient developed neurologic symptoms of dizziness, diplopia and gait changes.  An MRI of the brain obtained on 05/30/1999 revealed no evidence of recurrent hemangioblastoma or any other abnormality except for sinusitis. Because of rapidly progressive neurological symptoms, a brain MRI was repeated on

W0F620196

06/11/1999 and was again negative, but a chest x-ray obtained on the same day at the Hospital of Saint Raphael in New Haven, Connecticut revealed right paratracheal lymphadenopathy; therefore, the patient was hospitalized and a CT scan of the chest was obtained the day after admission. The hospital radiologist interpreted the chest CT of 06/12/1999 as revealing "2.5 cm nodule in the right upper lobe with adjacent mediastinal adenopathy." I had the opportunity to review the same study and I agreed with the hospital radiologist. I saw an abnormal malignant-appearing multi-lobed nodular density in the right upper lobe with right paratracheal lymphadenopathy at the same level, as well as additional mediastinal adenopathy. I thought that the overall appearance of the lesion in association with the adenopathy was entirely consistent with the diagnosis of small cell lung cancer.

5.      On 06/15/1999 the patient underwent mediastinoscopy performed by Dr. John Federico who stated "Large lymph nodes were easily identified in the innominate fossa and in the right paratracheal space. Multiple biopsies were obtained, and the initial frozen section was nondiagnostic. We then re-entered the mediastinum with the scope and biopsied additional tissues and a repeat frozen section on additional specimens revealed metastatic small cell carcinoma. The large lymph nodes were the R2 and R4 level lymph nodes." On 06/17/1999 the hospital pathologist, Dr. Paul Fiedler made the diagnosis (accession S99-8873) of metastatic small cell carcinoma found in excision of lymph node R2. I had the opportunity to review the pathology slides and I agreed with the treating pathologist. I saw evidence of metastatic small cell cancer involving the superior mediastinal lymph nodes. As discussed above, the radiological, operative and histopathological findings were all indicative of "limited stage" (LD) small cell lung cancer. Because of the severity of the patient's paraneoplastic neurological symptoms including diplopia, ataxia, hyperacusis and severe gastrointestinal dysmotility, immediately after diagnosis the patient was started on combination chemotherapy in the form of cisplatin and etoposide and was also treated with radiation therapy. Probably due to a combination of the patient's gastrointestinal dysmotility and chemotherapy-induced granulocytopenia, he suffered a severe episode of aspiration pneumonia, but the latter was successfully treated with antibiotics.

6.      On 06/22/1999 an immunology consultation report was prepared by Dr. Steven Vernino of the Mayo Clinic in Rochester, Minnesota at the request of the patient's oncologist, Dr. Joseph O'Connell. Dr. Vernino has made multiple important contributions to the published literature regarding immunologically mediated paraneoplastic neurological disease in small cell lung cancer and thymoma. In the

W0F620197

I.A. FEINGOLD, MD, FRCP(C), FCCP                                                      PAGE: 87

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

case of Mr. Ertman, Dr. Vernino reported that the patient's serum contained high titer type I anti-neuronal nuclear autoantibodies (ANNA-I, also known as "Hu"). In association with the radiological, operative and histopathological findings, and in the presence of the broad spectrum of neurological abnormality in this patient including evidence of cranial, peripheral and gastrointestinal neuropathy, the finding of a high titer ANNA-1 antibody provides definitive pathognomonic diagnostic evidence of small cell lung cancer and the latter is my diagnosis in this case. Serial antibody titers revealed a decrease in the patient's serum ANNA-1 level and the patient experience some neurological improvement, but he is left with significant disability. He must walk with a walker, requires hearing aids and still has visual disturbance. On 06/13/2001 the patient was seen by Dr. Robert L. Lesser, Clinical Professor of Ophthalmology & Visual Science and Neurology at the Yale University School of Medicine and the University of Connecticut School of Medicine. Dr. Lesser reported that the patient was seen for diplopia and nystagmus. Dr. Lesser observed "there are numerous reports of paraneoplastic ophthalmoplegias associated with the anti-HU marker. The combination of the upbeat, rotary, and downbeat nystagmus is consistent with this. I am impressed that he has noted significant improvement over time. Presumably, this is secondary to tumor regression. Unfortunately, I am not optimistic that his eye movement abnormalities will clear completely." The patient also developed radiation pneumonitis and was left with right paramediastinal radiation fibrosis.

