B



**Mark R. Seiden/JonesDay**
Extension 7-3451
10/04/2007 02:29 PM

To  dgolub@sgtlaw.com
cc  Mark A. Belasic/JonesDay@JonesDay
bcc  Amanda S Jacobs/JonesDay
Subject  Ertman & Izzarelli

History:    This message has been forwarded.

David

I have tried to reach you several times this week to discuss a number of issues.

1.     Among the issues we need to discuss is the scheduling of your expert witnesses for depositions. As you know, and consistent with past practice, we would like to schedule the depositions for dates that are convenient for all counsel and the witnesses.  Given the number of experts you have designated -- which I believe is 16 in Ertman and 13 in Izzarelli -- coordination of these dates will require immediate planning (which hopefully your office has already begun).  Please let us know when you and your designated experts are available for deposition.  In the interim, we intend to serve deposition notices and subpoenas, with the hope and expectation that the dates listed therein will simply be placeholders subject to counsel reaching mutually acceptable agreements on dates.

2.     I also wanted to discuss pathology testing with you.  I have not heard back from you in response to our proposal for pathology sharing in the Izzarelli action.  I sent that proposal on 9/25.  We should also discuss an agreeable approach for the Ertman matter.

3.     Please let me know whether any of your designated experts communicated with either plaintiff to prepare their report and form their opinions.  You will recall that USDJ Nevas deferred the IME motion pending your determination as to whether your designated experts would consult with your client.  We are anxious to refile that motion, and to file an IME motion in the Ertman action, but need this information from you.

Please call me at your earliest convenience.

Mark


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========