C
- 3 -

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE 212 326-3939 • FACSIMILE 212-755-7306

Direct Number: (212) 326-3451
mrseiden@jonesday.com

JP882303:mrs
629000-020276

October 9, 2007

VIA FACSIMILE AND US MAIL

David S. Golub, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street, P.O. Box 389
Stamford, Connecticut 06901

Re: *Izzarelli v. R.J. Reynolds Tobacco Co.*
Case No. 3:99CV2338 (AHN) (D. Conn.)
&
*Ertman v. R.J. Reynolds Tobacco Co.*
Case No. 3:01CV1090 (WWE) (D. Conn.)

Dear David:

I am beginning to develop a complex. Last week you did not respond to either of my telephone messages or my detailed e-mail. This week you have not responded to either of the two telephone messages I have left for you. Your failure to respond to my attempts to communicate with you are of great concern because of the significant volume of work which must be performed by counsel for the parties over the next month. For instance, you have designated 13 and 16 witnesses as experts in the Izzarelli and Ertman cases respectively, and depositions must be scheduled, conducted and completed shortly. We would like to schedule those depositions for mutually convenient dates, but will be unable to do so if you remain incommunicado. We also need to discuss pathology testing and IMEs, all of which I outlined in my email last week.

I hope to hear from you later today or tomorrow at the latest.

Very truly yours,

Mark R. Seiden

cc: Mark A. Belasic, Esq.
(I/O)

NYI-4030641v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON