D

Case 3:01-cv-01090-WWE    Document 124-8    Filed 06/09/2008    Page 1 of 3



**Mark R. Seiden/JonesDay**
Extension 7-3451
10/30/2007 01:42 PM

To "Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>
cc Dgolub@sgtlaw.com, Mark A. Belasic/JonesDay@JonesDay, Amanda S Jacobs/JonesDay@JonesDay, Bonnie L.
bcc
Subject Re: Ertman and Izzarelli Depositions

History: 🖉 This message has been replied to.

Marilyn:

Why haven't we received a single deposition date yet for one of the "national" expert witnesses plaintiffs' designated? That would include: (i) Cummings; (ii) Farone; (iii) Feingold; (iv) Glassman; (v) Grunberg; (vi) Harris; (vii) Kyriakoudes; (viii) Pollay; (ix) Procter; and (x) Strauss. It has been almost 45 days since your designations were made, we have made countless requests that we be provided with deposition dates for these witnesses and the period for concluding expert disclosure ends in little more than 2 weeks? We anxiously await deposition dates for the 10 designated experts identified above and reiterate our request that they be provided immediately.

As for the depositions of treating physicians, given that all the experts need to be deposed, and the fact that testing of pathology may impact the scope of the treating physician's depositions, it makes sense to first conduct the depositions of the "national" individuals identified above. (Indeed, I have previously suggested this to your office.) At the moment, we anticipate that treating physician depositions will last around 4 hours, but, for the avoidance of any doubt we reserve all rights to conduct seven hour examinations if necessary and appropriate.

Mark


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451
"Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>



**"Marilyn Ramos- Silver Golub & Teitell"** <mramos@sgtlaw.com>

10/30/2007 12:58 PM

To "Mark R. Seiden" <mrseiden@JonesDay.com>
cc "Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>
Subject Ertman and Izzarelli Depositions

Hi Mark –

Please advise how much time you need with the treating doctors. Each of the doctors we have disclosed have surgical and other matters to attend to and need ample time to reschedule patients etc. Thanks.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street

Stamford, CT 06901

Phone: 203-325-4491
Fax: 203-325-3769
mramos@sgtlaw.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========