E



**Mark R. Seiden/JonesDay**
Extension 7-3451
11/12/2007 04:12 PM

To  mramos@sgtlaw.com

cc  Amanda S Jacobs/JonesDay@JonesDay, Bonnie L. Hemenway/JonesDay@JonesDay, dgolub@sgtlaw.com, Mark A. Belasic/JonesDay@JonesDay

bcc

Subject  Re: Ertman & Izzarelli -- Depositions.

Marilyn

As we discussed this morning, here are a range of dates for the remaining designated experts. Please let us know as soon as possible as we can't hold these dates open indefinitely given other professional responsibilities.

Farone:      Nov. 20, 21, 22.   Dec. 3, 4, 5, 6, 7, 10, 11, 12, 17, 18
Procter:     Nov. 28, 29.  Dec. 4, 5, 6, 11, 12, 13, 18, 19, 20
Pollay:      Dec. 3, 4, 5, 6, 7, 11
Goldberg:    Nov. 29, 30.  Dec. 3, 4, 5, 6, 19, 20, 21, 27, 28
Grunberg:    Nov. 20, 21, 22.   Dec. 3, 4, 5, 6, 7, 10, 11, 12, 17, 18  (Note -- Grunberg can't be back-to-back with Farone b/c of travel)

Also, please confirm that the dates we confirmed for Strauss, Harris, Feingold, Cummings, Kyriakoudes and Glassman are now set, and also let us know what cities these depositions will be held at so we can make necessary arrangements.

Thanks
Mark



Mark R. Seiden
Jones Day
New York Office
(212) 326-3451
Mark R. Seiden/JonesDay



**Mark R. Seiden/JonesDay**
Extension 7-3451
11/08/2007 08:03 PM

To  mramos@sgtlaw.com

cc  dgolub@sgtlaw.com, Mark A. Belasic/JonesDay@JonesDay, Amanda S Jacobs/JonesDay@JonesDay, Bonnie L. Hemenway/JonesDay@JonesDay

Subject  Ertman & Izzarelli -- Depositions.

Marilyn: The following deposition dates are acceptable for defendants. Please let us know asap what cities these depositions will be held in so we can plan accordingly.

    Strauss      11/28
    Harris       11/29
    Feingold     12/13

| | |
|---|---|
| Cummings | 12/14 |
| Kyriakoudes | 12/17 |
| Glassman | 12/20 |

We will need alternative dates for the following witnesses:

Farone
Procter
Pollay
Goldberg
Grunberg


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========



==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========