# G



**Mark R. Seiden/JonesDay**
Extension 7-3451
11/13/2007 03:40 PM

To "Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>
cc
bcc
Subject RE: Ertman & Izzarelli -- Depositions.

How about Dec. 19, 20, 21, 27 or 28th.


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451
"Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>



"Marilyn Ramos - Silver Golub
& Teitell"
<mramos@sgtlaw.com>

11/13/2007 03:25 PM

To "Mark R. Seiden" <mrseiden@JonesDay.com>
cc
Subject RE: Ertman & Izzarelli -- Depositions.


Hi Mark --

Dr. Feingold cannot do 7 hours on Dec. 13.  Please advise what dates are
available from your end for his deposition.  I'll have to get new dates
from him.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone:  203-325-4491
Fax:   203-325-3769
mramos@sgtlaw.com

-----Original Message-----
From: Mark R. Seiden [mailto:mrseiden@JonesDay.com]
Sent: Tuesday, November 13, 2007 2:45 PM
To: Marilyn Ramos- Silver Golub & Teitell
Subject: RE: Ertman & Izzarelli -- Depositions.

No, that date remains acceptable for Professor Harris' deposition.
Sorry
for any confusion.  Will that depo be in Boston or Providence.



Mark R. Seiden
Jones Day
New York Office
(212) 326-3451