

# H


**Mark R. Seiden/JonesDay**
Extension 7-3451
11/13/2007 05:50 PM

To "Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>
cc
bcc
Subject RE: Ertman & Izzarelli -- Depositions.

Ok. How about Dec. 12th. Alternatively, if you move Kyriakoudes to Dec. 12, 13 or 14th, we can do Feingold on either 12/17 or 12/18.


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451
"Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>



"Marilyn Ramos - Silver Golub & Teitell"
<mramos@sgtlaw.com>

11/13/2007 05:47 PM

To "Mark R. Seiden" <mrseiden@JonesDay.com>
cc
Subject RE: Ertman & Izzarelli -- Depositions.


We cannot do both on the same day.  David Golub wishes to attend both
these depositions.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone:  203-325-4491
Fax:   203-325-3769
mramos@sgtlaw.com

-----Original Message-----
From: Mark R. Seiden [mailto:mrseiden@JonesDay.com]
Sent: Tuesday, November 13, 2007 5:38 PM
To: Marilyn Ramos- Silver Golub & Teitell
Cc: Mark A. Belasic
Subject: RE: Ertman & Izzarelli -- Depositions.

We can do both if you can.  Please advise.


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451

|         |                                                                                      |                                                 |
|---------|--------------------------------------------------------------------------------------|-------------------------------------------------|
| To      | "Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>                          | "Mark R. Seiden" <mrseiden@JonesDay.com>        |
| cc      |                                                                                      |                                                 |
| Subject | 11/13/2007 05:36 PM                                                                  | RE: Ertman & Izzarelli -- Depositions.          |

Cummings is scheduled for the 14th.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone:  203-325-4491
Fax:    203-325-3769
mramos@sgtlaw.com

-----Original Message-----
From: Mark R. Seiden [mailto:mrseiden@JonesDay.com]
Sent: Tuesday, November 13, 2007 5:32 PM
To: Marilyn Ramos- Silver Golub & Teitell
Subject: RE: Ertman & Izzarelli -- Depositions.

12/14


Mark R. Seiden
Jones Day
New York Office

(212) 326-3451

| | | |
|---|---|---|
| To | "Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com> | "Mark R. Seiden" <mrseiden@JonesDay.com> |
| cc | | |
| Subject | 11/13/2007 05:28 PM | RE: Ertman & Izzarelli -- Depositions. |

Not helpful. Dr. Feingold's office is closed after Dec. 19 and he is unavailable. Please provide more dates for week of Dec. 10.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone:  203-325-4491
Fax:    203-325-3769
mramos@sgtlaw.com

-----Original Message-----
From: Mark R. Seiden [mailto:mrseiden@JonesDay.com]
Sent: Tuesday, November 13, 2007 3:41 PM
To: Marilyn Ramos- Silver Golub & Teitell
Subject: RE: Ertman & Izzarelli -- Depositions.

How about Dec. 19, 20, 21, 27 or 28th.

Mark R. Seiden
Jones Day
New York Office
(212) 326-3451

| | | |
|---|---|---|
| To | "Marilyn Ramos-Silver Golub & Teitell" <mramos@sgtlaw.com> | "Mark R. Seiden" <mrseiden@JonesDay.com> |
| cc | | |
| Subject | 11/13/2007 03:25 PM | RE: Ertman & Izzarelli -- Depositions. |

Hi Mark --

Dr. Feingold cannot do 7 hours on Dec. 13. Please advise what dates are available from your end for his deposition. I'll have to get new dates from him.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone: 203-325-4491
Fax: 203-325-3769
mramos@sgtlaw.com