I



**Mark R. Seiden/JonesDay**
Extension 7-3451
11/19/2007 03:56 PM

To    "Marilyn Ramos- Silver Golub & Teitell"
      <mramos@sgtlaw.com>

cc

bcc

Subject   Re: Dr. Feingold

ok with me for the 17th.

Mark R. Seiden
Jones Day
New York Office
(212) 326-3451
"Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>



**"Marilyn Ramos - Silver Golub**
**& Teitell"**
**<mramos@sgtlaw.com>**

11/19/2007 03:52 PM

To    "Mark R. Seiden" <mrseiden@JonesDay.com>

cc

Subject   Dr. Feingold

Dr. Feingold would like to do his deposition on Jan. 16 or 17 (he is apparently very busy after his office being closed so long for the holidays). That's fine with us. Please advise.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone:  203-325-4491
Fax:  203-325-3769
mramos@sgtlaw.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========