J



**Amanda S Jacobs/JonesDay**
Extension 6-1168
01/10/2008 04:19 PM

To mramos@sgtlaw.com
cc Mark R. Seiden/JonesDay@JonesDay, Mark A. Belasic/JonesDay@JonesDay
bcc
Subject Ertman/Izzarelli: Dates for Depositions of Experts

Marilyn,

Our discovery deadline is fast approaching, and despite repeated requests, we still have not received any deposition dates from you for the following experts:
**Michael Cummings**
**Gary Crakes**
**William Farone**
**Allan Feingold**
**Neil Grunberg**
**Robert Proctor**
**Gary Strauss**

Please provide us dates as soon as possible.

Thanks.

Amanda

*****************************************
Amanda Snyder Jacobs, Esq.
JONES DAY
901 Lakeside Avenue, North Point
Cleveland, Ohio  44114-1190
Tel:  (216) 586-1168
Fax:  (216) 579-0212
asjacobs@jonesday.com
*****************************************

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========