- 13 -

K



| | | | |
|---|---|---|---|
| **Amanda S Jacobs/JonesDay** | To | mramos@sgtlaw.com | |
| Extension 6-1168 | cc | Mark R. Seiden/JonesDay@JonesDay, Mark A. Belasic/JonesDay@JonesDay | |
| 01/15/2008 11:41 AM | bcc | | |
| | Subject | Ertman/Izzarelli Scheduling of Expert Depositions | |

Marilyn,

Judge Eginton just set a status conference in Ertman for February 14, 2008, the day before plaintiffs' expert depositions are to be completed under the scheduling order. As it currently stands, however, you still have not provided us with any dates for the following experts:

**Michael Cummings
Gary Crakes
William Farone
Allan Feingold
Neil Grunberg
Robert Proctor
Gary Strauss**

In addition, you still have not provided us with a date for the deposition of **Dr. Jeffrey Lustman**, a fact witness.

Finally, in addition to the above witnesses, there are three treating physicians---**Robert L. Lesser, Joseph O'Connell,** and **Thomas Lesnik**--- that plaintiffs have named as experts who must be deposed. In short, we have a lot of depositions to take in a short period of time. We again request that you please provide us with dates as soon as possible.

Thanks very much.

Amanda

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Amanda Snyder Jacobs, Esq.
JONES DAY
901 Lakeside Avenue, North Point
Cleveland, Ohio  44114-1190
Tel:  (216) 586-1168
Fax:  (216) 579-0212
asjacobs@jonesday.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========