L




I.A. FEINGOLD, MD, FRCP(C), FCCP
CHIEF, DIVISION OF PULMONARY MEDICINE
SOUTH MIAMI HOSPITAL

6200 Southwest 73rd Street
Miami, Florida 33143
Telephone: (786) 662-5229
Facsimile: (786) 662-5314
E-mail: DrIAF@BaptistHealth.net
24 hr emergency: (786) 662-4000

Ms. Marilyn Ramos  mramos@sgtlaw.com
Mr. David Golub     dgolub@sgtlaw.com
Silver Golub & Teitell LLP
The Heritage Building
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904

Date:      March 7, 2008

Re:       **Mr. David Frederick Ertman - Supplemental Report**
SSN:      **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**
DOB:      **12/22/1942 (age 64)**

On 09/21/2007, I prepared a detailed narrative report in the case of Mr. David F. Ertman. I concluded that report by stating:

1.   Mr. Ertman is a 64 year old man who was born on 12/22/1942.

2.   In 1986 the patient required neurosurgery for the removal of a hemangioblastoma in the cerebellar vermis. The vermis is a structure between the hemispheres of the cerebellum. The spinocerebellar pathways which carry subconscious proprioception terminate in the vermis. Cerebellar hemangioblastoma is a vascular tumor first described in 1926 by the Swedish pathologist Arvid Vilhelm Lindau. The disease has been referred to as a Lindau tumor but in 1928, Dr. Harvey Cushing (arguably the "father of neurosurgery") and Bailey introduced the term hemangioblastoma. As noted by Slavin and Ausman of the Department of Neurosurgery, University of Illinois at Chicago "Most hemangioblastomas arise sporadically. However, in approximately one quarter of all cases, they are associated with von Hippel-Lindau (VHL) disease, an autosomal dominant hereditary syndrome that includes retinal angiomatosis, central nervous system hemangioblastomas, and various visceral tumors most commonly involving the kidneys and adrenal glands.... The syndrome has variable penetrance, but its dominant mode of transmission compels performing at least a screening of family members of patients diagnosed with VHL disease. In some patients with VHL disease, hemangioblastomas may produce erythropoietinlike substances, resulting in polycythemia at the time of diagnosis." A CT scan of the abdomen and pelvis obtained on 06/12/1999 did not reveal any abnormality of the liver, spleen, pancreas, kidneys or adrenals, so the patient most likely does not have von Hippel-Lindau (VHL) disease.

W108B9011

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 2 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT <br> SSN: 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 <br> DATE: MARCH 7, 2008 | |

3. Other than for hemangioblastoma, the patient's past medical history is significant for degenerative joint disease, gout, right meniscus removal in 1973, appendectomy, removal of Baker's cysts in April 1999 and the detection of the sleep apnea syndrome treated with CPAP in May 1999.

4. In May 1999 the patient developed neurologic symptoms of dizziness, diplopia and gait changes. An MRI of the brain obtained on 05/30/1999 revealed no evidence of recurrent hemangioblastoma or any other abnormality except for sinusitis. Because of rapidly progressive neurological symptoms, a brain MRI was repeated on 06/11/1999 and was again negative, but a chest x-ray obtained on the same day at the Hospital of Saint Raphael in New Haven, Connecticut revealed right paratracheal lymphadenopathy; therefore, the patient was hospitalized and a CT scan of the chest was obtained the day after admission. The hospital radiologist interpreted the chest CT of 06/12/1999 as revealing "2.5 cm nodule in the right upper lobe with adjacent mediastinal adenopathy." I had the opportunity to review the same study and I agreed with the hospital radiologist. I saw an abnormal malignant-appearing multi-lobed nodular density in the right upper lobe with right paratracheal lymphadenopathy at the same level, as well as additional mediastinal adenopathy. I thought that the overall appearance of the lesion in association with the adenopathy was entirely consistent with the diagnosis of small cell lung cancer.

