N



**Amanda S Jacobs/JonesDay**  
Extension 6-1168  
03/19/2008 01:45 PM

To  mramos@sgtlaw.com  
cc  
bcc  
Subject  Path Slides and Controls

Marilyn,

We sent David a letter this week asking him to produce all slides and controls that were used in the Genzyme testing referenced in Dr. Feingold's supplemental reports in Izzarelli and Ertman. We are going to need to review those slides in advance of Feingold's deposition. Can you please check with David on this and get back to me as soon as possible? We can arrange to pick up the slides directly.

Thanks.

Amanda


*****************************************
Amanda Snyder Jacobs, Esq.  
JONES DAY  
901 Lakeside Avenue, North Point  
Cleveland, Ohio  44114-1190  
Tel:  (216) 586-1168  
Fax:  (216) 579-0212  
asjacobs@jonesday.com  
*****************************************

==========  
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.  
==========