O

MAR-19-2008  15:15                                                                                          P.02/02

# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
PATRICIA M. HAUGH (1942-1968)
JOHN D. JOSEL*
MARIO DINATALE*
JONATHAN M. LEVINE
MARILYN J. RAMOS*
PAUL A. SLAGER*
ANGELO A. ZIOTAS
KATHLEEN L. BRANDT*
PETER MASON DREYER*
CRAIG N. YANKWITT*
AMANDA R. WHITMAN

*ALSO ADMITTED IN NY

LAW OFFICES
THE HERITAGE BUILDING
184 ATLANTIC STREET

MAIL ADDRESS
POST OFFICE BOX 389
STAMFORD, CONNECTICUT 06904

TELEPHONE
(203) 325-4491

FACSIMILE
(203) 325-3769

March 19, 2008

**VIA FACSIMILE**

Mark R. Seiden, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Re:  Ertman v. R.J. Reynolds Tobacco Company, Case No. 3:01cv1090 (WWE)
     Izzarelli v. R.J. Reynolds Tobacco Company, Case No. 3:99cv2338 (AHN)
     Our File No. 16,055; 15,989

Dear Mark:

I am responding to your letter of March 17, 2008, in which you request all slides and control slides used in testing conducted at the request of plaintiffs' expert, Dr. Alan Feingold.

The Joint Stipulation Regarding Transfer and Use of Pathology Slides that we signed in these cases allowed for each party to receive "substantially equivalent" slides so that each party could do whatever testing was felt necessary, including destructive testing. We have provided defendant with the results of the testing. Defendant can replicate the testing that was done on its own slides.

We have not yet received any testing results from testing performed by defendant's experts. I would ask that you forward such results at your earliest opportunity.

Very truly yours,

Marilyn J. Ramos

MJR:mj

TOTAL P.02