- 19 -

Q

- 19 -

# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: (216) 586-1168
asjacobs@jonesday.com

JP003752
629000-020414
629000-020276

May 22, 2008

<u>VIA FAX AND UPS</u>

David S. Golub, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904

Re:  *Ertman v. R.J. Reynolds Tobacco Company*
<u>*Izzarelli v. R.J. Reynolds Tobacco Company*</u>

Dear David:

Following up on our letters of March 17 and March 27, 2008, and conversations and email correspondence between you and Mark Seiden, I am writing to again request that you produce all pathology material that plaintiffs' expert Dr. Allan Feingold reviewed for his opinions in the above-captioned cases.

Despite our requests, you have stated that you are unwilling to release the pathology from Dr. Feingold's possession and will make it available only in Miami, Florida. While we believe that your position is unreasonable, unduly burdensome, and has no good-faith basis, in order to expedite this discovery process, we propose the following: Dr. Feingold and/or plaintiffs' representative will provide the pathology to a Bioimagene representative who will scan the slides. In addition, Reynolds' consultants will be permitted to review and examine the pathology and make photomicrographs and other such copies of the pathology at a facility in Miami. Dr. Feingold and/or plaintiffs' representative and a representative of Reynolds will be permitted to be present in order to preserve the pathology's chain of custody. Reynolds is willing to pay for the reasonable travel expenses of plaintiffs' representative. As an alternative to having Dr. Feingold and/or a plaintiffs' representative present, we will stipulate that the chain of custody of the pathology was preserved.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, we request that you produce all pathology slides (including recuts and originals), blocks and tissue that Dr. Feingold has considered pertaining to any of Mr. Ertman's lung, lymph node, and mediastinal tissue, including all positive and negative controls used in any testing conducted by Dr. Feingold or at his direction. In *Ertman*, this request includes but is not limited to the following:

- S99-8873A recuts - stained H&E

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

W10EE3815

JONES DAY

David Golub, Esq.
May 22, 2008
Page 2

- S99-8873B recuts - stained H&E
- S99-8873C recuts - stained H&E
- S99-8873B #3 - stained TTF-1
- S99-8873B # 5 – stained H&E
- S99-8873B #7 – stained CHR
- S99-8873C #3 – stained TTF-1
- S99-8873C #5 – stained CHR
- S99-8873C # 7 – stained H&E
- All other slides with accession number S99-8873 that have been stained with H&E.
- All positive and negative controls that were used in any testing that was conducted by Dr. Feingold or at his request, including but not limited to Genzyme TTF-1 Positive Controls and Genzyme Chromogranin Positive Controls.
- All photomicrographs (in color) taken by Dr. Feingold or at his request.

In addition, we request that you produce all pathology slides (including recuts and originals), blocks and tissue that Dr. Feingold has considered pertaining to any of Ms. Izzarelli's larynx tissue, including all positive and negative controls used in any testing conducted by him or at his direction. In *Izzarelli*, this request includes but is not limited to the following:

- S96-8211B #3 - HPV WSS
- S96-8211B #5 - DNA + ve ctrl
- S96-8211B #7 - DNA – ve ctrl
- S96-8211B #19 - stained H&E
- S96-8469B #9 - DNA – ve ctrl
- S96-8469B #11 - DNA + ve ctrl
- S96-8469B #13 - HPV WSS

W10EE3816

JONES DAY

David Golub, Esq.
May 22, 2008
Page 3

- S96-8469C #1 - stained H&E

- S97-183-1A #1 - stained H&E

- S97-183-11A #7 - HPV WSS

- S97-183-11A #9 - DNA – ve

- S97-183-11A #11 - DNA + ve

- S97-183-11A # 17 - stained H&E

- All other slides with accession numbers S96-8211, S96-8469, and S97-183 that were stained with H&E.

- All positive and negative controls that were used in any testing that was conducted by Dr. Feingold or at his request, including but not limited to HPV testing.

- All photomicrographs (in color) taken by Dr. Feingold or at his request.

Please appreciate that we have repeatedly requested this material over the course of many months and the discovery deadline is approaching. If you cannot agree to our proposal, we intend to immediately move the Court for relief. Please advise us by the close of business on Friday, May 23, 2008, if you will comply with our proposal stated above.

Please do not hesitate to contact me or Mark Seiden if you would like to discuss this matter further.

Very truly yours,

Amanda Snyder Jacobs

cc: Mark R. Seiden, Esq.
    Mark A. Belasic, Esq.