# R



**Mark R. Seiden/JonesDay**
Extension 7-3451
05/28/2008 11:22 AM

To  dgolub@sgtlaw.com
cc  Amanda S Jacobs/JonesDay@JonesDay, Mark A. Belasic/JonesDay@JonesDay
bcc
Subject  Pathology Slides

David -- Having not heard back from you we will proceed to file motions to compel and/or preclude in both the Ertman and Izzarelli actions. -- Mark


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========