S



**Mark R. Seiden/JonesDay**
Extension 7-3451
04/23/2008 03:03 PM

To "David Golub- Silver Golub & Teitell" <dgolub@sgtlaw.com>
cc Mark A. Belasic/JonesDay@JonesDay, Amanda S Jacobs/JonesDay@JonesDay, mramos@sgtlaw.com
bcc
Subject Ertman & Izzarelli

History: This message has been forwarded.

David

This shall confirm our telephone conversation from a few minutes ago regarding both the Ertman and Izzarelli cases.

1. With respect to the upcoming deadline for Reynolds to disclose experts, you have agreed that Reynolds can defer disclosing experts related to its medical defense and design issues until we complete the depositions of plaintiffs' designated experts and treaters. We will disclose experts on the issue of addiction and historians under the current deadline. This will allow you to begin scheduling depositions.

2. You are considering our request to have the slides transported to Genezyme to have virtual copies made. In addition, we have requested to have one or mroe consulting experts look at the slides while they are in the possession of Genezyme. Though we belief you have no right to the information, we are prepared to meet your request that we identify the names of our consultant or consultants who examine the slides at Genezyme so long as plaintiffs agree that it will not argue that the disclosure of their identifies and the fact that they are reviewing the slides constitutes a waiver of any work-product protection or other privilege which might apply to their consulting work for us. I understand you will get back to me within a day or two on this, and that you believe you do not need additional information regarding the process for virtual copies of slides.

3. We will get back to you shortly regarding your request for more info. regarding the scope of our disclosure of informtation regarding ingredients, etc.

Please let me know immediately if I have misstated our conversation, and in particular the agreement memorialized in paragraph 1.

Mark


Mark R. Seiden
Jones Day
New York Office
(212) 326-3451

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========