- 22 -

T



**Mark R. Seiden/JonesDay**

04/29/2008 11:47 AM

To: Mark A. Belasic/JonesDay@JonesDay, "Amanda Jacobs" <asjacobs@jonesday.com>
cc:
bcc:
Subject: Fw: Ertman & Izzarelli slides

History: This message has been replied to and forwarded.

This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.  If
you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be
corrected.


----- Original Message -----
From: "David Golub- Silver Golub & Teitell" [dgolub@sgtlaw.com]
Sent: 04/29/2008 11:16 AM
To: "Mark R. Seiden" <mrseiden@JonesDay.com>
Subject: RE: Ertman & Izzarelli slides

Mark -

We are unwilling to agree to your request that the slides in the above
matters be released from Dr. Feingold's control.  We remain willing to
make the slides available as previously proposed in Miami in the
presence of plaintiffs' representative.

Please advise how you wish to proceed with respect to the slides and the
scheduling of Dr. Feingold's deposition.


David Golub


David S. Golub
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904
Tel.   203 325-4491
Fac.   203 325-3769
email:  dgolub@sgtlaw.com