UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID F. ERTMAN AND<br>JANE E. ERTMAN,<br>　　　　　　Plaintiffs, | : CIVIL ACTION NO.<br>: 3:01 CV 1090 (WWE)<br>:<br>: |
| V. | : |
| R.J. REYNOLDS TOBACCO COMPANY,<br>　　　　　　Defendant. | :<br>: JUNE 23, 2008 |

**MOTION TO DETERMINE SUFFICIENCY OF OBJECTIONS
TO PLAINTIFFS' REQUESTS TO ADMIT**

Plaintiffs David F. Ertman and Jane E. Ertman, through counsel, respectfully move this Court for entry of an order overruling defendant R.J. Reynolds Tobacco Company's objections to Plaintiffs' Requests to Admit propounded on April 1, 2008, and compelling defendant to file a response to the Requests within two (2) weeks of entry of the Court's order. Plaintiffs submit a Memorandum of Law in support of this Motion.

As set forth in the accompanying Affidavit of Marilyn J. Ramos, plaintiffs have attempted to reach amicable resolution of the parties' positions with respect to the pending requests with counsel for defendant, but have been unable to do so.

　　　　　　　　　　　　　　　　　　　PLAINTIFFS,

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　David S. Golub (ct00145)
　　　　　　　　　　　　　　　　　　　Jonathan M. Levine (ct07584)
　　　　　　　　　　　　　　　　　　　Marilyn J. Ramos (ct11433)
　　　　　　　　　　　　　　　　　　　SILVER GOLUB & TEITELL LLP
　　　　　　　　　　　　　　　　　　　184 Atlantic Street
　　　　　　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　　　　　　(203) 325-4491

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, a copy of the foregoing Motion to Determine Sufficiency of Objections to Plaintiffs' Requests to Admit was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
MARILYN J. RAMOS ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mramos@sgtlaw.com