From: CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
Sent: Monday, March 03, 2008 3:48 PM
To: CMECF@ctd.uscourts.gov
Subject: Activity in Case 3:01-cv-01090-WWE Ertman, et al v. RJ Reynolds Tobacco Set Deadlines/Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 3/3/2008 at 3:47 PM EST and filed on 3/3/2008
**Case Name:** Ertman, et al v. RJ Reynolds Tobacco
**Case Number:** 3:01-cv-1090
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set Deadlines: Discovery Due by 6/30/2008; Dispositive Motions Due by 7/31/2008. (D'Andrea, S.)**

3/5/2008

Page 2 of 2

**3:01-cv-1090 Notice has been electronically mailed to:**

David S. Golub dgolub@sgtlaw.com

Frank F. Coulom, Jr fcoulom@rc.com, mzup@rc.com

Jonathan M. Levine jlevine@sgtlaw.com

David Thomas Ryan dryan@rc.com, ddeciantis@rc.com

Marilyn J. Ramos mramos@sgtlaw.com

Harold K. Gordon hkgordon@JonesDay.com

Mark R. Seiden mrseiden@JonesDay.com

Stephen J. Kaczynski skaczynski@JonesDay.com