

July 22, 1999

Dr. Joseph O'Connell
344 W. Main St.
Milford, CT 06460

**Mayo Clinic**
200 First Street SW
Rochester, Minnesota 55905

Re:  David Ertman
     Serum #: 99-17,033

Neuroimmunology Laboratory
Guggenheim Bldg., Rm. 828
Tel: 507-284-2335
Fax: 507-284-1814

Dear Doctor O'Connell:

As you know, Mr. Ertman's serum was positive for type-1 anti-neuronal nuclear antibodies (ANNA-1, sometimes called "anti-Hu"), at an endpoint dilution of 1:3,840. These antibodies are highly associated with small cell lung carcinoma (SCLC). Adult patients who are ANNA-1-positive can present with a spectrum of paraneoplastic autoimmune neurologic disorders, usually peripheral neuropathy (sensory > autonomic > motor) or limbic encephalitis, with varying involvement of cerebellum, brain stem, myelopathy or radiculopathy.

We have identified prospectively 497 patients seropositive for ANNA-1. A malignant neoplasm has been found in 90% of those followed up, and 81% have had SCLC confirmed histologically. Most of the rest have been heavy smokers and many have other stigmata of SCLC (including inappropriate ADH secretion and serum antibodies reactive with neuronal calcium channels, N-type or P/Q-type).

Tumors in patients of this type may be difficult to find, and are characteristically confined to the chest. SCLC is found in 8% of ANNA-1-positive patients by MRI imaging in the face of negative or equivocal chest x-ray and CT scans; some require open thoracotomy when mediastinoscopy yields non-malignant lymph node tissue; 5% are not found until autopsy. In 13% of patients proven to have SCLC, there is a coexisting or past history of an unrelated cancer. We have encountered an extrapulmonary primary small cell carcinoma (breast, prostate, cervix, tongue, skin) in half a dozen patients seropositive for paraneoplastic autoantibodies predictive of SCLC.

For our research data base, I would be very grateful for a summary of Mr. Ertman's neurological and medical history and response to treatment. Our laboratory will be happy to periodically test his serum for anti-neuronal nuclear antibodies (ANNA-1) at 3-4 month intervals without charge. The serum (4 ml) should be sent to Mayo Medical Laboratories, Mayo Clinic, 200 First Street S.W., Rochester, MN 55905, requesting "ANNA-1, No Charge".

For your information, I have enclosed some papers describing our experience with paraneoplastic autoimmunity. Please extend my best wishes to your patient.

Yours sincerely,

Steven Vernino, M.D., Ph.D.
Senior Associate Consultant
Mayo Clinic

Vanda A. Lennon, M.D., Ph.D.
Professor of Immunology
and Neurology
Mayo Medical School

SV/VAL:emp
Enclosures