UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID F. ERTMAN AND | : | CIVIL ACTION NO. |
| JANE E. ERTMAN, | : | 3:01 CV 1090 (WWE) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| R.J. REYNOLDS TOBACCO COMPANY, | : | |
| Defendant. | : | JUNE 23, 2008 |

### AFFIDAVIT OF COUNSEL

I, Marilyn J. Ramos, am an attorney in the firm of Silver, Golub & Teitell LLP in Stamford, Connecticut, and am one of the attorneys representing plaintiffs David F. Ertman and Jane E. Ertman. I submit this Affidavit in support of plaintiffs' Motion for Determination of Sufficiency of Objections to Requests to Admit dated June 23, 2008.

1. Defendant objects to the Requests to Admit in part on the ground that the Requests are untimely. Defendant takes the position that the Requests to Admit constitute "fact discovery" covered by the parties' joint motions for modification of the pre-trial scheduling order, and, thus, were due, pursuant to the Motion for Extension of the Scheduling Order dated June 12, 2007, by September 20, 2007.

2. I have reviewed the prior motions for modification of the pre-trial scheduling order and the parties' Form 26(f) Report. Requests to admit have never been addressed in those motions and report. Further, to the best of my knowledge, I have never discussed deadlines for the filing of requests for admission with counsel for defendant. To determine whether any of the other attorneys in my firm involved in the litigation of this case have discussed this issue with

opposing counsel, I spoke to each of the attorneys. No one has knowledge of any discussions with defendant's counsel about deadlines for serving requests for admission.

3. Before filing this motion, I attempted in good faith to resolve the dispute between the parties. I did this by participating in an extended telephone conference with R.J. Reynolds' counsel, Amanda Jacobs of Jones, Day, Reavis & Pogue, on June 18, 2008. We discussed the Requests, defendant's objections, and the arguments addressed in plaintiffs' Memorandum of Law. Ms. Jacobs indicated that she wished to have some time to again review the requests and would get back to me shortly.

4. Ms. Jacobs and I spoke on June 20, 2008, and she stated that R.J. Reynolds would not answer the Requests to Admit unless plaintiffs agreed to certain conditions which were unacceptable to plaintiffs.

5. Thus, despite good faith efforts on plaintiffs' part to resolve the disagreement without the intervention of this Court, plaintiffs were left with no alternative but to petition the Court for assistance in resolving this dispute.

_____
MARILYN J. RAMOS

Sworn to before me this 23rd day of June, 2008

_____
COMMISSIONER OF THE SUPERIOR COURT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, a copy of the foregoing Motion to Determine Sufficiency of Objections to Plaintiffs' Requests to Admit was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

MARILYN J. RAMOS ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mramos@sgtlaw.com