UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID F. ERTMAN and JANE ERTMAN, :
:
                Plaintiffs, :    CIVIL ACTION NO.
:    3:01 CV 1090 (WWE)
     v. :
:
R.J. REYNOLDS TOBACCO COMPANY, :
:    JUNE 30, 2008
                Defendant :

---

## MOTION FOR EXTENSION OF TIME

Plaintiffs, through counsel, respectfully move this Court for a three-week extension of time until July 21, 2008 in which to respond to defendant's Motion to Compel Production of Pathology Material Considered by Plaintiffs' Expert, Dr. Allan Feingold, or, Alternatively, to Preclude Dr. Feingold's Pathology Testimony, dated June 9, 2008. In addition to the legal arguments raised, which implicate preclusion of plaintiffs' expert, defendant's Motion asserts numerous allegations disparaging plaintiffs' counsel which need to be addressed, and makes representations (without supporting affidavits) regarding the pathology material at issue that may require plaintiffs to obtain an affidavit from Dr. Feingold and/or a pathologist.

In addition, at the time the defendant filed its Motion to Compel, the undersigned was preparing for a trial in a civil matter in the Connecticut Superior Court for the Judicial District of Litchfield, Horrigan v. Town of Washington, Docket No. LLI-CV-05-4002269S, with jury selection to begin on June 11, 2008. Two days prior to the day jury selection was scheduled to commence, the defendant Town filed a motion to dismiss on the basis of governmental immunity

and lack of subject matter jurisdiction, to which the undersigned, together with other counsel, was required to respond and which involved three separate memoranda of law. The undersigned is arguing the motion to dismiss on July 2, 2008, and there is the possibility that the court may order an evidentiary hearing in the matter.

Thus, the time requested to respond to defendant R.J. Reynolds' Motion is reasonably necessary to enable counsel to research the issues raised, to obtain any necessary affidavits, and to properly respond to the Motion. This is plaintiffs' first motion for extension of time directed to the Motion to Compel. The undersigned has spoken with Amanda Jacobs, Esq. of Jones Day, counsel for defendant, and Ms. Jacobs has indicated that the defendant takes no position on plaintiffs' Motion.

        PLAINTIFFS DAVID F. ERTMAN AND
        JANE E. ERTMAN

BY_____
    DAVID S. GOLUB ct 00145
    MARILYN J. RAMOS ct 11433
    SILVER GOLUB & TEITELL LLP
    P.O. BOX 389
    184 ATLANTIC STREET
    STAMFORD, CT  06904
    (203) 325-4491

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
MARILYN J. RAMOS ct11433
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: mramos@sgtlaw.com