# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: (212) 326-3451
mrseiden@jonesday.com

JP882303
629000-020-414
629000-020-276

March 17, 2008

David Golub, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Re: *Ertman et al. v. R.J. Reynolds Tobacco Co.*, Case No. 3:01cv1090 (D. Conn.)
*Izzarelli v. R.J. Reynolds Tobacco Co.*, Case No. 03:99cv2338 (D. Conn.)

Dear David:

We are writing to request the production of all slides and control slides that were used in the testing recently conducted by Genzyme laboratories at the request of Dr. Alan Feingold, as referenced in the January 29 and January 30, 2008 Genzyme reports that you provided to us in the above-captioned cases.

Because we need to review the slides in advance of Dr. Feingold's deposition, please provide them as soon as possible.

Very truly yours,

Mark R. Seiden

cc: Marilyn Ramos, Esq.
    Mark A. Belasic, Esq.
    Amanda S. Jacobs, Esq.

CLI-1599085v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

W1018068