

"Marilyn Ramos- Silver Golub & Teitell" <mramos@sgtlaw.com>

06/20/2008 06:06 PM

To "Amanda S Jacobs" <asjacobs@jonesday.com>
cc
bcc
Subject Ertman & Izzarelli

History:    This message has been replied to.

Hi Amanda,

I wanted to advise you that I will be filing a Motion on Monday in both cases to resolve the parties' dispute over the Requests to Admit.

Marilyn J. Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

Phone: 203-325-4491
Fax: 203-325-3769
mramos@sgtlaw.com