# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number:  (216) 586-1168
asjacobs@jonesday.com

JP003752
629000-020414
629000-020276

June 23, 2008

<u>VIA FAX AND UPS</u>

Marilyn Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT  06904

Re:   *Ertman v. R.J. Reynolds Tobacco Company*
      <u>*Izzarelli v. R.J. Reynolds Tobacco Company*</u>

Dear Marilyn:

I am writing to follow up and memorialize our telephone conversations last week regarding various discovery issues.

<u>Pathology Material Considered By Dr. Feingold</u>:  On June 18, 2008, we discussed Reynolds' motion to compel, and I again asked whether you would be willing to produce the pathology material considered by Dr. Feingold in advance of his deposition.  I explained our proposal (*i.e.*, that we wished to examine and scan Dr. Feingold's pathology slides in Miami in advance of his deposition, that Reynolds is willing to pay the reasonable travel expenses of plaintiff's representative to travel to Miami, that plaintiff's representative could be present at all times during this examination, and that we would disclose the name of our consultant/expert who would be conducting the examination and scanning).  On June 20, 2008, you informed me that you were not willing to agree to our proposal and would be responding to our motion to compel.

I agreed that Dr. Feingold's deposition, which was noticed for June 24, 2008, should be cancelled in light of your refusal to produce the pathology he considered.

<u>Plaintiffs' Requests To Admit Regarding Pathology</u>:  On June 18, 2008, you informed me that you were planning on filing a motion to compel our response to plaintiffs' Requests To Admit (dated April 1, 2008 in both cases), which seek various admissions relating to pathology. Although we believe written fact discovery is closed, on June 20, 2008, I made the following offer:  I agreed that we would answer plaintiffs' Requests To Admit after we reviewed Dr. Feingold's pathology material, after we deposed Dr. Feingold, and after we designated medical experts, and so long as we would be able to serve equal numbers of Requests to Admit on plaintiffs.  As I explained, at the current time, any opinions and/or testing relating to pathology is protected work product.  Nonetheless, you have informed me by email that you are not willing to agree to our proposal and will be filing a motion to compel.

CLI-1627080v1

W10FC6019

**JONES DAY**

Marilyn Ramos, Esq.
June 23, 2008
Page 2

Reynolds' Production Of Highly Confidential Documents:    On June 18, 2008, you told me that you had spoken with Dr. Farone and had discussed Reynolds' highly confidential documents with him (which Dr. Farone reviewed back in April).  You stated that you (and Dr. Farone) were interested in understanding the ingredients, chemicals, and additives that are and have been used in Salem cigarettes.

To this end, please find enclosed a list of additive/ingredient codes that we have created for you, which defines certain additives/ingredients that appear in Reynolds' highly confidential documents.  Please note that this is a master list, which is not specific to a particular brand or year.  (Thus, simply because an additive appears on the code list does not mean it was used in Salem cigarettes in the years plaintiffs smoked.)  Please also note that we have designated this list of codes as highly confidential.  Therefore, it is subject to the protective order regarding highly confidential documents, which you and your experts agreed to and which the Court ordered in both *Ertman* and *Izzarelli*.

In addition, Reynolds is in the process of trying to identify additional documents regarding Salem additives/ingredients that may be helpful to you.  I will be getting back to you very shortly about any additional documents we may find.

Please let me know immediately if I have misstated anything above.  Please do not hesitate to contact me if you would like to discuss any of these issues.

Very truly yours,

Amanda Snyder Jacobs

cc:    David Golub, Esq.
       Mark R. Seiden, Esq.
       Mark A. Belasic, Esq.

CLI-1627080v1