7.      The patient had a very significant history of tobacco smoking. Mr. Ertman started smoking cigarettes in the summer of 1956 when he was 13½ years old. In a pattern typical of children who begin to smoke, within about a month Mr. Ertman had increased his cigarette consumption to about 15 cigarettes per day. He continued to smoke about one pack per day for a total of 43 years, finally stopping in June 1999 when he was found to have lung cancer. The patient considered himself addicted to cigarettes. In deposition (vol I, 08/13/2003), Mr. Ertman described how he smoked as soon as he was released from the hospital after his 1986 brain surgery:

         25    And I remember that my first
Pg 63
         1     cigarette was in fact in our car. Now, where
         2     we were going, I could not tell you. But, I
         3     mean, I wasn't in pajamas. I was dressed in
         4     street clothes, so I can only say I probably
         5     bought the cigarettes. And I know that it

W0F620198

I.A. FEINGOLD, MD, FRCP(C), FCCP                                              PAGE: 88

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

6      was in the car because Jane was really
7      annoyed with me for smoking, and I said I
8      just couldn't let go.  I really needed to do
9      that.

**Beginning on page 86 of volume II of the patient's deposition (11/09/2004), Mr. Ertman testified:**

15     Q.  You also mentioned during that time period
16   craving a cigarette.
17        Can you describe for me what you mean when
18   you refer to craving a cigarette during that time
19   period?
20     A.  The very specific sense that if I had a
21   Salem cigarette in my hand and were smoking it, I
22   would feel better.  I think that's a fair
23   description of it.
24     Q.  When you say "feel better," you mean
25   generally better or are you referring to any

Pg 87
1   specific -- anything more specific than that?
2     A.  Less jumpy and snappy.
3     Q.  Anything else?
4     A.  Not that I recall.
16        You mentioned earlier your pipe smoking.  I
17   wanted to get a sense from you as to about how old
18   you were when you first started smoking a pipe.
19     A.  My recollection is that I started carrying
20   a pipe as opposed to smoking it in the early '80s
21   to accommodate my wife, to whom I had falsely
22   promised to stop smoking cigarettes.
23     Q.  When did you promise Jane you would stop
24   smoking cigarettes?
25     A.  Sometime in the early '80s.  I cannot be

Pg 88
1   more specific.
2     Q.  You mentioned you were carrying the pipe as
3   opposed to smoking it.
4        During the early '80s, this time period --
5   well, let me withdraw and ask you some other
6   questions and try to clear it up.
7        When did you actually begin smoking a pipe?
8     A.  I would estimate around '83.

8.    The patient's smoking history represents a very significant risk for the development of lung cancer and other smoking induced diseases. Nearly 100% of small cell lung cancers are caused by smoking. In 32 years of clinical practice, I have never seen a single case of small cell lung cancer in a never-smoker. In 2001, Khuder (cited and discussed above) reported a meta-analysis of 48 studies published between 1970 and 1999 and calculated combined estimates of relative risks (OR) for different histological cell types of lung cancer. Khuder observed that for small cell lung cancer, the combined odds ratio for longest duration of smoking (40+ years) was 38.6 (CI 11.9-125), that is, an increased risk for small cell lung cancer of 3,860% (range 1,190% to 12,500%) experienced by long term smokers compared to never smokers. The small cell lung cancer and all of the associated paraneoplastic and treatment related conditions which afflicted Mr. David Ertman were caused by the patient's addiction to nicotine which was causally related to his many years of tobacco smoking and exposure to carcinogenic toxins in tobacco smoke.