5. On 06/15/1999 the patient underwent mediastinoscopy performed by Dr. John Federico who stated "Large lymph nodes were easily identified in the innominate fossa and in the right paratracheal space. Multiple biopsies were obtained, and the initial frozen section was nondiagnostic. We then re-entered the mediastinum with the scope and biopsied additional tissues and a repeat frozen section on additional specimens revealed metastatic small cell carcinoma. The large lymph nodes were the R2 and R4 level lymph nodes." On 06/17/1999 the hospital pathologist, Dr. Paul Fiedler made the diagnosis (accession S99-8873) of metastatic small cell carcinoma found in excision of lymph node R2. I had the opportunity to review the pathology slides and I agreed with the treating pathologist. I saw evidence of metastatic small cell cancer involving the superior mediastinal lymph nodes. As discussed above, the radiological, operative and histopathological findings were all indicative of "limited stage" (LD) small cell lung cancer. Because of the severity of the patient's paraneoplastic neurological symptoms including diplopia, ataxia, hyperacusis and severe gastrointestinal dysmotility, immediately after diagnosis the patient was started on combination chemotherapy in the form of cisplatin and etoposide and was also treated with radiation therapy. Probably due to a combination of the patient's gastrointestinal dysmotility and chemotherapy-induced granulocytopenia, he suffered a severe episode of aspiration pneumonia, but the latter was successfully treated with antibiotics.

6. On 06/22/1999 an immunology consultation report was prepared by Dr. Steven Vernino of the Mayo Clinic in Rochester, Minnesota at the request of the patient's oncologist, Dr. Joseph O'Connell. Dr. Vernino has made multiple important contributions to the published literature regarding immunologically mediated paraneoplastic neurological disease in small cell lung cancer and thymoma. In the case of Mr. Ertman, Dr. Vernino reported that the patient's serum contained high titer type I anti-neuronal nuclear autoantibodies (ANNA-I, also known as "Hu"). In association with the radiological, operative and histopathological findings, and in the

W108B9012

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 3 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: 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 | |
| DATE: MARCH 7, 2008 | |

presence of the broad spectrum of neurological abnormality in this patient including evidence of cranial, peripheral and gastrointestinal neuropathy, the finding of a high titer ANNA-1 antibody provides definitive pathognomonic diagnostic evidence of small cell lung cancer and the latter is my diagnosis in this case. Serial antibody titers revealed a decrease in the patient's serum ANNA-1 level and the patient experience some neurological improvement, but he is left with significant disability. He must walk with a walker, requires hearing aids and still has visual disturbance. On 06/13/2001 the patient was seen by Dr. Robert L. Lesser, Clinical Professor of Ophthalmology & Visual Science and Neurology at the Yale University School of Medicine and the University of Connecticut School of Medicine. Dr. Lesser reported that the patient was seen for diplopia and nystagmus. Dr. Lesser observed "there are numerous reports of paraneoplastic ophthalmoplegias associated with the anti-HU marker. The combination of the upbeat, rotary, and downbeat nystagmus is consistent with this. I am impressed that he has noted significant improvement over time. Presumably, this is secondary to tumor regression. Unfortunately, I am not optimistic that his eye movement abnormalities will clear completely." The patient also developed radiation pneumonitis and was left with right paramediastinal radiation fibrosis.

7. The patient had a very significant history of tobacco smoking. Mr. Ertman started smoking cigarettes in the summer of 1956 when he was 13½ years old. In a pattern typical of children who begin to smoke, within about a month Mr. Ertman had increased his cigarette consumption to about 15 cigarettes per day. He continued to smoke about one pack per day for a total of 43 years, finally stopping in June 1999 when he was found to have lung cancer. The patient considered himself addicted to cigarettes. In deposition (vol I, 08/13/2003), Mr. Ertman described how he smoked as soon as he was released from the hospital after his 1986 brain surgery:

>     25 And I remember that my first
>
> Pg 63
>     1 cigarette was in fact in our car. Now, where
>     2 we were going, I could not tell you. But, I
>     3 mean, I wasn't in pajamas. I was dressed in
>     4 street clothes, so I can only say I probably
>     5 bought the cigarettes. And I know that it
>     6 was in the car because Jane was really
>     7 annoyed with me for smoking, and I said I
>     8 just couldn't let go. I really needed to do
>     9 that.