9.    The great majority of patients who suffer from small cell lung cancer die of their malignancy. Mean survival for patients who have "limited disease" small cell is only 14-20 months. Recently, Tai et al (cited above) of the University of Saskatchewan and National Cancer Institute of Canada reported on long term survival in patients with small cell lung cancer. The authors reported that in patients with LD small cell lung cancer who have lymph node involvement (as in the case of Mr. Ertman), 5 year survival is 3-9%. Mr. Ertman has now survived 8 years but his long term survival is hardly guaranteed. As discussed at length above, even among lung cancer survivors who do not smoke post-operatively, there is a high risk of second primary lung cancer. In 1998 Johnson of the National Cancer Institute (cited above) reported that the risk of developing a second lung cancer in patients who survived resection of a non-small-cell lung cancer is approximately 1%–2% per patient per year (statistics for small cell lung cancer are not available, since there are so few long term survivors). Approximately one half of the patients who develop second non-small-cell lung cancers can have these tumors resected. I was concerned to discover a new small but abnormal irregular right upper lobe nodule in a recent chest CT scan obtained on 06/07/2007 at the Hospital of Saint Raphael. A copy of the CT image (28) which shows this small peripheral lesion is reproduced above, in comparison to an equivalent image (36) from a prior chest CT of 06/12/2006. I have not yet received the radiologist's report pertaining to that study and so I do not know whether or not the hospital radiologist detected this very small lesion. A repeat CT should be obtained before 4 months have elapsed after the study of 06/07/2007; if the RUL lesion persists, it should be investigated and treated aggressively.

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 90

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

Thoracoscopy and surgical removal may be indicated, rather than needle biopsy, but I defer to the patient's treating pulmonologist to make decisions about diagnostic investigations. If the lesion is malignant, it is probably a small peripheral adenocarcinoma, the surgical removal of which would most likely be curative. Even if the lesion disappears or proves to be benign, the patient should continue to have annual CT scans of the chest.

10.    <u>In conclusion</u>: Mr. David Ertman suffered from small cell lung cancer caused by his many years of cigarette smoking. Although combination chemotherapy and radiation therapy was successful, and the patient appears to be among the 3-9% of long term survivors of small cell lung cancer, his malignancy was associated with severe manifestations of a neurological paraneoplastic syndrome caused by high titer type I anti-neuronal nuclear autoantibodies (ANNA-I, also known as "Hu"). The patient's paraneoplastic syndrome and typical complications of combination chemotherapy and radiation therapy have caused the patient significant residual dysfunction, disability and suffering. The patient is at significant risk for the future development of a second primary lung cancer. I am concerned about the development of a new right upper lobe pulmonary lesion which I detected on a CT scan of the chest obtained on 06/07/2007. The patient requires follow up and definitive diagnosis of this new lesion. A copy of this report should be sent immediately to Dr. Marc Mann at the Whitney Internal Medicine in Hamden, CT and to the patient's oncologist, Dr. Joseph O'Connell of the Hospital of St. Raphael. In addition, please send a copy of this report to Dr. Steven Vernino of the Mayo Clinic in Rochester, Minnesota.

*Allan Feingold, M.D.*

Signed electronically by:
I.A. Feingold, MD, FRCP(C), FCCP

## Bibliography

1.    Mountain CF, Dresler CM: Regional Lymph Node Classification for Lung Cancer Staging.  Chest 1997; 111:1718-23.

2.    Johnson BE.  Second lung cancers in patients after treatment for an initial lung cancer.  J Natl Cancer Inst 1998;90:1335–45.

3.    Pierard P, Vermylen P, Bosschaerts T, Roufosse C, Berghmans T, Sculier JP, Ninane V.  Synchronous roentgenographically occult lung carcinoma in patients with resectable primary lung cancer.  Chest 2000 Mar;117(3):779-85.