Beginning on page 86 of volume II of the patient's deposition (11/09/2004), Mr. Ertman testified:

>     15 Q. You also mentioned during that time period
>     16 craving a cigarette.
>     17 Can you describe for me what you mean when
>     18 you refer to craving a cigarette during that time
>     19 period?
>     20 A. The very specific sense that if I had a

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 4 |
|---|---|
| PATIENT:   MR. DAVID FREDERICK ERTMAN – SUPPLEMENTAL REPORT <br> SSN:         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 <br> DATE:        MARCH 7, 2008 | |

    21 Salem cigarette in my hand and were smoking it, I
    22 would feel better. I think that's a fair
    23 description of it.
    24 Q. When you say "feel better," you mean
    25 generally better or are you referring to any

Pg 87
    1 specific -- anything more specific than that?
    2 A. Less jumpy and snappy.
    3 Q. Anything else?
    4 A. Not that I recall.
    16 You mentioned earlier your pipe smoking. I
    17 wanted to get a sense from you as to about how old
    18 you were when you first started smoking a pipe.
    19 A. My recollection is that I started carrying
    20 a pipe as opposed to smoking it in the early '80s
    21 to accommodate my wife, to whom I had falsely
    22 promised to stop smoking cigarettes.
    23 Q. When did you promise Jane you would stop
    24 smoking cigarettes?
    25 A. Sometime in the early '80s. I cannot be

Pg 88
    1 more specific.
    2 Q. You mentioned you were carrying the pipe as
    3 opposed to smoking it.
    4 During the early '80s, this time period –
    5 well, let me withdraw and ask you some other
    6 questions and try to clear it up.
    7 When did you actually begin smoking a pipe?
    8 A. I would estimate around '83.

8. The patient's smoking history represents a very significant risk for the development of lung cancer and other smoking induced diseases. Nearly 100% of small cell lung cancers are caused by smoking. In 32 years of clinical practice, I have never seen a single case of small cell lung cancer in a never-smoker. In 2001, Khuder (cited and discussed above) reported a meta-analysis of 48 studies published between 1970 and 1999 and calculated combined estimates of relative risks (OR) for different histological cell types of lung cancer. Khuder observed that for small cell lung cancer, the combined odds ratio for longest duration of smoking (40+ years) was 38.6 (CI 11.9-125), that is, an increased risk for small cell lung cancer of 3,860% (range 1,190% to 12,500%) experienced by long term smokers compared to never smokers. The small cell lung cancer and all of the associated paraneoplastic and treatment related conditions which afflicted Mr. David Ertman were caused by the patient's addiction to nicotine which was causally related to his many years of tobacco smoking and exposure to carcinogenic toxins in tobacco smoke.

9. The great majority of patients who suffer from small cell lung cancer die of their malignancy. Mean survival for patients who have "limited disease" small cell is only 14-20 months. Recently, Tai et al (cited above) of the University of Saskatchewan and National Cancer

W108B9014

| | | |
|---|---|---|
| I.A. FEINGOLD, MD, FRCP(C), FCCP | | PAGE: 5 |
| PATIENT: | MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: | 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 | |
| DATE: | MARCH 7, 2008 | |