4.    Auerbach O, Gere JB, Forman JB, et al. Changes in the bronchial epithelium in relation to smoking and cancer of the lung. New Eng J Med Jan 17, 1957, vol 256.

5.    Capewell S, Sankara R, Lamb D, McIntyre M, Sudlow MF: Lung cancer in lifelong non-smokers.  Thorax 1991; 46:565-8.

6.    Elias AD: Small cell lung cancer: state-of-the-art therapy in 1996.  Chest 1997 Oct;112(4 Suppl):251S-258S.

7.    Sridhar KS; Raub W Jr; Duncan RC; Hilsenbeck S; Richman SP:  Lung carcinoma in 1,336 patients.  Am J Clin Oncol 1991 Dec;14(6):496-508.

8.    Jedrychowski W, Becher H, Wahrendorf J, Basa-Cierpialek Z, Gomola K: Effect of tobacco smoking on various histological types of lung cancer. J Cancer Res Clin Oncol 1992;118(4):276-82.

9.    Tong L, Spitz MR, Fueger JJ,  Amos CA: Lung carcinoma in former smokers. Cancer 1996 Sep 1;78(5):1004-10.

10.   Barbone F, Bovenzi M, Cavallieri F, Stanta G:  Cigarette smoking and histologic type of lung cancer in men. Chest 1997 Dec;112(6):1474-9.

11.   Thun MJ, Lally CA, Flannery JT, Calle EE, Flanders WD, Heath CW Jr: Cigarette smoking and changes in the histopathology of lung cancer. J Natl Cancer Inst 1997 Nov 5;89(21):1580-6.

W0F620202

I.A. FEINGOLD, MD, FRCP(C), FCCP                                          PAGE: 92

PATIENT:        MR. DAVID FREDERICK ERTMAN
SSN:            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
DATE:           SEPTEMBER 21, 2007

12.    Khuder SA. Effect of cigarette smoking on major histological types of lung cancer: a meta-analysis. Lung Cancer 2001 Feb-Mar;31(2-3):139-48.

13.    Jackman DM, Johnson BE.  Small-cell lung cancer.  Lancet 2005; 366: 1385–96.

14.    Tai P, Chapman JAW, Yu E, Jones D, Yu C, Yuan F, Sang-Joon L. Disease-specific survival for limited-stage small-cell lung cancer affected by statistical method of assessment.  BMC Cancer 2007, 7:31. doi:10.1186/1471-2407-7-31. http://www.biomedcentral.com/1471-2407/7/31

15.    Chan KH, Vernino S, Lennon VA.  ANNA-3 anti-neuronal nuclear antibody: marker of lung cancer-related autoimmunity.  Ann Neurol. 2001 Sep;50(3):301-11.

16.    Kiers L, Altermatt HJ, Lennon VA. Paraneoplastic antineuronal nuclear IgG autoantibodies (type I) localize antigen in small cell lung carcinoma. Mayo Clin Proc 1991;66:1209–1216.

17.    Vernino S, Eggenberger ER, Rogers LR, Lennon VA.  Paraneoplastic neurological autoimmunity associated with ANNA-1 autoantibody and thymoma.  Neurology. 2002 Sep 24;59(6):929-32.

18.    Lindau A: Studien uber Kleinhirncysten. Bau, Pathogenese und Beizeihunger zur Angiomatosis Retinae. Acta Pathol Microbiol Scand 1926; 1(Suppl): 3-120.

19.    Cushing H, Bailey P: Tumors Arising from Blood Vessels of the Brain: Angiomatous Malformations and Hemangioblastomas. Springfield, Ill: Charles C Thomas Publisher; 1928.

20.    Slavin KV, Ausman J.  Hemangioblastoma.  2006. http://www.emedicine.com/med/topic2991.htm

W0F620203