Institute of Canada reported on long term survival in patients with small cell lung cancer. The authors reported that in patients with LD small cell lung cancer who have lymph node involvement (as in the case of Mr. Ertman), 5 year survival is 3-9%. Mr. Ertman has now survived 8 years but his long term survival is hardly guaranteed. As discussed at length above, even among lung cancer survivors who do not smoke post-operatively, there is a high risk of second primary lung cancer. In 1998 Johnson of the National Cancer Institute (cited above) reported that the risk of developing a second lung cancer in patients who survived resection of a non-small-cell lung cancer is approximately 1%–2% per patient per year (statistics for small cell lung cancer are not available, since there are so few long term survivors). Approximately one half of the patients who develop second non-small-cell lung cancers can have these tumors resected. I was concerned to discover a new small but abnormal irregular right upper lobe nodule in a recent chest CT scan obtained on 06/07/2007 at the Hospital of Saint Raphael. A copy of the CT image (28) which shows this small peripheral lesion is reproduced above, in comparison to an equivalent image (36) from a prior chest CT of 06/12/2006. I have not yet received the radiologist's report pertaining to that study and so I do not know whether or not the hospital radiologist detected this very small lesion. A repeat CT should be obtained before 4 months have elapsed after the study of 06/07/2007; if the RUL lesion persists, it should be investigated and treated aggressively. Thoracoscopy and surgical removal may be indicated, rather than needle biopsy, but I defer to the patient's treating pulmonologist to make decisions about diagnostic investigations. If the lesion is malignant, it is probably a small peripheral adenocarcinoma, the surgical removal of which would most likely be curative. Even if the lesion disappears or proves to be benign, the patient should continue to have annual CT scans of the chest.

10. In conclusion: Mr. David Ertman suffered from small cell lung cancer caused by his many years of cigarette smoking. Although combination chemotherapy and radiation therapy was successful, and the patient appears to be among the 3-9% of long term survivors of small cell lung cancer, his malignancy was associated with severe manifestations of a neurological paraneoplastic syndrome caused by high titer type I anti-neuronal nuclear autoantibodies (ANNA-I, also known as "Hu"). The patient's paraneoplastic syndrome and typical complications of combination chemotherapy and radiation therapy have caused the patient significant residual dysfunction, disability and suffering. The patient is at significant risk for the future development of a second primary lung cancer. I am concerned about the development of a new right upper lobe pulmonary lesion which I detected on a CT scan of the chest obtained on 06/07/2007. The patient requires follow up and definitive diagnosis of this new lesion. A copy of this report should be sent immediately to Dr. Marc Mann at the Whitney Internal Medicine in Hamden, CT and to the patient's oncologist, Dr. Joseph O'Connell of the Hospital of St. Raphael. In addition, please send a copy of this report to Dr. Steven Vernino of the Mayo Clinic in Rochester, Minnesota.

After I produced my original report of 09/21/2007, I was provided with additional medical records as described below:

W108B9015

Case 3:01-cv-01090-WWE   Document 124-16   Filed 06/09/2008   Page 7 of 17

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 6 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: 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 | |
| DATE: MARCH 7, 2008 | |

On 10/02/2007 the patient was seen in consultation by Dr. Joachim Baehring at the Yale Brain Tumor Center in New Haven, Connecticut for evaluation of his current neurological status. Dr. Baehring recorded:

> David's chief complaint today is 'back pain'. The pain is located in the mid-thoracic spine area. It is constant and does not appear to be aggravated by Valsalva maneuvers, sneezing, coughing or supine position. He has been suffering from this pain for at least eight years, but it has been worsening and seems to be interfering with his quality of life increasingly. Apparently, the pain was at some point thought to be related to radiation therapy for lung cancer. The pain radiates in a radicular fashion anteriorly. He has been under the care of Dr. Saberski. David has been neurologically impaired since his diagnosis of small cell lung cancer and a paraneoplastic neurological syndrome eight years ago. Over the course of one week in June of 1999, he developed vision and 'balance symptoms.' He states that 'everything was rolling like a slot machine.' He was unable to move around. He tells me that his blood pressure has been low since then, but he has no history of orthostatic syndrome. Workup at the Hospital of St. Raphael's revealed a small cell lung cancer for which he underwent chemotherapy including cisplatin and radiation therapy. Between June and December of 1999, he suffered hearing loss that was related to cisplatin therapy. He was seen by Dr. Moshe Hasbani and Tom Byrne. While his visual symptoms seem to have resolved, ambulation remains impaired by imbalance and weakness in hands and feet. He is able to use a walker at home but uses a wheelchair for longer distances. He is under the care of Dr. Michalidis for his hearing loss and apparently a cochlear implant is considered. Workup is ongoing.

Dr. Baehring noted the patient's past medical history was significant for cerebellar hemangioblastoma removed in 1986, chronic bronchitis, gastritis, gout, obstructive sleep apnea and erectile dysfunction. In addition, Dr. Baehring noted the patient has alpha-thalassemia trait diagnosed in 2006, and a surgical history of appendectomy, right knee surgery and a septoplasty in early 2001. The family history was noted by Dr. Baehring to be significant for breast cancer in the patient's sister, multiple myeloma in his mother, diabetes mellitus in a brother and the death of his father from myocardial infarction at age 75. Dr. Baehring's impression was:

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 7 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: 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 | |
| DATE: MARCH 7, 2008 | |

1. Mid-thoracic back pain of unknown etiology. The pain has both radicular and neuropathic features. Its onset coinciding with provision of external beam radiotherapy for lung cancer may indeed suggest a causal relationship. Review of imaging studies and radiation fields may be useful, but I am not sure if these documents are still available. Chronic degenerative changes may be an alternative explanation, although those would likely have been picked up on prior imaging studies.
2. History of paraneoplastic neurological syndrome in the setting of small cell lung cancer. By description, the main features of David's paraneoplastic neurological syndrome are oscillopsia (likely caused by vestibular nystgmus or opsoclonus), cerebellar ataxia and automatic neuropathy. While the constellation of these symptoms was frequently associated with anti-Ri antibodies in serum, some of the reports state that he was positive for anti-Yo and/or anti-Hu antibodies. I am not certain whether he had a comprehensive antibody evaluation. We have learned that many times more than one antibody is identified in these patients. While he remains disabled from this disease, there is no clinical evidence of reactivation.
3. Sensorimotor axonal polyneuropathy. His neuropathy may be neurotoxic in origin and reflect exposure to cisplatin chemotherapy. Alternatively, his peripheral neuropathy could have been part of his paraneoplastic syndrome.
4. Sensorineural hearing loss. In all likelihood, this is related to cisplatin chemotherapy. However, cranial nerve VIII deficits have also been described in the setting of paraneoplastic neurological syndrome.

I suggested today we would like to proceed with an MRI scan of the spine in an attempt to identify a structural lesions accounting for his longstanding mid-thoracic back pain. One of your notes says that he recently underwent such a study and we will certainly confirm whether this has occurred or not before proceeding with a new study. At the same time, I would like to send off a serum specimen for a comprehensive paraneoplasty antibody evaluation to Neuro-Immunology Laboratory at Mayo Clinic in order to see if there is serological evidence for a persistent activity of the immunological process affecting his nervous system. There seems to be some uncertainty as to the histopathology of the cerebellar tumor removed in 1986. I will try to track down the histopathology report, but the likelihood that this is remote diagnosis is related to his back pain is low. His hearing loss is likely the result of cisplatin otoxicity. If we cannot identify a clear cause of his thoracic back pain, reevaluation at Comprehensive Pain Center may be the only reasonable chance to provide him with more relief. I will see him back in the office within the next two weeks for discussion of diagnostic study results.

W108B9017

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 8 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: 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 | |
| DATE: MARCH 7, 2008 | |

On 12/04/2007 Dr. Baehring recorded:

> David returns to Yale Neuro-Oncology clinic for followup of his mid thoracic back pain and history of a paraneoplastic neurological syndrome in the setting of small cell lung cancer. Today, David has no new neurological symptoms to report. He sent me an e-mail after his last visit clarifying whether in fact he has been experiencing some numbness in his finger tips and his feet. Today, he tells me that this has not worsened. Unfortunately, there has been no improvement in his mid thoracic back pain. He and his wife will be relocating to New York State....I reviewed the results of his comprehensive workup. The paraneoplastic serological evaluation performed at the Mayo Clinic revealed an anti-ANNA-1 antibody titer of 1/1920 and antistriational antibody titer of 1/960. MRI scan of the total spine demonstrated lesions within the C2, T5, T12 and L2 vertebral body with signal enhancement characteristic not typical of a hemangioma. Hypointense lesions of the left ileum with vague enhancement probably representing a bone island is noted. At L5-S1, there is a right paracentral subarticular and foraminal disk extrusion causing marked narrowing of the right neuroforaminal and lateral recess. Diffuse atrophy is noted of the entire spinal cord. A bone scan was performed as a consequence of this MRI, which was negative for increased uptake. I received an email from Dr. O'Connell the last week stating that his recent 18-Fluorodeoxyglucose scan of the total body was negative for areas of increased metabolic activity.

Dr. Baehring concluded:

> I discussed these issues in detail with David and his wife. Unfortunately, I have not been able to shed a new light on his chronic mid thoracic pain. There is no evidence that this is a direct result of cancer recurrence or activity of this paraneoplastic syndrome. We are thus limited to symptomatic measures to treat him. I recommended that they contact Dr. Saberski, who then transferred the care to a Multidisciplinary Pain Clinic in New York when they move. I would be happy to facilitate evaluation at the Pain Clinic at Drexel University College of Medicine in Philadelphia by Dr. Maleki. They will also follow up with Dr. Michaelides for evaluation for possible cochlear implant. I would like to see him back in the office in one year. They know that he should contact me earlier, if any of his neurological symptoms will progress in the meantime.

W10889018

| I.A. FEINGOLD, MD, FRCP(C), FCCP | | | PAGE: 9 |
|---|---|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | | | |
| SSN: 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 | | | |
| DATE: MARCH 7, 2008 | | | |

**Radiology**
The following is a summary of x-ray interpretations.

| | | | |
|---|---|---|---|
| 10/05/2007 MRI total spine wo/w con | Yale-New Haven Hospital | Newly provided report Dr. Robert Fulbright (radiologist): C2, T5, T12 and probably L2 vertebral body lesions with signal and enhancement characteristics not typical of a hemangioma. Metastasis should be considered. A hypointense lesion in the left ileum with vague enhancement which may represent a bone island. However, a sclerotic metastasis cannot be excluded. At L5/S1 level, there is a right pracentral, subarticular, and foraminal disc extrusion causing marked narrowing of the right neural foramen and lateral recess. Diffuse atrophy of the spinal cord. | Not provided and not needed. |
| 10/23/2007 Bone scan | Yale Neurology Clinic | Newly provided report Dr. Joachim Baehring (neuro-oncologist) 1. There is no scintigraphic evidence for skeletal metastases in this study. 2. Small focal uptake in left anterior hemithorax soft tissue may represent a calcified granuloma. | Not provided and not needed. |

W108B9019

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 10 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: 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 | |
| DATE: MARCH 7, 2008 | |

**Review of pathology by Dr. Allan Feingold**

After I submitted my original report of 09/21/2007, I received additional slides identified by accession number. The newly provided slides are listed below (the newly provided slides were unstained). The biopsy procedure and the report of the treating pathologist corresponding to the accession numbers given below are discussed in my original report.

| Institution | Accession | Procedure | Slides |
|---|---|---|---|
| Hospital of St. Raphael Department of Pathology | S99-8873 | Mediastinoscopy 06/15/1999 | Newly provided slides received 01/15/2008:<br><br>10 unstained slides labeled S99-8873 from block B:<br>S99-8873B #1<br>S99-8873B #3 - stained TTF-1<br>S99-8873B #5 - stained H&E<br>S99-8873B #7 - stained CHR<br>S99-8873B #9<br>S99-8873B #11<br>S99-8873B #13<br>S99-8873B #15<br>S99-8873B #17<br>S99-8873B #19 |
| Hospital of St. Raphael Department of Pathology | S99-8873 | Mediastinoscopy 06/15/1999 | Newly provided slides received 01/15/2008:<br><br>10 unstained slides labeled S99-8873 from block C:<br>SS99-8873C #1<br>SS99-8873C # 3 - stained TTF-1<br>SS99-8873C # 5 - stained CHR<br>SS99-8873C # 7 - stained H&E<br>SS99-8873C # 9<br>SS99-8873C # 11<br>SS99-8873C # 13<br>SS99-8873C # 15<br>SS99-8873C # 17<br>SS99-8873C # 19 |

W108B9020

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 11 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT | |
| SSN: 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 | |
| DATE: MARCH 7, 2008 | |

Of the newly provided slides, I selected 1 slide from block B and 1 slide from block C and I had those slides stained with H&E. I selected another 2 slides from block B and 2 slides from block C which I submitted to the Manhattan office of Genzyme Genetics. Genzyme stained those slides with chromogranin and TTF-1. Genzyme reported the chromogranin to be positive and the TTF-1 to be focally positive.

I examined the slides in my office at South Miami Hospital using a Nikon eclipse 80i microscope. I acquired photomicrographs using a Qimaging MicroPublisher 5.0 RTV camera attached to the microscope. The photomicrographs that I prepared are identified and described below. Images 1-5 were discussed in my previous report. My description of images 1-5 is repeated for context with no change in the table below. Images 6-10 are newly prepared.

**Control samples**

Genzyme provided a chromogranin positive control and a TTF-1 positive control on slides prepared with tissue from another patient (not Mr. Ertman) known to be positive for those immunohistochemical stains.

| Slide and image identification | Observations by Dr. Feingold |
|---|---|
| ErtmanDF 1 S99-8873C-1-x2<br>Magnification x20 | Low magnification scanning image demonstrates overall structure of mediastinal lymph node containing multiple areas of eccentrically shaped hyperchromatic metastatic small cell cancer. Area of detail is identified on image reproduced next page. Some areas of necrosis. |
| ErtmanDF 2 S99-8873C-2-x10<br>Magnification x100 | Low power image of area of detail shows hyperchromatic malignant cells adjacent to normal lymphocytes and plasma cells. |
| ErtmanDF 3 S99-8873C-3-x20<br>Magnification x200 | Magnification at x200 shows "crush artifact" typical of small cell cancer adjacent to preserved lymphocytes and plasma cells. |
| ErtmanDF 4 S99-8873C-4-x40<br>Magnification x400 | High power (x400) shows some cellular detail. The malignant cells are very dark with a very high N:C ratio. Nuclear detail cannot be seen and mitotic figures are obscured. The individual malignant cells are larger than adjacent lymphocytes. |

W10889021

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 12 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT<br>SSN: 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<br>DATE: MARCH 7, 2008 | |

| Slide and image identification | Observations by Dr. Feingold |
|---|---|
| ErtmanDF 5 S99-8873C-5-x100<br>Magnification x1000 | Very high power (x1000, oil immersion) demonstrates "crush artifact" of the malignant hyperchromatic small cells. |
| ErtmanDF 6 S99-8873B5-1-x10<br>Magnification x100 | Ribbons of hyperchromatic malignant cells within lymph node. Prominent crush artifact. |
| ErtmanDF 7 S99-8873B7-CHR-1-x10<br>Magnification x100 | Low power image of islands and ribbons of malignant cells within lymph node. Although the N:C ratio of each malignant cell is high, chromogranin strongly stains and therefore delineates the cytoplasm of the malignant cells. Typical of small cell lung cancer. |
| ErtmanDF 8 S99-8873B7-CHR-2-x100<br>Magnification x1000 | Very high power (x1000, oil) demonstrates cytoplasmic granules stained heavily with chromogranin. Typical of small cell lung cancer. Image reproduced below. |



ErtmanDF 8 S99-8873B7-CHR-2-x1000 Magnification x1000 oil immersion

W10889022

| | |
|---|---|
| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 13 |
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT<br>SSN: 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<br>DATE: MARCH 7, 2008 | |

| Slide and image identification | Observations by Dr. Feingold |
|---|---|
| ErtmanDF 9 S99-8873B3-TTF1-1-x10<br>Magnification x100 | Low power image demonstrates ribbons and islands of TTF-1 positive small malignant cells within lymph node. The malignant cells are of variable size, but some are only slightly larger than lymphocytes with which they are easily confused. The TTF-1 stain, which is not picked up by lymphocytes, clearly demonstrates which cells are actually malignant. Typical of primary pulmonary malignancy, in this case, small cell lung cancer. Image reproduced below. |



ErtmanDF 9 S99-8873B3-TTF1-1-x10   Magnification x100

W10B9023

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 14 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT<br>SSN: 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<br>DATE: MARCH 7, 2008 | |

| Slide and image identification | Observations by Dr. Feingold |
|---|---|
| ErtmanDF 10 S99-8873B3-TTF1-1-x40<br>Magnification x400 | High magnification image demonstrates detail of the TTF-1 positive malignant nuclei. In this area, there is little crush artifact. The nuclei are pleomorphic. Typical of primary pulmonary malignancy, in this case, small cell lung cancer. Image reproduced below. |



ErtmanDF 10 S99-8873B3-TTF1-1-x40  Magnification x400

| I.A. FEINGOLD, MD, FRCP(C), FCCP | PAGE: 15 |
|---|---|
| PATIENT: MR. DAVID FREDERICK ERTMAN - SUPPLEMENTAL REPORT<br>SSN: 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<br>DATE: MARCH 7, 2008 | |

**Summary and conclusions of this supplemental report**

The opinions that I expressed in my original report of 09/21/2007 were correct and I have not changed any of my opinions in this case. I had H&E, chromogranin and TTF-1 stained slides prepared from 6 of the newly provided unstained slides. The new H&E and immunohistochemical stains were entirely consistent with metastatic small cell lung cancer.

*Allan Feingold, M.D.*
Signed electronically by:
I.A. Feingold, MD, FRCP(C), FCCP

W108B9025

03/07/2008 10:19 FAX 786 662 5314  DR.BENJAMIN/DR.FEINGOLD  ☒002

# genzyme

## Immunohistochemistry Analysis

**Patient Name: Ertman, David**
DOB: 12/22/1942  Age: 65
SSN: 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  Gender: M

**Genzyme Specimen #: 08-50684526-MH**
Case #: 50690118  Date Collected: 06/15/1999
Patient ID: 50605242  Date Received: 01/28/2008 12:50 PM

Client #: 763952 / 763954
Feingold, Alan M.D.
6200 South West 73rd Street
3rd Floor
Miami FL 33143

Division of Pulmonary Medicine

Alan Feingold, M.D.

**Referring Physician** Alan Feingold, M.D.
786-662-5229
**Treating Physician**

Client Lab ID #:
Hospital ID #: S99-8873
Client Specimen ID: S99-8873
Specimen(s) Received: 4 - Slide(s)

**Body Site:** Lymph node

**Clinical Data:** Metastatic small cell carcinoma.

| Antibody/Tests | Marker For | Results |
|---|---|---|
| CHR | Chromogranin A, Neural and Neuroendocrine Tumors | Positive |
| TTF-1 | Thyroid Transcription Factor-1, Lung and Thyroid Carcinomas | Focally Positive |

This analysis is an adjunct to the evaluation of the referring physician and does not represent a final diagnosis.

Known positive tissues are tested with each IHC antibody, examined to ensure positivity, and returned with each case.

Electronically Signed By: Michael Broscius, M.D.  Date: 01/29/2008
Reported by: MB/nh

This test was developed and its performance characteristics determined by Genzyme Genetics. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. The laboratory is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.

Testing performed at Genzyme Genetics-Manhattan 521 West 57th Street New York, NY 10019 USA 1-800-447-8881  Page 1 of 1